IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03349-PAB-NYW

ROBERT A. PFAFF,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

## UNOPPOSED MOTION TO RESCHEDULE THE SCHEDULING/PLANNING CONFERENCE

The Plaintiff, Robert A. Pfaff, by and through his attorney, Kevin A. Planegger of the Merriam Law Firm, P.C., moves to reschedule the Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting currently scheduled for March 19, 2015. Mr. Planegger has conferred with counsel for the United States, Hilarie Snyder, and she does not oppose this motion.

Mr. Pfaff requests that the conference/planning conference be moved for the following reasons:

1. The Plaintiff served the Summons and Complaint in this case on February 6, 2015. The government's response to the Complaint is due on April 10, 2015, almost three weeks after the scheduled conference/planning conference in this case.

2. This case has been assigned to Hilarie Snyder, an attorney with the United States Department of Justice, but she has not yet entered her appearance given that the government's response to the Complaint is not due until April 10, 2015.

3. Counsel for Mr. Pfaff has discussed the case on several occasions with Ms. Snyder, and they jointly called Judge Wang's chambers on March 2, 2015 to discuss a possible rescheduling of the scheduling/planning conference.

4. Based on the conversation with chambers, counsel for Mr. Pfaff understands that the Court has possible open dates during the week of April 20, 2015 to reschedule the scheduling/planning conference in this case.

5. Counsel for Mr. Pfaff respectfully suggests that the scheduling/planning conference would be more constructive if held after the government responds to the Complaint.

WHEREFORE, Plaintiff respectfully requests that the scheduling/planning conference be rescheduled as set forth above.

DATED this 12th day of March 2015.

By: s/ Kevin A. Planegger

Kevin A. Planegger, # 29084
Merriam Law Firm
1625 Broadway, Suite 770
Denver, CO 80202
303-592-5404
303-592-5439 (facsimile)

Attorney for Plaintiff