## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03349-PAB-NYW

ROBERT A. PFAFF,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Robert Phaff's (also "Plaintiff") Unopposed Motion to Reschedule the Scheduling/Planning Conference [# 7], filed March 12, 2015 (the "Motion"). Pursuant to the Order referring case dated December 15, 2015 [#4] and the Memorandum dated March 12, 2015 [#8], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED. The scheduling conference previously set for March 19, 2015 is VACATED. The conference is hereby re-set to April 23, 2015, at 1:30 p.m., in in Courtroom C-205 of the Byron G. Rogers Courthouse.

March 17, 2015.