**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil No. 14-cv-3349-PAB-NYW

ROBERT A. PFAFF,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

---

**UNITED STATES' UNOPPOSED MOTION TO ATTEND STATUS
CONFERENCE BY TELEPHONE**

---

      The United States of America ("United States"), by its undersigned counsel, moves the Court for an Order allowing counsel for the United States to appear by telephone at the Status Conference in this case set for April 23, 2015, at 1:30 p.m. for the following reasons:

      1.     The United States Department of Justice, Tax Division, Washington, D.C., has primary litigating responsibility in the above-captioned case. Hilarie Snyder, a trial attorney in that office, has been designated as counsel for the United States in this matter.

      2.     The United States respectfully requests that its counsel, Hilarie Snyder, be allowed to appear by telephone at the Status Conference set for April 23, 2015. Ms. Snyder's office is located in Washington, D.C., and she has no other personal appearances scheduled in the Denver area during the week of the Scheduling Conference.

      3.     Counsel for the United States has conferred with counsel for plaintiff, Kevin Planegger. Counsel for plaintiff has no objection to the requested relief.

WHEREFORE the United States respectfully requests that the Court grant the instant motion and allow Ms. Snyder to appear by telephone at the Status Conference set for April 23, 2015.  A proposed order to this effect is attached.

DATED this 25th day of March, 2015.

    CAROLINE D. CIRAOLO
    Acting Assistant Attorney General

    /s/ Hilarie Snyder
    HILARIE SNYDER
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 7238, Ben Franklin Station
    Washington, D.C. 20044
    Telephone:  (202) 307-2708
    FAX: (202)514-6770
    hilarie.e.snyder@usdoj.gov
    *Attorneys for the United States*

    JOHN F. WALSH
    United States Attorney
    *Of Counsel*

## CERTIFICATE OF SERVICE

I hereby certify, on this 25th day of March, 2015, that I filed a copy of this MOTION TO ATTEND STATUS CONFERENCE BY TELEPHONE with the Court's Electronic Filing System, which sent a notice of electronic filing to all registered parties, including Ted H. Merriam and Kevin A. Planegger, counsel for Plaintiff, Robert A. Pfaff.

    /s/ Hilarie Snyder
    Hilarie Snyder