**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil No. 14-cv-3349-PAB-NYW

ROBERT A. PFAFF,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

[Proposed ] ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO ATTEND STATUS CONFERENCE BY TELEPHONE

Upon consideration of the United States' Unopposed Motion to Attend Status Conference by Telephone, and good cause having been shown, it is hereby ORDERED that said motion is GRANTED.

DATED this _____ day of March 2015.

        NINA Y. WANG
        UNITED STATES MAGISTRATE JUDGE