IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03349-PAB-NYW

ROBERT A. PFAFF

    Plaintiff,

v.

UNITED STATES OF AMERICA

    Defendant.

_____

UNITED STATES' MOTION TO DISMISS

    The United States moves to dismiss Plaintiff's complaint for lack of subject-matter jurisdiction.  This motion is made pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.   The United States has concurrently filed a memorandum in support of this motion.

1

12504625.1

Dated:  April 10, 2015

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
Tax Division

s/ Hilarie Snyder
_____
HILARIE SNYDER
United States Department of Justice
Tax Division
P.O. Box 7238
Ben Franklin Station
Washington, DC 20044
202-307-2708 (t)
202-514-6770 (f)
hilarie.e.snyder@usdoj.gov


Of Counsel:  JOHN F. WALSH
United States Attorney


## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of April, 2015, that I filed a copy of this Motion to Dismiss with the Court's Electronic Filing System, which sent a notice of electronic filing to all registered parties, including Ted H. Merriam and Kevin A. Planegger, counsel for Plaintiff, Robert A. Pfaff.

s/ Hilarie Snyder
_____
Hilarie Snyder

2

12504625.1