**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03349-PAB-NYW

ROBERT A. PFAFF

    Plaintiff,

v.

UNITED STATES OF AMERICA

    Defendant.

_____

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT**

    The United States moves for an extension of time to respond to the complaint. As grounds for this extension, the United States alleges the following:

    1.    According to the government's records, the United States Attorney's Office for the District of Colorado was served on February 9, 2015 with the complaint and summons in above-captioned case.

    2.    Thus, the government's answer was due on or before April 10, 2015.

    3.    On April 10, 2015, the United States filed a motion to dismiss and an accompanying memorandum in support.

    4.    On April 14, 2015, this Court stuck the motion because the motion and accompanying memorandum exceeded 15 pages. This was a violation of this Court's Practice Standards.

2

5. The United States respectfully requests leave to file another motion to dismiss and accompanying memorandum that complies with the Court's Practice Standards and is no more than 15 pages.

6. If this Court grants this motion, the United States will file the shortened motion to dismiss and accompanying memorandum no later than the next business day after the Court issues its order.

7. The undersigned attorney is responsible for the error in the original brief size, will be more cautious in the future, and apologies for her mistake.

8. The undersigned attorney communicated with counsel for Plaintiff Pfaff, Kevin Planegger, who indicated that his client had no objection to this motion.

9. This is the government's first request for an extension.

WHEREFORE, the United States respectfully requests that this Court grant this Motion for Extension of Time and allow the United States until one business day after this motion is granted to file its shortened motion to dismiss and memorandum in support.

Respectfully submitted,

Dated: April 14, 2015                    CAROLINE D. CIRAOLO
                                         Acting Assistant Attorney General, Tax Division

                                         s/ Hilarie Snyder
                                         _____
                                         HILARIE SNYDER
                                         United States Department of Justice, Tax Division
                                         P.O. Box 7238
                                         Ben Franklin Station
                                         Washington, DC 20044
                                         202-307-2708 (t)
                                         202-514-6770 (f)
                                         hilarie.e.snyder@usdoj.gov

                                         Of Counsel:    JOHN F. WALSH
                                                        United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify on this 14th day of April, 2015, that I filed a copy of this Motion to for Extension with the Court's Electronic Filing System, which sent a notice of electronic filing to all registered parties, including Ted H. Merriam, counsel for Plaintiff, Robert A. Pfaff.

s/ Hilarie Snyder
_____
Hilarie Snyder

12619920.1