**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03349-PAB-NYW

ROBERT A. PFAFF

    Plaintiff,

v.

UNITED STATES OF AMERICA

    Defendant.

___

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

    Upon consideration of the United States' Unopposed Motion For Extension of Time to Respond to the Complaint, and good cause having been shown, it is hereby ORDERED that said motion is GRANTED. The United States has one business day from the date of this Order to file its response to the Complaint.

DATED this _____ day of April, 2015

                                                                               _____
                                                                               PHILIP A. BRIMMER
                                                                               UNITED STATES DISTRICT COURT JUDGE