**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03349-PAB-NYW

ROBERT A. PFAFF

    Plaintiff,

v.

UNITED STATES OF AMERICA

    Defendant.

_____

## UNITED STATES' MOTION TO DISMISS

The United States moves to dismiss Plaintiff's complaint for lack of subject-matter jurisdiction. This motion is made pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. The United States has concurrently filed a memorandum in support of this motion.

    Respectfully submitted,

Dated: April 15, 2015

CAROLINE D. CIRAOLO
Acting Assistant Attorney General, Tax Division

s/ Hilarie Snyder
_____
HILARIE SNYDER
United States Department of Justice, Tax Division
P.O. Box 7238
Ben Franklin Station
Washington, DC 20044
202-307-2708 (t)
202-514-6770 (f)
hilarie.e.snyder@usdoj.gov

Of Counsel:   JOHN F. WALSH
                 United States Attorney

1

## CERTIFICATE OF SERVICE

      I hereby certify on this 15th day of April, 2015, that I filed a copy of this Motion to Dismiss with the Court's Electronic Filing System, which sent a notice of electronic filing to all registered parties, including Ted H. Merriam, counsel for Plaintiff, Robert A. Pfaff.

s/ Hilarie Snyder
_____
Hilarie Snyder

12504625.1