IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03349-PAB-NYW

ROBERT A. PFAFF,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO UNITED STATES' MOTION TO DISMISS

---

    The Plaintiff, Robert A. Pfaff, by and through his undersigned counsel, Kevin A. Planegger of the Merriam Law Firm, P.C., moves the Court for an extension of time until May 27, 2015 to respond to the United States' Motion to Dismiss. As grounds for this motion, the Plaintiff provides the following information:

    1. The Plaintiff served the Summons and Complaint in this case on February 6, 2015.

    2. The United States filed a Motion to Dismiss the Plaintiff's Complaint on April 10, 2015 based on a lack of subject-matter jurisdiction.

    3. In its Minute Order on April 14, 2015, the Court struck the United States' Motion to Dismiss for failure to comply with the Court's Practice Standards.

4. The United States subsequently moved (unopposed) for an extension of time to respond to the Complaint; the Court granted this motion on April 14, 2015.

5. The United States timely filed a Motion to Dismiss the Plaintiff's Complaint on April 15, 2015 based on a lack of subject-matter jurisdiction.

6. The Plaintiff's response to the United States' Motion to Dismiss (timely filed on April 15, 2015) is due on or before May 6, 2015.

7. The Plaintiff respectfully requests an extension until May 27, 2015 to file his response to the United States' Motion to Dismiss.

8. Plaintiff's counsel has had a vacation planned during the first week in May that would now conflict with the deadline for Plaintiff's response.

9. This is the Plaintiff's first request for an extension of time with respect to the United States' Motion to Dismiss.

10. The undersigned attorney has communicated with counsel for the United States, Hillarie Snyder, who indicated that she does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion for Extension of Time and set a deadline of May 27, 2015 for the Plaintiff to respond to the United States' Motion to Dismiss.

DATED this 27th day of April, 2015.

By: s/ Kevin A. Planegger

Kevin A. Planegger
Merriam Law Firm
1625 Broadway, Suite 770
Denver, CO 80202
303-592-5404
303-592-5439 (facsimile)

Attorney for Plaintiff

2