IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-03349-PAB-NYW | Date: | April 23, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| ROBERT A. PFAFF, | *Kevin Planegger* |
| **Plaintiff,** | |
| v. | |
| USA, | *Hilarie Elise Snyder (via telephone)* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

Court in Session:  1:31 p.m.

Appearance of counsel.

Each side is allowed:

Ten (10) depositions; including experts, no deposition may exceed one day of seven hours;
Twenty-five (25) interrogatories, including discrete subparts;
Twenty-five (25) requests for production of documents;
Twenty-five (25) requests for admissions, excluding those used for authentication of documents.

Deadline for joinder of parties and amendment of pleadings: June 5, 2015.

Discovery cut-off: January 15, 2016.

Dispositive motion deadline: February 15, 2016.

Each side may designate no more than three (3) testifying experts.

All parties shall designate principal experts on or before: November 15, 2015.
All parties shall designate rebuttal experts on or before: December 15, 2015.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: forty-five (45) days prior to the discovery cut-off.

A Final Pretrial Conference is set for April 26, 2016 at 2:00 p.m. The proposed Pretrial Order is due seven (7) days prior to the Final Pretrial Conference.

Parties discuss status of any settlement efforts and existing offer in compromise.

Parties discuss anticipated issues with document production and protective order.

Parties discuss informal discovery dispute process.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in Recess:  1:47 p.m.            Hearing concluded.            Total time in Court:  00:16