IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03349-PAB-NYW

ROBERT A. PFAFF,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

---

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO UNITED STATES' MOTION TO DISMISS

---

    The Plaintiff, Robert A. Pfaff, by and through his undersigned counsel, Kevin A. Planegger of the Merriam Law Firm, P.C., moves the Court for a second extension of time until June 10, 2015 to respond to the United States' Motion to Dismiss. As grounds for this motion, the Plaintiff provides the following information:

    1. The Plaintiff served the Summons and Complaint in this case on February 6, 2015.

    2. The United States filed a Motion to Dismiss the Plaintiff's Complaint on April 10, 2015 based on a lack of subject-matter jurisdiction.

    3. In its Minute Order on April 14, 2015, the Court struck the United States' Motion to Dismiss for failure to comply with the Court's Practice Standards.

4. The United States subsequently moved (unopposed) for an extension of time to respond to the Complaint; the Court granted this motion on April 14, 2015.

5. The United States timely filed a Motion to Dismiss the Plaintiff's Complaint on April 15, 2015 based on a lack of subject-matter jurisdiction.

6. The Plaintiff's response to the United States' Motion to Dismiss (timely filed on April 15, 2015) was originally due on or before May 11, 2015.

7. The Plaintiff moved for an initial extension of time to respond to the United States' Motion to Dismiss on April 27, 2015, and the Court granted the extension until May 27, 2015.

8. The Plaintiff respectfully requests a second extension until June 10, 2015 to file his response to the United States' Motion to Dismiss.

9. Plaintiff's counsel will be out of the office unexpectedly next week, and have been dealing family illnesses.

10. An extension to June 10, 2015 for Plaintiff's response is only a 30 day extension from the initial May 11, 2015 deadline.

11. This motion is being filed for the reasons set forth herein and not for purposes of delay.

12. The undersigned attorney has communicated with counsel for the United States, Hillarie Snyder, who indicated that she does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Second Motion for Extension of Time and set a deadline of June 10, 2015 for the Plaintiff to respond to the United States' Motion to Dismiss.

DATED this 13th day of May, 2015.

By: s/ Kevin A. Planegger

Kevin A. Planegger
Merriam Law Firm
1625 Broadway, Suite 770
Denver, CO 80202
303-592-5404
303-592-5439 (facsimile)

Attorney for Plaintiff