IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03349-PAB-NYW

ROBERT A. PFAFF,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

---

UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME
TO RESPOND TO UNITED STATES' MOTION TO DISMISS

---

    The Plaintiff, Robert A. Pfaff, by and through his undersigned counsel, Kevin A. Planegger of the Merriam Law Firm, P.C., moves the Court for a third extension of time until June 24, 2015 to respond to the United States' Motion to Dismiss. As grounds for this motion, the Plaintiff provides the following information:

    1. The Plaintiff served the Summons and Complaint in this case on February 6, 2015.

    2. The United States filed a Motion to Dismiss the Plaintiff's Complaint on April 10, 2015 based on a lack of subject-matter jurisdiction.

    3. In its Minute Order on April 14, 2015, the Court struck the United States' Motion to Dismiss for failure to comply with the Court's Practice Standards.

4. The United States subsequently moved (unopposed) for an extension of time to respond to the Complaint; the Court granted this motion on April 14, 2015.

5. The United States timely filed a Motion to Dismiss the Plaintiff's Complaint on April 15, 2015 based on a lack of subject-matter jurisdiction.

6. The Plaintiff's response to the United States' Motion to Dismiss (timely filed on April 15, 2015) was originally due on or before May 11, 2015.

7. The Plaintiff moved for an initial extension of time to respond to the United States' Motion to Dismiss on April 27, 2015, and the Court granted an extension until May 27, 2015.

8. The Plaintiff moved for a second extension to file his response to the United States' Motion to Dismiss, and the Court granted an extension until June 10, 2015.

9. The Plaintiff submitted a settlement offer to the United States on June 1, 2015 in an attempt to resolve the refund claim at issue in this lawsuit.

10. The same settlement offer was previously submitted directly to the Internal Revenue Service (covering the liability at issue in this case, as well as other federal income tax liabilities owed by the Plaintiff), and there are issues regarding jurisdiction and settlement authority that complicate the settlement process. The Plaintiff and counsel have spent significant time considering the parameters of the settlement offer in recent weeks, rather than focusing on a response to the United States' Motion to Dismiss.

11. The Plaintiff is hopeful that a settlement will be reached in this case to avoid the costs of further litigation and in the interest of conserving the time of the Court.

12. This motion is being filed for the reasons set forth herein and not for purposes of delay.

13. The undersigned attorney has communicated with counsel for the United States, Hillarie Snyder, who indicated that she does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Third Motion for Extension of Time and set a deadline of June 24, 2015 for the Plaintiff to respond to the United States' Motion to Dismiss.

DATED this 8th day of June, 2015.

By: s/ Kevin A. Planegger

Kevin A. Planegger
Merriam Law Firm
1625 Broadway, Suite 770
Denver, CO 80202
303-592-5404
303-592-5439 (facsimile)

Attorney for Plaintiff