IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03349-PAB-NYW

ROBERT A. PFAFF,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

---

DECLARATION OF KEVIN PLANEGGER IN SUPPORT OF
PLAINTIFF'S RESPONSE TO UNITED STATES' MOTION TO DISMISS

---

I, Kevin Planegger, declare as follows:

1. I am an attorney, licensed to practice law in the State of Colorado, and I work at the Merriam Law Firm in Denver, Colorado. I represent Robert A. Pfaff in the current matter before the Court and related matters.

2. Attached hereto as Exhibit 1 is a true and correct copy of a February 15, 2011 "Determination" letter that IRS issued to Mr. Pfaff.

3. Attached hereto as Exhibit 2 is a true and correct copy of the report/explanation that accompanied the February 15, 2011 "Determination" letter that explained why Mr. Pfaff was subject to penalties pursuant to 26 U.S.C. § 6707.

4. Attached hereto as Exhibit 3 are true and correct copies of two spreadsheets that accompanied the February 15, 2011 determination letter (and the report/explanation) that IRS sent to Mr. Pfaff to detail the amount of the penalty attributable to each individual transaction.

5. Attached hereto as Exhibit 4 is a copy of the Deferred Prosecution Agreement and accompanying statement of facts between KPMG and the United States Department of Justice. This document was obtained from United States Department of Justice website.

6. Attached hereto as Exhibit 5 is a copy of the Non-Prosecution Agreement between Deutsche Bank AG and the United States Department of Justice. This document was obtained from United States Department of Justice website.

7. Attached hereto as Exhibit 6 is a copy of the May 23, 2007 Department of Justice News Release, and accompanying statement of Sidley Austin, LLP. This document was obtained from United States Department of Justice website.

8. Attached hereto as Exhibit 7 is a copy of the Deferred Prosecution Agreement between HVB Bank and the United States Department of Justice. This document was obtained from United States Department of Justice website.

9. Attached hereto as Exhibit 8 are copies of letters from the Merriam Law Firm to IRS dated October 6, 2010; March 11, 2011; April 24, 2012; and May 8, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Denver, Colorado on June 17, 2015.

s/ Kevin A. Planegger  
Kevin Planegger