

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

LARGE AND MID-SIZE
BUSINESS DIVISION

Date: February 15, 2011
Robert Pfaff, #58200-054
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232
CC:
Kevin A. Planegger
1625 Broadway, Suite 770
Denver, CO 80202

Taxpayer Name:
  Robert Pfaff
Taxpayer Identification Number:
  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

Year(s):
  1997, 1998, 1999 and 2000
Person to Contact/ID Number:
  Kevin Banks / 0249733
Contact Telephone Number:
  415-522-6174
Contact Fax Number:
  415-522-6123
Refer Reply to:
  450 Golden Gate Avenue, MS: 6107
  San Francisco, CA 94102

RECEIVED FEB 18 2011 THM, PC

Dear Robert Pfaff:

We have determined that Robert Pfaff was a "tax shelter organizer" with respect to the Notice 2000-44 and 2001-45 transactions within the meaning of section 6111(e). Robert Pfaff had a duty to register the Notice 2000-44 and 2001-45 transactions pursuant to section 6111(a) and failed to do so. Therefore, Robert Pfaff is subject to penalties under section 6707. For purposes of the penalty, the Internal Revenue Service calculated the ratio and aggregate amount for each investor. The enclosed disc contains the explanation of our position complete with an appendix and exhibits (Encryption password submitted to Kevin Planegger).

**Table 1: Section 6707 Penalties**

|  | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|
| Section 6707 Penalties | $1,397,574 | $17,824,803 | $105,039,593 | $35,970,056 |

In addition, we expect you to respond to the previously issued financial statement Information Document Request within 30 days from the date of this letter. We also request that you submit the attached form 433A along with your IDR response. If you have any questions, please contact me at the number listed above.

Sincerely,

Kevin Banks
Internal Revenue Agent

EXHIBIT 1

| Form 4564 | Department of the Treasury<br>Internal Revenue Service<br>Information Document Request | Request #<br>KB: 1 |
|---|---|---|
| To:<br>Robert Pfaff | | Subject:<br>6707 Penalties |
| Robert Pfaff, # 58200-054<br>FCI Fort Dix<br>Federal Correctional Institution<br>P.O. Box 2000<br>Fort Dix, NJ 08640 | | Submitted to:<br>Kevin Planegger |
| | | Dates of Previous Requests:<br>n/a |

1. Personal financial statements signed under penalties of perjury for separate and jointly held assets/liabilities of the taxpayer that include, but not limited to:
   a. Fair market value of interests in partnerships, LLCs, LLPs, corporations, trusts, and joint ventures.
   b. Fair market value of other investments, including stocks, bonds, real estate, brokerage accounts, and other investment accounts.
   c. Fair market value of pension plans, IRAs, other retirement accounts, and life insurance policies cash values.
   d. Fair market value of offshore accounts.
   e. Fair market value of all other personal assets including, home, cars, watercrafts, other recreational vehicles, jewelry art work, collections, antiques and other assets.
   f. Checking and savings accounts, money market accounts, certificate of deposits.
   g. Listing of each liability of the taxpayer along with copies of recent statements and identification of property encumbered.

**Note: for each item above, indicate whether or not the asset is jointly held and the method used to value the asset. Include copies of all materials used to determine amounts included in financial statement.**

2. Credit report less than 30 days old.

3. Divorce Decree or Prenuptial Agreement (add this if divorced, recently married, or not known).

4. Copies of 2 most recent filed Form 1040s with all attachments.

5. Copies of the 2 most recent filed income returns for all S Corporation, Partnership, Trust returns, including Schedule K-1 for ownership interests greater than 5 percent.

6. Copies of Schedule K-1 for all ownership interests of 5 percent or less.

7. Detailed explanation of recent changes in financial position of taxpayer.

8. Forward-looking statement on anticipated changes in financial position.

| Information Due By | 1/7/2010 | At Next Appointment | | Mail In | x |
|---|---|---|---|---|---|

| Name and Title of Requestor<br>Kevin Banks # 0249733<br>Internal Revenue Agent | | Date:<br>11/26/2010 |
|---|---|---|
| OM | Office Location:<br>450 Golden Gate Avenue, MS: 6107<br>San Francisco, CA 94102 | Phone: 415-522-6174 |

Form 4564

Form **433-A**
(Rev. January 2008)
Department of the Treasury
Internal Revenue Service

## Collection Information Statement for Wage Earners and Self-Employed Individuals

**Wage Earners** Complete Sections 1, 2, 3, and 4, including signature line on page 4. *Answer all questions or write N/A.*
**Self-Employed Individuals** Complete Sections 1, 2, 3, 4, 5 and 6 and signature line on page 4. *Answer all questions or write N/A.*
**For Additional Information,** refer to Publication 1854, "How To Prepare a Collection Information Statement"
*Include attachments if additional space is needed to respond completely to any question.*

| Name on Internal Revenue Service (IRS) Account | Social Security Number SSN on IRS Account | Employer Identification Number EIN |
|---|---|---|
| | | |

### Section 1: Personal Information

| 1a Full Name of Taxpayer and Spouse (if applicable) | 1c Home Phone ( ) | 1d Cell Phone ( ) |
|---|---|---|
| 1b Address *(Street, City, State, ZIP code) (County of Residence)* | 1e Business Phone ( ) | 1f Business Cell Phone ( ) |
| | 2b Name, Age, and Relationship of dependent(s) | |

2a Marital Status: ☐ Married  ☐ Unmarried *(Single, Divorced, Widowed)*

| | Social Security No. *(SSN)* | Date of Birth *(mmddyyyy)* | Driver's License Number and State |
|---|---|---|---|
| 3a Taxpayer | | | |
| 3b Spouse | | | |

### Section 2: Employment Information

*If the taxpayer or spouse is self-employed or has self-employment income, also complete Business Information in Sections 5 and 6.*

| Taxpayer | | Spouse | |
|---|---|---|---|
| 4a Taxpayer's Employer Name | | 5a Spouse's Employer Name | |
| 4b Address *(Street, City, State, ZIP code)* | | 5b Address *(Street, City, State, ZIP code)* | |
| 4c Work Telephone Number ( ) | 4d Does employer allow contact at work ☐ Yes ☐ No | 5c Work Telephone Number ( ) | 5d Does employer allow contact at work ☐ Yes ☐ No |
| 4e How long with this employer (years) (months) | 4f Occupation | 5e How long with this employer (years) (months) | 5f Occupation |
| 4g Number of exemptions claimed on Form W-4 | 4h Pay Period: ☐ Weekly ☐ Bi-weekly ☐ Monthly ☐ Other | 5g Number of exemptions claimed on Form W-4 | 5h Pay Period: ☐ Weekly ☐ Bi-weekly ☐ Monthly ☐ Other |

### Section 3: Other Financial Information *(Attach copies of applicable documentation)*

**6** Is the individual or sole proprietorship party to a lawsuit *(If yes, answer the following)*  Yes ☐ No ☐

| ☐ Plaintiff ☐ Defendant | Location of Filing | Represented by | Docket/Case No. |
|---|---|---|---|
| Amount of Suit $ | Possible Completion Date *(mmddyyyy)* | Subject of Suit | |

**7** Has the individual or sole proprietorship ever filed bankruptcy *(If yes, answer the following)*  Yes ☐ No ☐

| Date Filed *(mmddyyyy)* | Date Dismissed or Discharged *(mmddyyyy)* | Petition No. | Location |
|---|---|---|---|

**8** Any increase/decrease in income anticipated *(business or personal)* *(If yes, answer the following)*  Yes ☐ No ☐

| Explain. *(Use attachment if needed)* | How much will it increase/decrease $ | When will it increase/decrease |
|---|---|---|

**9** Is the individual or sole proprietorship a beneficiary of a trust, estate, or life insurance policy *(If yes, answer the following)*  Yes ☐ No ☐

Place where recorded:         EIN:

| Name of the trust, estate, or policy | Anticipated amount to be received $ | When will the amount be received |
|---|---|---|

**10** In the past 10 years, has the individual resided outside of the United States for periods of 6 months or longer *(If yes, answer the following)*  Yes ☐ No ☐

| Dates lived abroad: from *(mmddyyyy)* | | To *(mmddyyyy)* | |
|---|---|---|---|

www.irs.gov    Cat. No. 20312N    Form **433-A** (Rev. 1-2008)

Form 433-A (Rev. 1-2008)

Page 2

### Section 4: Personal Asset Information for All Individuals

**11  Cash on Hand.** Include cash that is not in a bank.   **Total Cash on Hand** $

**Personal Bank Accounts.** Include all checking, online bank accounts, money market accounts, savings accounts, stored value cards (e.g., payroll cards, government benefit cards, etc.) List safe deposit boxes including location and contents.

| | Type of Account | Full Name & Address (Street, City, State, ZIP code) of Bank, Savings & Loan, Credit Union, or Financial Institution. | Account Number | Account Balance As of _____ mmddyyyy |
|---|---|---|---|---|
| 12a | | | | |
| 12b | | | | $ |
| | | | | $ |

**12c  Total Cash** (Add lines 12a, 12b, and amounts from any attachments)   $

**Investments.** Include stocks, bonds, mutual funds, stock options, certificates of deposit, and retirement assets such as IRAs, Keogh, and 401(k) plans. Include all corporations, partnerships, limited liability companies or other business entities in which the individual is an officer, director, owner, member, or otherwise has a financial interest.

| | Type of Investment or Financial Interest | Full Name & Address (Street, City, State, ZIP code) of Company | Current Value | Loan Balance (if applicable) As of _____ mmddyyyy | Equity Value Minus Loan |
|---|---|---|---|---|---|
| 13a | | Phone | $ | $ | $ |
| 13b | | Phone | $ | $ | $ |
| 13c | | Phone | $ | $ | $ |

**13d  Total Equity** (Add lines 13a through 13c and amounts from any attachments)   $

**Available Credit.** List bank issued credit cards with available credit.

| | Full Name & Address (Street, City, State, ZIP code) of Credit Institution | Credit Limit | Amount Owed As of _____ mmddyyyy | Available Credit As of _____ mmddyyyy |
|---|---|---|---|---|
| 14a | Acct No.: | $ | $ | $ |
| 14b | Acct No.: | $ | $ | $ |

**14c  Total Available Credit** (Add lines 14a, 14b and amounts from any attachments)   $

**15a  Life Insurance.** Does the individual have life insurance with a cash value (Term Life insurance does not have a cash value.)
☐ Yes   ☐ No    If **Yes** complete blocks 15b through 15f for each policy:

| 15b | Name and Address of Insurance Company(ies): | | |
|---|---|---|---|
| 15c | Policy Number(s) | | |
| 15d | Owner of Policy | | |
| 15e | Current Cash Value | $ | $ | $ |
| 15f | Outstanding Loan Balance | $ | $ | $ |

**15g  Total Available Cash.** (Subtract amounts on line 15f from line 15e and include amounts from any attachments)   $

Form **433-A** (Rev. 1-2008)

Form 433-A (Rev. 1-2008)  Page **3**

**16** In the past 10 years, have any assets been transferred by the individual for less than full value
*(If yes, answer the following. If no, skip to 17a)*  Yes ☐  No ☐

| List Asset | Value at Time of Transfer | Date Transferred *(mmddyyyy)* | To Whom or Where was it Transferred |
|---|---|---|---|
| | $ | | |

**Real Property Owned, Rented, and Leased.** Include all real property and land contracts.

| | Purchase/Lease Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | Equity FMV Minus Loan |
|---|---|---|---|---|---|---|
| **17a** Property Description | | $ | $ | $ | | $ |
| Location *(Street, City, State, ZIP code)* and County | | | Lender/Lessor/Landlord Name, Address, *(Street, City, State, ZIP code)* and Phone | | | |
| **17b** Property Description | | $ | $ | $ | | $ |
| Location *(Street, City, State, ZIP code)* and County | | | Lender/Lessor/Landlord Name, Address, *(Street, City, State, ZIP code)* and Phone | | | |

**17c Total Equity** *(Add lines 17a, 17b and amounts from any attachments)*  $

**Personal Vehicles Leased and Purchased.** Include boats, RVs, motorcycles, trailers, etc.

| Description *(Year, Mileage, Make, Model)* | | Purchase/Lease Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | Equity FMV Minus Loan |
|---|---|---|---|---|---|---|---|
| **18a** Year | Mileage | | $ | $ | $ | | $ |
| Make | Model | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone | | | | | |
| **18b** Year | Mileage | | $ | $ | $ | | $ |
| Make | Model | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone | | | | | |

**18c Total Equity** *(Add lines 18a, 18b and amounts from any attachments)*  $

**Personal Assets.** Include all furniture, personal effects, artwork, jewelry, collections *(coins, guns, etc.)*, antiques or other assets.

| | Purchase/Lease Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | Equity FMV Minus Loan |
|---|---|---|---|---|---|---|
| **19a** Property Description | | $ | $ | $ | | $ |
| Location *(Street, City, State, ZIP code)* and County | | | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone | | | |
| **19b** Property Description | | $ | $ | $ | | $ |
| Location *(Street, City, State, ZIP code)* and County | | | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone | | | |

**19c Total Equity** *(Add lines 19a, 19b and amounts from any attachments)*  $

Form **433-A** (Rev. 1-2008)

Form 433-A (Rev. 1-2008)          Page 4

## If the taxpayer is self-employed, sections 5 and 6 must be completed before continuing.

Monthly Income/Expense Statement *(For additional information, refer to Publication 1854.)*

| Total Income | | | Total Living Expenses | | IRS USE ONLY |
|---|---|---|---|---|---|
| Source | Gross Monthly | | Expense Items [5] | Actual Monthly | Allowable Expenses |
| 20 Wages *(Taxpayer)* [1] | $ | 33 | Food, Clothing, and Misc. [6] | $ | |
| 21 Wages *(Spouse)* [1] | $ | 34 | Housing and Utilities [7] | $ | |
| 22 Interest - Dividends | $ | 35 | Vehicle Ownership Costs [8] | $ | |
| 23 Net Business Income [2] | $ | 36 | Vehicle Operating Costs [9] | $ | |
| 24 Net Rental Income [3] | $ | 37 | Public Transportation [10] | $ | |
| 25 Distributions [4] | $ | 38 | Health Insurance | $ | |
| 26 Pension/Social Security *(Taxpayer)* | $ | 39 | Out of Pocket Health Care Costs [11] | $ | |
| 27 Pension/Social Security *(Spouse)* | $ | 40 | Court Ordered Payments | $ | |
| 28 Child Support | $ | 41 | Child/Dependent Care | $ | |
| 29 Alimony | $ | 42 | Life insurance | $ | |
| 30 Other (Rent subsidy, Oil credit, etc.) | $ | 43 | Taxes *(Income and FICA)* | $ | |
| 31 Other | $ | 44 | Other Secured Debts (Attach list) | $ | |
| 32 **Total Income** *(add lines 20-31)* | $ | 45 | **Total Living Expenses** *(add lines 33-44)* | $ | |

1. **Wages, salaries, pensions, and social security:** Enter gross monthly wages and/or salaries. Do not deduct withholding or allotments taken out of pay, such as insurance payments, credit union deductions, car payments, etc. To calculate the gross monthly wages and/or salaries:
*If paid weekly* - multiply weekly gross wages by 4.3. Example: $425.89 x 4.3 = $1,831.33
*If paid biweekly (every 2 weeks)* - multiply biweekly gross wages by 2.17. Example: $972.45 x 2.17 = $2,110.22
*If paid semimonthly (twice each month)* - multiply semimonthly gross wages by 2. Example: $856.23 x 2 = $1,712.46

2. **Net Income from Business:** Enter monthly net business income. This is the amount earned after ordinary and necessary monthly business expenses are paid. **This figure is the amount from page 6, line 82.** If the net business income is a loss, enter "0". Do not enter a negative number. If this amount is more or less than previous years, attach an explanation.

3. **Net Rental Income:** Enter monthly net rental income. This is the amount earned after ordinary and necessary monthly rental expenses are paid. Do not include deductions for depreciation or depletion. If the net rental income is a loss, enter "0". Do not enter a negative number.

4. **Distributions:** Enter the total distributions from partnerships and subchapter S corporations reported on Schedule K-1, and from limited liability companies reported on Form 1040, Schedule C, D or E.

5. **Expenses not generally allowed:** We generally do not allow tuition for private schools, public or private college expenses, charitable contributions, voluntary retirement contributions, payments on unsecured debts such as credit card bills, cable television and other similar expenses. However, we may allow these expenses if it is proven that they are necessary for the health and welfare of the individual or family or for the production of income.

6. **Food, Clothing, and Misc.:** Total of clothing, food, housekeeping supplies, and personal care products for one month.

7. **Housing and Utilities:** For principal residence: Total of rent or mortgage payment. Add the average monthly expenses for the following: property taxes, home owner's or renter's insurance, maintenance, dues, fees, and utilities. Utilities include gas, electricity, water, fuel, oil, other fuels, trash collection, telephone, and cell phone.

8. **Vehicle Ownership Costs:** Total of monthly lease or purchase/loan payments.

9. **Vehicle Operating Costs:** Total of maintenance, repairs, insurance, fuel, registrations, licenses, inspections, parking, and tolls for one month.

10. **Public Transportation:** Total of monthly fares for mass transit (e.g., bus, train, ferry, taxi, etc.)

11. **Out of Pocket Health Care Costs:** Monthly total of medical services, prescription drugs and medical supplies (e.g., eyeglasses, hearing aids, etc.)

**Certification:** *Under penalties of perjury, I declare that to the best of my knowledge and belief this statement of assets, liabilities, and other information is true, correct, and complete.*

| Taxpayer's Signature | Spouse's Signature | Date |
|---|---|---|
| | | |

**Attachments Required for Wage Earners and Self-Employed Individuals:**
Copies of the following items for the last 3 months from the date this form is submitted (check all attached items):

☐ Income - Earnings statements, pay stubs, etc. from each employer, pension/social security/other income, self employment income (commissions, invoices, sales records, etc.).

☐ Banks, Investments, and Life Insurance - Statements for all money market, brokerage, checking and savings accounts, certificates of deposit, IRA, stocks/bonds, and life insurance policies with a cash value.

☐ Assets - Statements from lenders on loans, monthly payments, payoffs, and balances for all personal and business assets. Include copies of UCC financing statements and accountant's depreciation schedules.

☐ Expenses - Bills or statements for monthly recurring expenses of utilities, rent, insurance, property taxes, phone and cell phone, insurance premiums, court orders requiring payments (child support, alimony, etc.), other out of pocket expenses.

☐ Other - credit card statements, profit and loss statements, all loan payoffs, etc.

☐ A copy of last year's Form 1040 with all attachments. Include all Schedules K-1 from Form 1120S or Form 1065, as applicable.

Form **433-A** (Rev. 1-2008)

Form 433-A (Rev. 1-2008)  Page 5

## Sections 5 and 6 must be completed only if the taxpayer is SELF-EMPLOYED.

### Section 5: Business Information

**46** Is the business a sole proprietorship (filing Schedule C) ☐ Yes, Continue with Sections 5 and 6. ☐ No, Complete Form 433-B.
All other business entities, including limited liability companies, partnerships or corporations, must complete Form 433-B.

**47** Business Name

**48** Employer Identification Number

**49** Type of Business

Federal Contractor ☐ Yes ☐ No

**50** Business Website

**51** Total Number of Employees

**52a** Average Gross Monthly Payroll

**52b** Frequency of Tax Deposits

**53** Does the business engage in e-Commerce (Internet sales) ☐ Yes ☐ No

Payment Processor (e.g., PayPal, Authorize.net, Google Checkout, etc.) Name & Address *(Street, City, State, ZIP code)* | Payment Processor Account Number

**54a**

**54b**

### Credit Cards Accepted by the Business.

| Credit Card | Merchant Account Number | Merchant Account Provider, Name & Address *(Street, City, State, ZIP code)* |
|---|---|---|
| 55a | | |
| 55b | | |
| 55c | | |

**56** Business Cash on Hand. Include cash that is not in a bank.   Total Cash on Hand $

Business Bank Accounts. Include checking accounts, online bank accounts, money market accounts, savings accounts, and stored value cards (e.g. payroll cards, government benefit cards, etc.) *Report Personal Accounts in Section 4.*

| Type of Account | Full name & Address *(Street, City, State, ZIP code)* of Bank, Savings & Loan, Credit Union or Financial Institution. | Account Number | Account Balance As of _____ mmddyyyy |
|---|---|---|---|
| 57a | | | $ |
| 57b | | | $ |

**57c** Total Cash in Banks *(Add lines 57a, 57b and amounts from any attachments)*  $

Accounts/Notes Receivable. Include e-payment accounts receivable and factoring companies, and any bartering or online auction accounts. *(List all contracts separately, including contracts awarded, but not started.)* **Include Federal Government Contracts.**

| Accounts/Notes Receivable & Address *(Street, City, State, ZIP code)* | Status *(e.g., age, factored, other)* | Date Due *(mmddyyyy)* | Invoice Number or Federal Government Contract Number | Amount Due |
|---|---|---|---|---|
| 58a | | | | $ |
| 58b | | | | $ |
| 58c | | | | $ |
| 58d | | | | $ |

**58e** Total Outstanding Balance *(Add lines 58a through 58d and amounts from any attachments)*  $

Form **433-A** (Rev. 1-2008)

Form 433-A (Rev. 1-2008) Page 6

**Business Assets.** Include all tools, books, machinery, equipment, inventory or other assets used in trade or business. Include Uniform Commercial Code (UCC) filings. Include Vehicles and Real Property owned/leased/rented by the business, if not shown in Section 4.

| | Purchase/Lease/Rental Date (mmddyyyy) | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment (mmddyyyy) | Equity FMV Minus Loan |
|---|---|---|---|---|---|---|
| 59a Property Description | | $ | $ | $ | | $ |
| Location (Street, City, State, ZIP code) and County | | | Lender/Lessor/Landlord Name, Address (Street, City, State, ZIP code) and Phone | | | |
| 59b Property Description | | $ | $ | $ | | $ |
| Location (Street, City, State, ZIP code) and County | | | Lender/Lessor/Landlord Name, Address (Street, City, State, ZIP code) and Phone | | | |

59c **Total Equity** (Add lines 59a, 59b and amounts from any attachments) $

## Section 6 should be completed only if the taxpayer is SELF-EMPLOYED

**Section 6: Sole Proprietorship Information** (lines 60 through 81 should reconcile with business Profit and Loss Statement)

Accounting Method Used: ☐ Cash ☐ Accrual

Income and Expenses during the period (mmddyyyy) _____ to (mmddyyyy) _____

| Total Monthly Business Income | | | Total Monthly Business Expenses (Use attachments as needed.) | | |
|---|---|---|---|---|---|
| | Source | Gross Monthly | | Expense Items | Actual Monthly |
| 60 | Gross Receipts | $ | 70 | Materials Purchased [1] | $ |
| 61 | Gross Rental Income | $ | 71 | Inventory Purchased [2] | $ |
| 62 | Interest | $ | 72 | Gross Wages & Salaries | $ |
| 63 | Dividends | $ | 73 | Rent | $ |
| 64 | Cash | $ | 74 | Supplies [3] | $ |
| | Other Income (Specify below) | | 75 | Utilities/Telephone [4] | $ |
| 65 | | $ | 76 | Vehicle Gasoline/Oil | $ |
| 66 | | $ | 77 | Repairs & Maintenance | $ |
| 67 | | $ | 78 | Insurance | $ |
| 68 | | $ | 79 | Current Taxes [5] | $ |
| | | | 80 | Other Expenses, including installment payments (Specify) | $ |
| 69 | **Total Income** (Add lines 60 through 68) | $ | 81 | **Total Expenses** (Add lines 70 through 80) | $ |
| | | | 82 | **Net Business Income** (Line 69 minus 81) [6] | $ |

Enter the amount from line 82 on line 23, section 4. If line 82 is a loss, enter "0" on line 23, section 4.

Self-employed taxpayers must return to page 4 to sign the certification and include all applicable attachments.

[1] **Materials Purchased:** Materials are items directly related to the production of a product or service.

[2] **Inventory Purchased:** Goods bought for resale.

[3] **Supplies:** Supplies are items used in the business that are consumed or used up within one year. This could be the cost of books, office supplies, professional equipment, etc.

[4] **Utilities/Telephone:** Utilities include gas, electricity, water, oil, other fuels, trash collection, telephone and cell phone.

[5] **Current Taxes:** Real estate, excise, franchise, occupational, personal property, sales and employer's portion of employment taxes.

[6] **Net Business Income:** Net profit from Form 1040, Schedule C may be used if duplicated deductions are eliminated (e.g., expenses for business use of home already included in housing and utility expenses on page 4). Deductions for depreciation and depletion on Schedule C are not cash expenses and must be added back to the net income figure. In addition, interest cannot be deducted if it is already included in any other installment payments allowed.

| FINANCIAL ANALYSIS OF COLLECTION POTENTIAL FOR INDIVIDUAL WAGE EARNERS AND SELF-EMPLOYED INDIVIDUALS | | (IRS USE ONLY) |
|---|---|---|
| Cash Available (Lines 11, 12c, 13d, 14c, 15g, 56, 57c and 58e) | Total Cash | $ |
| Distrainable Asset Summary (Lines 17c, 18c, 19c, and 59c) | Total Equity | $ |
| Monthly Total Positive Income minus Expenses (Line 32 minus Line 45) | Monthly Available Cash | $ |

**Privacy Act:** The information requested on this Form is covered under Privacy Acts and Paperwork Reduction Notices which have already been provided to the taxpayer.

Form **433-A** (Rev. 1-2008)