BLIPS
PROMOTER PENALTY REPORT
EXHIBIT 5
PENALTY COMPUTATION

| SIF (Strategic Investment Fund) | Ventures LLC | Investor | Year | Ratio Computation ||| | Loan | Premium | Capital Contribution | IRC 6707 Penalty ||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Tax Benefit Numerator | Investment Base Cash Invested Denominator | Tax Shelter Ratio | | | | Additional Professional Fees Paid | Aggregate Amount Invested | 6707 Penalty at 1% |
| Alverstone (1) | Voltaire | Soward, David C. | 1999 | 4,103,175 | 203,286 | 20.18 | 6,500,000 | 3,900,000 | 236,896 | | 10,636,896 | 106,369 |
| Antero | Murray | Drettman, Erich A. | 1999 | 11,705,884 | 703,677 | 16.64 | 18,300,000 | 11,000,000 | 804,440 | 137,500 | 30,241,940 | 302,419 |
| Antero | Campasse | Drettman, Henry A. | 1999 | 31,919,949 | 1,919,124 | 16.63 | 50,000,000 | 30,000,000 | 2,194,141 | 375,000 | 82,569,141 | 825,691 |
| Antero | Derwent | Drettmann, Brian E. | 1999 | 10,641,710 | 639,707 | 16.64 | 16,700,000 | 10,000,000 | 731,381 | 125,000 | 27,556,381 | 275,564 |
| Antero | Latrobe | Drettmann, H. David | 1999 | 10,642,718 | 639,707 | 16.64 | 16,700,000 | 10,000,000 | 731,381 | 125,000 | 27,556,381 | 275,564 |
| Augusta | Yarra | Blake, Marilyn K. | 1999 | 35,115,589 | 2,111,005 | 16.63 | 55,000,000 | 33,000,000 | 2,413,493 | 412,500 | 90,825,993 | 908,260 |
| Augusta | Ovens | Blake, Mark C. | 1999 | 10,641,888 | 639,698 | 16.64 | 16,700,000 | 10,000,000 | 731,462 | 125,000 | 27,556,462 | 275,565 |
| Augusta | Murrumbidgee | Blake, Todd A. | 1999 | 12,767,570 | 767,638 | 16.63 | 20,000,000 | 12,000,000 | 877,671 | 150,000 | 33,027,671 | 330,277 |
| Augusta | Lachlan | Blake, Wendy | 1999 | 11,705,830 | 703,669 | 16.64 | 18,300,000 | 11,000,000 | 804,360 | 137,500 | 30,241,860 | 302,419 |
| Bear | Cor De Valle | Bochnowski, James J. | 1999 | 69,146,118 | 4,010,524 | 17.24 | 108,300,000 | 65,000,000 | 4,756,326 | 812,500 | 178,868,826 | 1,788,688 |
| Belford | Cherry Tree | Shimmon, David J. | 1999 | 85,277,519 | 5,107,253 | 16.70 | 133,300,000 | 80,000,000 | 5,850,272 | 1,000,000 | 220,150,272 | 2,201,503 |
| Blackburn | Fitzroy | S. Ressing 1999 Trust/Ressing, Stefan | 1999 | 8,555,530 | 539,571 | 15.86 | 13,300,000 | 8,000,000 | 594,666 | 100,000 | 21,994,666 | 219,947 |
| Blackburn | Mackenzie | M.L. Le 1999 Trust/Le, Michael | 1999 | 12,867,569 | 809,357 | 15.90 | 20,000,000 | 12,000,000 | 891,998 | 150,000 | 33,041,998 | 330,420 |
| Bona | Flinders | Galtney, William F., Jr. | 1999 | 60,580,138 | 3,679,983 | 16.46 | 95,000,000 | 57,000,000 | 4,191,828 | 712,500 | 156,904,328 | 1,569,043 |
| Bross | Suttor | Baldock, Michael | 1999 | 10,666,975 | 647,298 | 16.48 | 16,700,000 | 10,000,000 | 739,243 | 125,000 | 27,564,243 | 275,642 |
| Bross | Ashburton | Morey, Roger | 1999 | 7,466,883 | 453,109 | 16.48 | 11,700,000 | 7,000,000 | 517,470 | 87,500 | 19,304,970 | 193,050 |
| Bross | Barcoo | Carnahan, Scott W. | 1999 | 5,313,866 | 323,650 | 16.42 | 8,300,000 | 5,000,000 | 369,622 | 62,500 | 13,732,122 | 137,321 |
| Cameron | Thompson | Browne, Anthony | 1999 | 17,079,588 | 1,048,241 | 16.29 | 26,700,000 | 16,000,000 | 1,169,984 | 200,000 | 44,069,984 | 440,700 |
| Cameron | Finke | Kutler, Jon B. | 1999 | 7,472,341 | 458,606 | 16.29 | 11,700,000 | 7,000,000 | 511,868 | 87,500 | 19,299,368 | 192,994 |
| Cameron | Georgina | Riley, Kevin | 1999 | 10,674,724 | 655,151 | 16.29 | 16,700,000 | 10,000,000 | 731,240 | 125,000 | 27,556,240 | 275,562 |
| Cameron | Diamantina | Wilson, Henry | 1999 | 10,674,724 | 655,151 | 16.29 | 16,700,000 | 10,000,000 | 731,240 | 125,000 | 27,556,240 | 275,562 |
| Capitol | Snowy | Moorehead, Donald | 1999 | 31,998,302 | 1,936,874 | 16.52 | 50,000,000 | 30,000,000 | 2,195,625 | 375,000 | 82,570,625 | 825,706 |
| Castle | Palmer | Engquist, John M. | 1999 | 23,387,608 | 1,483,452 | 15.77 | 36,700,000 | 22,000,000 | 1,635,441 | 275,000 | 60,610,441 | 606,104 |
| Churchill | Shoalhaven | Loftin, Peter T. | 1999 | 106,348,262 | 6,459,777 | 16.46 | 163,000,000 | 100,000,000 | 7,312,305 | 1,250,000 | 271,562,305 | 2,715,623 |
| Columbia | Queets | Umberger, Steven J. | 1999 | 18,120,427 | 1,082,157 | 16.74 | 28,300,000 | 17,000,000 | 1,243,633 | 212,500 | 46,756,133 | 467,561 |
| Crestone | Macleay | Heckmann, Richard | 1999 | 42,544,067 | 2,545,266 | 16.71 | 66,700,000 | 40,000,000 | 2,926,119 | 500,000 | 110,126,119 | 1,101,261 |
| Democrat | Bogan | Blum, Scott (Separate Property Trust) | 1999 | 79,713,796 | 4,801,136 | 16.60 | 125,000,000 | 75,000,000 | 5,487,692 | 937,500 | 206,425,192 | 2,064,252 |
| Diablo | Macquarie | Hansen, Stephen L. | 1999 | 37,364,605 | 2,295,160 | 16.28 | 58,300,000 | 35,000,000 | 2,560,195 | 437,500 | 96,297,695 | 962,977 |
| Elbert | Namoi | Connelly, A. Scott | 1999 | 21,260,757 | 1,280,640 | 16.60 | 33,300,000 | 20,000,000 | 1,462,685 | 250,000 | 55,012,685 | 550,127 |
| Ellingwood | Barwon | MEH Annuity Trust/Hawn, Mark E. | 1999 | 21,234,579 | 1,244,875 | 17.06 | 33,300,000 | 20,000,000 | 1,461,904 | 250,000 | 55,011,904 | 550,119 |
| Fairweather | Condamine | Pell, James A. | 1999 | 21,323,537 | 1,284,129 | 16.61 | 33,300,000 | 20,000,000 | 1,478,708 | 250,000 | 55,028,708 | 550,287 |
| Foraker | Clarence | Paul Reddam Trust/Reddam, John Paul | 1999 | 53,184,385 | 3,275,269 | 16.24 | 83,300,000 | 50,000,000 | 3,693,875 | 625,000 | 137,618,875 | 1,376,189 |
| Granite Chief | Leichardt | Seeno, Albert D., Jr | 1999 | 42,695,211 | 2,836,998 | 15.05 | 66,700,000 | 40,000,000 | 2,941,200 | 400,000 | 110,041,200 | 1,100,412 |
| Grays | Rio Grande | Nacchio, Joseph P. | 1999 | 21,326,717 | 1,287,320 | 16.57 | 33,300,000 | 20,000,000 | 1,463,312 | 322,500 | 55,085,812 | 550,858 |
| Handies | Daly | Karen S. Long 1999 Trust/Long, Karen | 1999 | 21,329,571 | 1,295,920 | 16.46 | 33,300,000 | 20,000,000 | 1,479,526 | 250,000 | 55,029,526 | 550,295 |
| Harvard | Isaac | Salick, Bernard | 1999 | 13,322,722 | 798,091 | 16.69 | 20,800,000 | 12,500,000 | 914,552 | 156,250 | 34,370,802 | 343,708 |
| Harvard | Burdekin | Salick, Gloria | 1999 | 13,322,722 | 798,092 | 16.69 | 20,800,000 | 12,500,000 | 914,552 | 156,250 | 34,370,802 | 343,708 |
| Hubbard | Jardine | Becnel, Thomas R. | 1999 | 31,883,045 | 1,915,048 | 16.65 | 50,000,000 | 30,000,000 | 2,194,465 | 375,000 | 82,569,465 | 825,695 |
| Humboldt | Ord | Portman, John C. III | 1999 | 21,434,568 | 1,259,680 | 17.02 | 33,300,000 | 20,000,000 | 1,456,425 | 250,000 | 55,006,425 | 550,064 |
| Kit Carson | Warrego | Brown, Denis | 1999 | 20,253,757 | 1,216,805 | 16.65 | 31,700,000 | 19,000,000 | 1,391,303 | 237,500 | 52,328,803 | 523,288 |

(1) These transactions were not co promoted by KPMG.

1



BLIPS
PROMOTER PENALTY REPORT
EXHIBIT 5
PENALTY COMPUTATION

| SIF (Strategic Investment Fund) | Ventures LLC | Investor | Year | Ratio Computation | | | | | | | IRC 6707 Penalty | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Tax Benefit Numerator | Investment Base Cash Invested Denominator | Tax Shelter Ratio | Loan | Premium | Capital Contribution | Additional Professional Fees Paid | Aggregate Amount Invested | 6707 Penalty at 1% |
| Kit Carson | Willow Tree | Carter, Michael | 1999 | 6,364,824 | 384,254 | 16.56 | 10,000,000 | 6,000,000 | 439,385 | 75,000 | 16,514,385 | 165,144 |
| Kit Carson | Alice | McCloskey, James | 1999 | 5,953,750 | 352,234 | 16.90 | 9,200,000 | 5,500,000 | 402,712 | 68,750 | 15,171,462 | 151,715 |
| Langley | Townsbridge | GKW Unified Holdings | 1999 | 324,827,531 | 16,872,270 | 19.25 | 500,000,000 | 300,000,000 | 21,827,531 | 3,000,000 | 824,827,531 | 8,248,275 |
| Liberty Cap | Margaret | Porter, Barry | 1999 | 63,844,886 | 3,722,841 | 17.15 | 100,000,000 | 60,000,000 | 4,392,819 | 712,000 | 165,104,819 | 1,651,048 |
| Lincoln | Dawson | Cook, Lodwrick M. | 1999 | 31,896,356 | 1,964,454 | 16.24 | 50,000,000 | 30,000,000 | 2,229,773 | 356,000 | 82,585,773 | 825,858 |
| Lindsey | Mitchell | Lee, David L. | 1999 | 106,246,508 | 6,015,949 | 17.66 | 166,700,000 | 100,000,000 | 7,156,691 | 1,186,700 | 275,043,391 | 2,750,434 |
| Little Bear | De Gray | Paul Marciano Trust/Marciano, Paul | 1999 | 19,154,912 | 1,177,142 | 16.27 | 30,000,000 | 18,000,000 | 1,317,412 | 225,000 | 49,542,412 | 495,424 |
| Little Bear | Fortescue | Maurice Marciano Trust/Marciano M. | 1999 | 12,769,942 | 784,761 | 16.27 | 20,000,000 | 12,000,000 | 878,275 | 150,000 | 33,028,275 | 330,283 |
| Longs | Gascoyne | Schwartz, Theodore C. | 1999 | 21,638,094 | 1,348,196 | 16.05 | 33,300,000 | 20,000,000 | 1,486,462 | 250,000 | 55,036,462 | 550,365 |
| Maroon | Murchison | Nesbitt, William G. | 1999 | 34,109,078 | 2,037,049 | 16.74 | 53,300,000 | 32,000,000 | 2,340,990 | 400,000 | 88,040,990 | 880,410 |
| Massive | Blackwood | Adams, Scott H. | 1999 | 27,713,624 | 1,655,091 | 16.74 | 43,300,000 | 26,000,000 | 1,902,048 | 325,000 | 71,527,048 | 715,270 |
| McKinley | Coopers Creek | Rader, Stephen | 1999 | 21,348,901 | 1,308,492 | 16.32 | 33,300,000 | 20,000,000 | 1,462,948 | 250,000 | 55,012,948 | 550,129 |
| Missouri | Roper | Scanlon, John M. | 1999 | 10,610,510 | 610,510 | 17.38 | 20,000,000 | 10,000,000 | 728,263 | 118,670 | 30,846,933 | 308,469 |
| Muir | Skykomish | 1999 Elizabeth Ellison Living Trust | 1999 | 8,443,500 | 504,119 | 16.75 | 13,000,000 | 7,800,000 | 576,955 | 97,500 | 21,474,455 | 214,745 |
| Muir | White | 1999 John G.B. Ellison III Living Trust | 1999 | 8,443,500 | 504,119 | 16.75 | 13,000,000 | 7,800,000 | 576,955 | 97,500 | 21,474,455 | 214,745 |
| Muir | Nisqually | 1996 John G.B. Ellison Jr. Living Trust | 1999 | 39,037,357 | 2,365,479 | 16.50 | 50,000,000 | 36,600,000 | 2,707,251 | 457,500 | 89,764,751 | 897,648 |
| Muir | Deschutes | 1999 Lucien C. Ellison Living Trust | 1999 | 8,443,500 | 504,118 | 16.75 | 13,000,000 | 7,800,000 | 576,955 | 97,500 | 21,474,455 | 214,745 |
| North Maroon | Quinault | Anschutz, Philip F. | 1999 | 100,971,175 | 1,368,385 | 73.79 | 166,700,000 | 100,000,000 | 7,396,908 | | 274,096,908 | 2,740,969 |
| Oxford | Yakima | Living Trust Ellen C. Dierberg(Schepman) | 1999 | 11,710,323 | 710,483 | 16.48 | 18,300,000 | 11,000,000 | 813,608 | 137,500 | 30,251,108 | 302,511 |
| Oxford | Silesia | Dierberg, James F. | 1999 | 1,597,255 | 96,885 | 16.49 | 2,500,000 | 1,500,000 | 110,947 | 18,750 | 4,129,697 | 41,297 |
| Oxford | Stehekin | Living Trust of James F. Dierberg II | 1999 | 11,710,323 | 710,483 | 16.48 | 18,300,000 | 11,000,000 | 813,608 | 137,500 | 30,251,108 | 302,511 |
| Oxford | Columbia | Living Trust of Michael J. Dierberg | 1999 | 11,710,323 | 710,483 | 16.48 | 18,300,000 | 11,000,000 | 813,608 | 137,500 | 30,251,108 | 302,511 |
| Pikes | Salvatore Trdg | Fiducia International | 1999 | 10,523,396 | 413,147 | 25.47 | 16,700,000 | 10,000,000 | 727,515 | 50,000 | 27,477,515 | 274,775 |
| Point | Nicholson | Seeno, Thomas A. | 1999 | 42,775,265 | 2,837,835 | 15.07 | 66,700,000 | 40,000,000 | 2,941,200 | 400,000 | 110,041,200 | 1,100,412 |
| Princeton | Hoko | Jones, Kenneth E. | 1999 | 21,301,593 | 1,349,459 | 15.79 | 33,300,000 | 20,000,000 | 1,486,462 | 250,000 | 55,036,462 | 550,365 |
| Quandary | Elwah | Mickelsen, Paul | 1999 | 32,970,559 | 2,008,578 | 16.41 | 51,700,000 | 31,000,000 | 2,268,425 | 387,500 | 85,355,925 | 853,559 |
| Rainier | Skagit | Jeffrey W. Ullanet Rev Trust/Ullanet, Jeffrey W | 1999 | 4,241,081 | 253,805 | 16.71 | 6,700,000 | 4,000,000 | 292,678 | 50,000 | 11,042,678 | 110,427 |
| Rainier | Nooksack | Dennis A. Cahill Rev Trust/Cahill, Dennis A | 1999 | 3,180,810 | 190,354 | 16.71 | 5,000,000 | 3,000,000 | 219,508 | 37,500 | 8,257,008 | 82,570 |
| Rainier | Skokomish | Norton A. Foxman Rev Trust/Foxman, N. | 1999 | 16,964,323 | 1,015,222 | 16.71 | 26,700,000 | 16,000,000 | 1,170,712 | 200,000 | 44,070,712 | 440,707 |
| Rainier | Dungeness | Ralph Foxman Rev Trust/Foxman, Ralph H | 1999 | 31,808,104 | 1,903,540 | 16.71 | 50,000,000 | 30,000,000 | 2,195,085 | 375,000 | 82,570,085 | 825,701 |
| Ranier | Duckabush | Herbert W. Kushner Rev Trust/Kushner, H. | 1999 | 12,723,242 | 761,417 | 16.71 | 20,000,000 | 12,000,000 | 878,034 | 150,000 | 33,028,034 | 330,280 |
| Ranier | Sauk | Edward A.Murphy Rev Trust/Murphy, E. | 1999 | 10,602,702 | 634,514 | 16.71 | 16,700,000 | 10,000,000 | 731,695 | 125,000 | 27,556,695 | 275,567 |
| Ranier | Quilcene | Michael F. Murphy Rev Trust/Murphy, M. | 1999 | 4,241,081 | 253,805 | 16.71 | 6,700,000 | 4,000,000 | 292,678 | 50,000 | 11,042,678 | 110,427 |
| Reddoud | Irawaddy | Abrams, Allan | 1999 | 93,726,099 | 5,004,113 | 18.73 | 147,600,000 | 88,550,000 | 6,382,945 | | 242,532,945 | 2,425,329 |
| Reddoud | Senegal | David Abrams Trust dtd 12/7/76 | 1999 | 12,648,770 | 675,316 | 18.73 | 19,900,000 | 11,950,000 | 861,276 | | 32,711,276 | 327,113 |
| Reddoud | Yenisei | Trust FBO Joshua Abrams dtd 1/11/88 | 1999 | 4,868,952 | 259,956 | 18.73 | 7,700,000 | 4,600,000 | 331,635 | | 12,631,635 | 126,316 |
| Reddoud | Zambezzi | Joshua Abrams Trust dtd 12/14/88 | 1999 | 3,175,998 | 169,536 | 18.73 | 5,000,000 | 3,000,000 | 216,883 | | 8,216,883 | 82,169 |
| Reddoud | Indus | Joshua Abrams Trust dtd 12/7/76 | 1999 | 12,648,675 | 675,316 | 18.73 | 19,900,000 | 11,950,000 | 861,276 | | 32,711,276 | 327,113 |
| Reddoud | Parana | Louise Abrams Trust dtd 12/22/50 | 1999 | 15,770,898 | 842,026 | 18.73 | 24,800,000 | 14,900,000 | 1,073,970 | | 40,773,970 | 407,740 |
| Reddoud | Orinoco | Louise Abrams Irrev Trust dtd 4/2/70 | 1999 | 80,442,633 | 4,294,894 | 18.73 | 126,700,000 | 76,000,000 | 5,478,293 | | 208,178,293 | 2,081,783 |

(1) These transactions were not co promoted by KPMG.

2

BLIPS
PROMOTER PENALTY REPORT
EXHIBIT 5
PENALTY COMPUTATION

| SIF (Strategic Investment Fund) | Ventures LLC | Investor | Year | Ratio Computation ||||| Premium | Capital Contribution | IRC 6707 Penalty |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Tax Benefit Numerator | Investment Base Cash Invested Denominator | Tax Shelter Ratio | Loan | | | Additional Professional Fees Paid | Aggregate Amount Invested | 6707 Penalty at 1% |
| Redcloud | Williamette | Roberta Abrams Trust dtd 12/7/76 | 1999 | 12,648,675 | 675,316 | 18.73 | 19,900,000 | 11,950,000 | 861,276 | | 32,711,276 | 327,113 |
| Redcloud | Yengtzi | Roberta Abrams Trust dtd 1/11/88 | 1999 | 4,868,935 | 259,956 | 18.73 | 7,700,000 | 4,600,000 | 331,635 | | 12,631,635 | 126,316 |
| Redcloud | St. Lawrence | Roberta Abrams Trust dtd 12/14/88 | 1999 | 3,175,998 | 169,536 | 18.73 | 5,000,000 | 3,000,000 | 216,883 | | 8,216,883 | 82,169 |
| Redcloud | Loire | Knispel, Barry | 1999 | 105,315,262 | 5,622,922 | 18.73 | 165,800,000 | 99,500,000 | 7,172,157 | | 272,472,157 | 2,724,722 |
| Russell | Okanogan | Saperstein, David I. | 1999 | 186,552,648 | 11,217,087 | 16.63 | 291,700,000 | 175,000,000 | 12,950,475 | 2,087,500 | 481,737,975 | 4,817,380 |
| San Luis | TNRT Invesmt | Wendt, Gary | 1999 | 53,300,767 | 3,201,369 | 16.65 | 83,300,000 | 50,000,000 | 3,661,147 | 625,000 | 137,586,147 | 1,375,861 |
| Sanford | Newaukum | The K&K Trust/Keeter, Kaylan | 1999 | 21,316,597 | 1,279,817 | 16.66 | 33,300,000 | 20,000,000 | 1,461,647 | 250,000 | 55,011,647 | 550,116 |
| Sanford | Wynoochee | Keeter, Bradley A. | 1999 | 24,516,989 | 1,471,789 | 16.66 | 38,300,000 | 23,000,000 | 1,680,893 | 287,500 | 63,268,393 | 632,684 |
| Sanford | Satsop | Keeter, Daren M. | 1999 | 36,243,747 | 2,175,689 | 16.66 | 56,700,000 | 34,000,000 | 2,484,800 | 425,000 | 93,609,800 | 936,098 |
| Sanford | Humptulips | Keeter, James | 1999 | 94,872,387 | 5,695,186 | 16.66 | 148,300,000 | 89,000,000 | 6,504,329 | 1,112,500 | 244,916,829 | 2,449,168 |
| Sanford | Chehalis | Keeter, Steven J. | 1999 | 23,454,892 | 1,407,798 | 16.66 | 36,700,000 | 22,000,000 | 1,607,811 | 275,000 | 60,582,811 | 605,828 |
| Shasta | Methow | Shimmon, Edward L. | 1999 | 37,865,992 | 2,290,414 | 16.53 | 59,200,000 | 35,500,000 | 2,596,996 | 443,750 | 97,740,746 | 977,407 |
| Shavano | Stillaguamish | Adkison, Peter D. | 1999 | 27,675,587 | 1,675,587 | 16.52 | 43,300,000 | 26,000,000 | 1,901,921 | 325,000 | 71,526,921 | 715,269 |
| Shavano | Drysdale | Jordan, John W. | 1999 | 33,205,855 | 1,933,370 | 17.18 | 50,000,000 | 30,000,000 | 2,194,612 | 375,000 | 82,569,612 | 825,696 |
| Shavano | Skookumchuck | Mick, Joel | 1999 | 5,534,312 | 322,228 | 17.18 | 8,300,000 | 5,000,000 | 365,769 | 62,500 | 13,728,269 | 137,283 |
| Sherman | Snohomish | Koo, John S. | 1999 | 29,760,746 | 1,796,602 | 16.57 | 46,700,000 | 28,000,000 | 2,050,302 | 354,000 | 77,104,302 | 771,043 |
| Sill | Pilchuck | Vaughn, James | 1999 | 42,495,153 | 2,543,904 | 16.70 | 66,700,000 | 40,000,000 | 2,927,546 | 506,000 | 110,133,546 | 1,101,335 |
| Snowmass | Snoqualmie | McNair, Daniel Calhoun | 1999 | 37,280,595 | 2,213,075 | 16.85 | 58,300,000 | 35,000,000 | 2,561,531 | 427,500 | 96,289,031 | 962,890 |
| Split | Tolt | The 1989 Energy Trust | 1999 | 6,390,148 | 377,357 | 16.93 | 10,000,000 | 6,000,000 | 439,076 | 72,500 | 16,511,576 | 165,116 |
| Split | Raging | McNair, Robert Cary Jr. | 1999 | 37,280,752 | 2,205,827 | 16.90 | 58,300,000 | 35,000,000 | 2,561,581 | 427,500 | 96,289,081 | 962,891 |
| St. Elias | Sultan | Jeff Adler Rev Tr/Adler, Jeff | 1999 | 76,708,765 | 4,564,440 | 16.81 | 120,000,000 | 72,000,000 | 5,269,476 | 900,000 | 198,169,476 | 1,981,695 |
| St. Elias | Wallace | J. Gellein Revoc Tr/Gellein, Janice G. | 1999 | 38,288,953 | 2,218,825 | 17.26 | 58,300,000 | 35,000,000 | 2,561,551 | 437,500 | 96,299,051 | 962,991 |
| St. Elias | Chilliwack | R. Gellein Jr Rev Tr/Gellein Raymond | 1999 | 37,288,953 | 2,218,785 | 16.81 | 58,300,000 | 35,000,000 | 2,561,551 | 437,500 | 96,299,051 | 962,991 |
| Sunlight | Rio Bravo | Bloom, Aimee | 1999 | 7,460,476 | 446,547 | 16.71 | 11,700,000 | 7,000,000 | 512,492 | 87,500 | 19,299,992 | 193,000 |
| Sunlight | Dnieper | Brown, Cheryl M. | 1999 | 213,198 | 12,797 | 16.66 | 300,000 | 200,000 | 14,682 | 2,500 | 517,182 | 5,172 |
| Sunlight | Casamance | Butler, Mark | 1999 | 1,066,001 | 63,980 | 16.66 | 1,700,000 | 1,000,000 | 73,408 | | 2,773,408 | 27,734 |
| Sunlight | Brahmaputra | Morris, J. Katrina Simon | 1999 | 7,599,992 | 446,547 | 17.02 | 11,700,000 | 7,000,000 | 512,492 | | 19,212,492 | 192,125 |
| Sunlight | Alden | Munro, Julie Simon | 1999 | 7,460,487 | 446,547 | 16.71 | 11,700,000 | 7,000,000 | 512,492 | | 19,212,492 | 192,125 |
| Sunlight | Blackfoot | Porges, Carol Leigh | 1999 | 7,577,500 | 446,546 | 16.97 | 11,700,000 | 7,000,000 | 512,492 | 87,500 | 19,299,992 | 193,000 |
| Sunlight | Klamath | Weskids LP/Martial TRNO 2/Simon, Carol | 1999 | 21,315,469 | 1,275,758 | 16.71 | 33,300,000 | 20,000,000 | 1,464,069 | | 54,764,069 | 547,641 |
| Sunlight | Gunnison | Simon, Jchn Peter | 1999 | 10,625,678 | 637,923 | 16.66 | 16,700,000 | 10,000,000 | 732,034 | | 27,432,034 | 274,320 |
| Sunlight | Sacramento | Simon, William E. Jr | 1999 | 10,825,000 | 637,923 | 16.97 | 16,700,000 | 10,000,000 | 732,034 | 125,000 | 27,557,034 | 275,570 |
| Sunlight | Flint | Simon, William E., Sr. | 1999 | 31,876,978 | 1,913,634 | 16.66 | 50,000,000 | 30,000,000 | 2,196,103 | 375,000 | 82,571,103 | 825,711 |
| Sunlight | Amu | Streep, Mary Beth | 1999 | 7,372,987 | 359,046 | 20.53 | 11,700,000 | 7,000,000 | 512,492 | | 19,212,492 | 192,125 |
| Sunshine | Missouri | Greenberg, Lisa | 1999 | 3,256,880 | 192,190 | 16.95 | 5,000,000 | 3,000,000 | 219,380 | 37,500 | 8,256,880 | 82,569 |
| Sunshine | Mississippi | Schifter, Sandra | 1999 | 29,793,471 | 1,793,767 | 16.61 | 46,700,000 | 28,000,000 | 2,047,884 | 350,000 | 77,097,884 | 770,979 |
| Sunshine | Mobile | Schifter, Timothy | 1999 | 16,237,500 | 960,946 | 16.90 | 25,000,000 | 15,000,000 | 1,097,044 | 187,500 | 41,284,544 | 412,845 |
| Thunderbolt | Red | Sanchez Marital Trust | 1999 | 5,526,108 | 320,174 | 17.26 | 8,300,000 | 5,000,000 | 365,643 | 62,500 | 13,728,143 | 137,281 |
| Thunderbolt | Pecos | Sanchez Spousal Trust | 1999 | 2,132,071 | 128,070 | 16.65 | 3,300,000 | 2,000,000 | 146,257 | 25,000 | 5,471,257 | 54,713 |
| Thunderbolt | Angelina | Sanchez, Antonio R., Jr. | 1999 | 11,726,393 | 704,381 | 16.65 | 18,300,000 | 11,000,000 | 804,415 | 137,500 | 30,241,915 | 302,419 |

(1) These transactions were not co promoted by KPMG.

3

BLIPS
PROMOTER PENALTY REPORT
EXHIBIT 5
PENALTY COMPUTATION

| StF (Strategic Investment Fund) | Ventures LLC | Investor | Year | Ratio Computation | | | | | | IRC 6707 Penalty | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Tax Benefit Numerator | Investment Base Cash Invested Denominator | Tax Shelter Ratio | Loan | Premium | Capital Contribution | Additional Professional Fees Paid | Aggregate Amount Invested | 6707 Penalty at 1% |
| Thunderbolt | Medina | George M.Sanchez Oil & Gas Trust | 1999 | 2,132,071 | 128,070 | 16.65 | 3,300,000 | 2,000,000 | 146,257 | 25,000 | 5,471,257 | 54,713 |
| Torroys | | | | | | | | | | | | |
| Vancouver | Puyallup | Lampert, Edward S. | 1999 | 53,200,965 | 3,201,572 | 16.62 | 83,300,000 | 50,000,000 | 3,656,788 | 625,000 | 137,581,788 | 1,375,818 |
| Wetterhorn | Pearl | KS Revocable Tr/Shirvaian, Kosti | 1999 | 30,307,441 | 1,751,033 | 17.31 | 47,500,000 | 28,500,000 | 2,084,384 | 367,023 | 78,451,407 | 784,514 |
| Wetterhorn | Ohio | MS Revocable Tr/Shirvanian, Marian | 1999 | 30,867,000 | 1,756,011 | 17.58 | 47,500,000 | 28,500,000 | 2,084,385 | 372,000 | 78,456,385 | 784,564 |
| White | Sabine | EGA Revocable Trust/Atsinger, Edw. | 1999 | 23,831,177 | 1,331,387 | 17.90 | 37,500,000 | 22,500,000 | 1,645,567 | 239,000 | 61,884,567 | 618,846 |
| Whitney | Roanoke | Ruby, Howard | 1999 | 37,310,868 | 2,242,286 | 16.64 | 58,300,000 | 35,000,000 | 2,559,732 | 437,500 | 96,297,232 | 962,972 |
| Williamson | Illinois | Johnson, Eric | 1999 | 5,329,478 | 170,965 | 31.17 | 8,300,000 | 5,000,000 | 365,637 | 62,500 | 13,728,137 | 137,281 |
| Williamson | Clinch | Lynch, William J. | 1999 | 10,659,046 | 639,340 | 16.67 | 16,700,000 | 10,000,000 | 731,366 | 125,000 | 27,556,366 | 275,564 |
| Williamson | Big Sandy | Shute, Michael R. | 1999 | 8,527,237 | 511,473 | 16.67 | 13,300,000 | 8,000,000 | 585,092 | 100,000 | 21,985,092 | 219,851 |
| Williamson | Kentucky | Tippett, Donald M. Jr. | 1999 | 6,395,428 | 383,606 | 16.67 | 10,000,000 | 6,000,000 | 438,819 | 75,000 | 16,513,819 | 165,138 |
| Wilson | Minnesota | Ranck, Bruce | 1999 | 36,244,957 | 2,177,740 | 16.64 | 56,700,000 | 34,000,000 | 2,486,672 | 425,000 | 93,611,672 | 936,117 |
| Windom | Great Miami | Mansour, John | 1999 | 17,024,644 | 1,024,644 | 16.62 | 26,700,000 | 16,000,000 | 1,170,231 | 200,000 | 44,070,231 | 440,702 |
| Windom | Yukon | Mansour, Mark A. | 1999 | 7,448,177 | 448,283 | 16.61 | 11,700,000 | 7,000,000 | 511,941 | 87,500 | 19,299,441 | 192,994 |
| Windom | Trinity LLC | McHale, John Francis | 1999 | 8,512,187 | 512,324 | 16.61 | 13,300,000 | 8,000,000 | 585,060 | 100,000 | 21,985,060 | 219,851 |
| Windom | Colorado | Zito, Paul | 1999 | 4,787,974 | 288,183 | 16.61 | 7,500,000 | 4,500,000 | 329,145 | 56,250 | 12,385,395 | 123,854 |
| Wrangell | Vermillion | Tushar, A. Dave | 1999 | 10,659,101 | 639,416 | 16.67 | 16,700,000 | 10,000,000 | 731,401 | 125,000 | 27,556,401 | 275,564 |
| Yale | Alabama | Evenstad, Kenneth Laverne | 1999 | 18,122,399 | 1,088,790 | 16.64 | 28,300,000 | 17,000,000 | 1,243,279 | 212,500 | 46,755,779 | 467,558 |
| | | Total Year 1999 | | 3,859,698,326 | 221,681,502 | | | 3,622,600,000 | | | 9,951,694,400 | 99,516,944 |
| Adams | East Carson | Bagoren, Ilhan | 2000 | 21,228,950 | 1,228,950 | 17.27 | 33,300,000 | 20,000,000 | 1,494,683 | 250,000 | 55,044,683 | 550,447 |
| Adams | Niles | Ozulkulu, Esref | 2000 | 21,228,950 | 1,228,950 | 17.27 | 33,300,000 | 20,000,000 | 1,494,683 | 250,000 | 55,044,683 | 550,447 |
| Adams | Amazon | Serbetcioglu, Bekir | 2000 | 27,677,166 | 1,536,188 | 18.02 | 41,700,000 | 25,000,000 | 1,868,354 | 312,500 | 68,880,854 | 688,809 |
| Adams | Guadalup | Singh, Dilip | 2000 | 3,193,300 | 185,656 | 17.20 | 5,000,000 | 3,000,000 | 224,202 | 37,500 | 8,261,702 | 82,617 |
| Appalachian | Saiween | Fink, Kim | 2000 | 2,127,498 | 123,130 | 17.28 | 3,300,000 | 2,000,000 | 147,015 | 25,000 | 5,472,015 | 54,720 |
| Appalachian | Japura | Harris, Claude G. | 2000 | 4,254,995 | 246,255 | 17.28 | 6,700,000 | 4,000,000 | 294,030 | 50,000 | 11,044,030 | 110,440 |
| Appalachian | Ganges | Simon, Ben | 2000 | 2,127,498 | 123,129 | 17.28 | 3,300,000 | 2,000,000 | 147,015 | 25,000 | 5,472,015 | 54,720 |
| Appalachian | Sungari | Simon, Britt | 2000 | 2,127,498 | 123,130 | 17.28 | 3,300,000 | 2,000,000 | 147,015 | 25,000 | 5,472,015 | 54,720 |
| Appalachian | Danube | Simon, Marvin | 2000 | 10,637,491 | 615,649 | 17.28 | 16,700,000 | 10,000,000 | 735,075 | 125,000 | 27,560,075 | 275,601 |
| Appalachian | Elena | Spadea, Frank | 2000 | 10,637,491 | 615,645 | 17.28 | 16,700,000 | 10,000,000 | 735,075 | 125,000 | 27,560,075 | 275,601 |
| Arvon | Congo | Shalam, John J. | 2000 | 58,384,257 | 3,451,420 | 16.92 | 91,700,000 | 55,000,000 | 4,046,719 | 687,500 | 151,434,219 | 1,514,342 |
| Barker | Kenmare | Rosenthal, Jeffrey | 2000 | 31,838,228 | 1,767,595 | 18.01 | 50,000,000 | 30,000,000 | 2,216,217 | 375,000 | 82,591,217 | 825,912 |
| Boyce | Pascagoula | Tayebi, Sean | 2000 | 37,144,926 | 2,062,381 | 18.01 | 58,300,000 | 35,000,000 | 2,585,539 | 437,500 | 96,323,039 | 963,230 |
| Edinburgh | Termon | Kotts, Jacqueline GST Trust | 2000 | 4,234,573 | 234,573 | 18.05 | 6,700,000 | 4,000,000 | 295,496 | 50,000 | 11,045,496 | 110,455 |
| Edinburgh | Sheskin | Jacqueline Kotts Special Trust | 2000 | 21,650,000 | 1,176,907 | 18.40 | 33,300,000 | 20,000,000 | 1,477,478 | 250,000 | 55,027,478 | 550,275 |
| Edinburough | Swilly | Kotts, John P. | 2000 | 6,276,938 | 353,078 | 17.78 | 10,000,000 | 6,000,000 | 443,243 | 75,000 | 16,518,243 | 165,182 |
| Everest | Powder | Cooksey, Jimmy Donald | 2000 | 31,947,231 | 1,868,203 | 17.10 | 50,000,000 | 30,000,000 | 2,242,050 | 375,000 | 82,617,050 | 826,171 |
| Frissell | Smokey Hill | Henry K. MacNair 1999 Revoc Trust | 2000 | 8,488,707 | 468,885 | 18.10 | 13,300,000 | 8,000,000 | 587,606 | 100,000 | 21,987,606 | 219,876 |
| Frissell | Lena | Carlton Midyette II 1999 Revoc Trust | 2000 | 15,917,438 | 879,158 | 18.11 | 25,000,000 | 15,000,000 | 1,101,762 | 187,500 | 41,289,262 | 412,893 |

(1) These transactions were not co promoted by KPMG.

4

BLIPS
PROMOTER PENALTY REPORT
EXHIBIT 5
PENALTY COMPUTATION

| SIF (Strategic Investment Fund) | Ventures LLC | Investor | Year | Ratio Computation | | | | IRC 6707 Penalty | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Tax Benefit Numerator | Investment Base Cash Invested Denominator | Tax Shelter Ratio | Loan | Premium | Capital Contribution | Additional Professional Fees Paid | Aggregate Amount Invested | 6707 Penalty at 1% |
| Frissell | Tanana | Stephen Stroud 1999 Revoc Trust | 2000 | 12,736,584 | 703,330 | 18.11 | 20,000,000 | 12,000,000 | 881,410 | 150,000 | 33,031,410 | 330,314 |
| Fuji | Maderia | Connelly, A. Scott | 2000 | 21,307,324 | 1,257,807 | 16.94 | 33,300,000 | 20,000,000 | 1,473,435 | 250,000 | 55,023,435 | 550,234 |
| Hood | Feather River | Doll, Dixon R. | 2000 | 32,073,141 | 2,015,164 | 15.92 | 50,000,000 | 30,000,000 | 2,203,093 | 375,000 | 82,578,093 | 825,781 |
| Jefferson | Salmon | Davis, Norwood Jr. | 2000 | 21,247,562 | 1,264,033 | 16.81 | 33,300,000 | 20,000,000 | 1,468,035 | 250,000 | 55,018,035 | 550,180 |
| Kinabalu (1) | Rogue | Nix, Harold | 2000 | 26,478,969 | 1,415,279 | 18.71 | 41,700,000 | 25,000,000 | 1,588,640 | 250,000 | 68,538,640 | 685,386 |
| Klamath (1) | St. Croix | Patterson, Cary (Charles) | 2000 | 26,190,416 | 1,165,279 | 22.48 | 41,700,000 | 25,000,000 | 1,588,640 | | 68,288,640 | 682,886 |
| Lafayette | Snake | Chachko, Paul | 2000 | 33,265,777 | 1,765,777 | 18.84 | 52,500,000 | 31,500,000 | 2,314,063 | 393,750 | 86,707,813 | 867,078 |
| Lafayette | Rapid | Scheer, Troy | 2000 | 3,168,497 | 168,497 | 18.80 | 5,000,000 | 3,000,000 | 220,387 | 37,500 | 8,257,887 | 82,579 |
| Lafayette | Beaver | Yadav, Ravi P. | 2000 | 24,289,516 | 1,289,516 | 18.84 | 38,300,000 | 23,000,000 | 1,699,633 | 287,500 | 63,277,133 | 632,771 |
| Logan (1) | Birch | Gonzales, Tom | 2000 | 361,545,506 | 18,674,652 | 19.36 | 570,000,000 | 342,000,000 | 23,810,593 | 1,150,000 | 935,810,593 | 9,358,106 |
| Madison | Cregg | Saperstein, David | 2000 | 108,312,100 | 5,990,330 | 18.08 | 166,700,000 | 100,000,000 | 7,438,348 | 1,150,000 | 275,288,348 | 2,752,883 |
| Matterhorn | Hat Creek | Newitt, Ronald J. | 2000 | 10,627,815 | 605,339 | 17.56 | 16,650,000 | 10,000,000 | 743,803 | 125,000 | 27,518,803 | 275,188 |
| Matterhorn | Pit River | Robertson, Donald R. | 2000 | 10,628,274 | 605,339 | 17.56 | 16,650,000 | 10,000,000 | 743,803 | 125,000 | 27,518,803 | 275,188 |
| Mitchell | Abbey | Heckman, Richard | 2000 | 22,348,036 | 1,296,276 | 17.24 | 35,000,000 | 21,000,000 | 1,551,671 | 262,500 | 57,814,171 | 578,142 |
| Moomapa | Owenmore | Spears, Robert Wayne | 2000 | 43,513,042 | 2,409,480 | 18.06 | 68,300,000 | 41,000,000 | 3,028,783 | 512,500 | 112,841,283 | 1,128,413 |
| Oberlin | Ballycastle | Goldman, Steven J. | 2000 | 21,253,599 | 1,201,641 | 17.69 | 33,300,000 | 20,000,000 | 1,477,279 | 250,000 | 55,027,279 | 550,273 |
| Olympus | Trinity | Seahawk Investmt Trust/Jones, K.E. | 2000 | 48,715,715 | 2,703,144 | 18.02 | 76,700,000 | 46,000,000 | 3,375,966 | | 126,075,966 | 1,260,760 |
| Olympus | Bandon | Seahawk Ranch IR Revoc Trust | 2000 | 82,833,244 | 4,811,915 | 17.21 | 130,000,000 | 78,000,000 | 5,761,572 | | 213,761,572 | 2,137,616 |
| Ossa | Bellavary | Alt, Donald J. | 2000 | 16,084,613 | 915,272 | 17.57 | 25,200,000 | 15,133,000 | 1,125,593 | 189,163 | 41,647,756 | 416,478 |
| Ossa | Barrow | Confer, Kerby E. | 2000 | 16,084,613 | 915,128 | 17.58 | 25,200,000 | 15,133,000 | 1,125,593 | 189,163 | 41,647,756 | 416,478 |
| Ossa | Castlebar | Deppen, Lynn Alan | 2000 | 1,966,335 | 111,729 | 17.60 | 3,100,000 | 1,850,000 | 137,604 | 23,125 | 5,110,729 | 51,107 |
| Ossa | Black | O'Leary, Carol | 2000 | 5,191,122 | 295,544 | 17.56 | 8,100,000 | 4,884,000 | 363,272 | 61,050 | 13,408,322 | 134,083 |
| Rocky | Finnihy | Campbell, Douglas L. | 2000 | 741,809 | 42,769 | 17.34 | 1,200,000 | 700,000 | 51,724 | 8,750 | 1,960,474 | 19,605 |
| Rocky | Dalgan | Campbell, Lyle P. | 2000 | 31,807,737 | 1,849,279 | 17.20 | 50,000,000 | 30,000,000 | 2,216,757 | 375,000 | 82,591,757 | 825,918 |
| Rocky | Glenamoy | Campell, Craig L. | 2000 | 1,590,349 | 92,542 | 17.19 | 2,500,000 | 1,500,000 | 110,838 | 18,750 | 4,129,588 | 41,296 |
| Rocky | Drumcliff | Malone, Thomas E. | 2000 | 2,014,280 | 116,890 | 17.23 | 3,200,000 | 1,900,000 | 140,395 | 23,750 | 5,264,145 | 52,641 |
| Sierra Madre | Pine | Siboni, Roger | 2000 | 31,882,792 | 1,167,719 | 27.30 | 50,000,000 | 30,000,000 | 2,226,986 | 375,000 | 82,601,986 | 826,020 |
| Washington | Glengarriff | Calhoon, Arthur L. | 2000 | 53,208,428 | 3,074,492 | 17.31 | 83,300,000 | 50,000,000 | 3,694,408 | 625,000 | 137,619,408 | 1,376,194 |
| | | Total Year 2000 | | 1,392,230,330 | 76,213,044 | | 1,309,600,000 | | | | 3,597,005,582 | 35,970,056 |
| | | Total Year 1999 and Year 2000 | | 5,251,928,656 | 297,894,546 | | 4,932,200,000 | | | | 13,548,699,982 | 135,487,000 |

(1) These transactions were not co copromoted by KPMG.

5

Presidio ..., LLC
302/318 I... Strategy
Financial Analysis



| Taxpayer Name | Presidio Investor | Fn | Date of Completion | Tax Benefit (Numerator) | Ratio Computation | | Foreign Corp Basis in Foreign Bank Stock | Investors Direct Purchase of Foreign Bank Stock | Call Option on Bank Stock (OTC Option) | Warrant on Foreign Corporation Stock | Swap with LLC | IRC 6707 Penalty | | Total | Gross Cash Invested | Aggregate Amount Invested | 6707 Penalty at 1% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Investment Base Cash Invested (Denominator) | Tax Shelter Ratio (Column 2/3) | | | | | | Call Option on LLC | Fees | | | | |
| **Presidio Transactions** | | | | | | | | | | | | | | | | | | |
| **1997 Transactions** | | | | | | | | | | | | | | | | | | |
| Shirley, Paul | Shirley | Fn 2 | 10/21/1997 | 15,370,299 | 2,094,908 | 7.34 | 15,370,299 | 886,043 | 151,865 | | | | | 2,094,908 | 2,094,908 | 17,465,207 | 174,652 |
| Butson, Charles P. | Butson | | 11/12/1997 | 11,348,500 | 51,279 | 221.31 | 11,925,414 | 598,789 | 120,000 | | | | | 718,789 | 718,789 | 12,644,203 | 126,442 |
| Sutton, Kermit & Jenny | Sutton | | 11/12/1997 | 29,756,968 | 2,055,476 | 14.41 | 29,875,811 | 1,596,602 | 296,684 | 2,100,000 | | | | 3,993,286 | 3,993,286 | 33,869,097 | 338,691 |
| Winnick, Gary | Winnick | | 11/21/1997 | 17,543,803 | 1,599,945 | 10.97 | 19,907,123 | 922,850 | 198,930 | 1,400,000 | | | | 2,521,880 | 2,521,880 | 22,429,003 | 224,290 |
| Jones, Kenneth & Signe | Jones | Fn 1 | 10/8/1997 | 11,633,433 | 707,000 | 16.45 | 10,334,782 | 521,275 | 70,376 | 707,000 | | | | 1,298,651 | 1,298,651 | 11,633,433 | 116,334 |
| DeSilva, Edwin O. | DeSilva | Fn 1 | 12/18/1997 | 11,592,875 | 574,978 | 20.16 | 10,296,999 | 501,840 | 93,996 | 700,000 | | | | 1,295,876 | 1,295,876 | 11,592,875 | 115,929 |
| Seeno, Thomas A. | Seeno | Fn 1 | 12/18/1997 | 30,123,605 | 1,518,958 | 19.83 | 25,760,659 | 1,282,990 | 259,956 | 1,820,000 | | | | 3,362,946 | 3,362,946 | 30,123,605 | 301,236 |
| | | | | | | | | | | | | | | | Total Penalty - 1997 | 1,397,574 |
| **1998 Transactions** | | | | | | | | | | | | | | | | | | |
| Cate, Scott F. Trust | Cate, Scott F. Trust (Grantor Trust) | | 4/8/1998 | 28,465,000 | 1,552,000 | 18.34 | 26,900,000 | 1,500,000 | 337,000 | 1,890,000 | | | | 3,727,000 | 3,727,000 | 30,627,000 | 306,270 |
| Greenbaum, James R. Jr. Living Trust (Grantor Tr... | Greenbaum, James R. Jr. Liv | | 4/14/1998 | 39,430,000 | 2,450,000 | 16.09 | 37,400,000 | 2,041,000 | 470,000 | 2,532,000 | | | 420,000 | 5,563,000 | 5,563,000 | 42,963,000 | 429,630 |
| Amato, Peter | Amato, J | | 9/8/1998 | 38,590,183 | 3,271,032 | 11.80 | 35,319,150 | 1,744,037 | 448,399 | | 2,345,000 | 105,000 | | 4,642,436 | 4,642,436 | 39,961,586 | 399,616 |
| Amato, Joseph | Amato, J | | 9/8/1998 | 27,487,767 | 2,260,398 | 12.16 | 25,227,369 | 1,243,396 | 320,285 | | 1,675,000 | 75,000 | | 3,313,681 | 3,313,681 | 28,541,050 | 285,411 |
| Chebalo, James | Chebalo | | 9/8/1998 | 27,487,767 | 2,260,399 | 12.16 | 25,227,369 | 1,243,396 | 320,285 | | 1,675,000 | 75,000 | | 3,313,681 | 3,313,681 | 28,541,050 | 285,411 |
| Ross, Leonard | Ross | | 9/8/1998 | 27,487,767 | 2,260,399 | 12.16 | 25,227,369 | 1,243,396 | 320,285 | | 1,675,000 | 75,000 | | 3,313,681 | 3,313,681 | 28,541,050 | 285,411 |
| A & G Investments | Steiner | | 9/8/1998 | 21,982,593 | 2,050,208 | 10.72 | 20,182,385 | 1,007,722 | 256,524 | | 1,340,000 | 60,000 | 250,000 | 2,914,246 | 2,914,246 | 23,096,631 | 230,966 |
| Cook M. Chrsitine | Cook M. Chrsitine | | 9/14/1998 | 31,936,698 | 3,549,354 | 9.00 | 32,998,043 | 1,651,380 | 413,134 | | 2,211,000 | 99,000 | 371,910 | 4,746,424 | 4,746,424 | 37,744,467 | 377,445 |
| CT Premier Investments, LLC (Cook, John) | Cook, John | | 9/14/1998 | 22,593,475 | 962,347 | 23.48 | 29,997,212 | 1,494,500 | 374,558 | | | 80,000 | | 1,958,058 | 1,958,058 | 31,956,270 | 319,563 |
| Soares, Arthur C. | Soares | | 9/21/1998 | 108,645,097 | 8,898,025 | 12.21 | 99,747,073 | 4,984,442 | 1,003,693 | | 6,700,000 | 300,000 | 540,000 | 13,488,135 | 13,488,135 | 113,235,208 | 1,132,352 |
| Apple South, Inc. (Avedo Brands, Inc.) | Apple South, Inc. | | 10/2/1998 | 26,958,714 | 1,909,683 | 14.12 | 25,049,031 | 1,249,382 | 315,720 | | 1,875,000 | 75,000 | | 3,315,102 | 3,315,102 | 28,364,133 | 283,641 |
| H+Fwr Investments, LLC | Hart | | 10/2/1998 | 26,958,714 | 1,909,683 | 14.12 | 25,049,031 | 1,249,382 | 315,720 | | 1,875,000 | 75,000 | | 3,315,102 | 3,315,102 | 28,364,133 | 283,641 |
| Chew, John S. Jr. Revocable Trust | Chew | | 10/16/1998 | 88,173,306 | 7,663,856 | 11.51 | 83,507,245 | 4,205,111 | 1,040,656 | | 5,628,000 | 252,000 | | 11,125,767 | 11,125,767 | 94,633,012 | 946,330 |
| Robertson/Newitt Capital, LLC | Newett | | 10/16/1998 | 6,393,539 | 2,676,323 | 2.39 | 20,250,510 | 997,829 | 247,775 | | 1,340,000 | 60,000 | 145,600 | 2,791,204 | 2,791,204 | 23,041,714 | 230,417 |
| Robertson, Timothy & Lisa (Bayshore International Capital LLC) | Robertson | | 10/16/1998 | 49,709,491 | 4,022,495 | 12.36 | 49,816,631 | 2,491,694 | 500,144 | 3,500,000 | | | | 6,491,838 | 6,491,838 | 56,308,469 | 563,085 |
| Robinson, Karen C.; Robinson, Claire QSST; Robinson, Kelly QSST; Robinson, Olivia QSST (North Hampton Investments, LLC) | Trumpore | | 10/20/1998 | 7,869,119 | 695,171 | 11.32 | 7,952,203 | 404,113 | 99,554 | | 522,500 | 23,400 | | 1,049,667 | 1,049,667 | 9,001,870 | 90,019 |
| Loving, Gene | Loving | | 11/2/1998 | 10,607,337 | 2,473,658 | 12.37 | 29,978,667 | 1,499,330 | 374,133 | | 2,010,000 | 90,000 | 323,100 | 4,296,563 | 4,296,563 | 34,275,230 | 342,752 |
| McFadden, Charles | McFadden | | 11/2/1998 | 28,722,588 | 2,326,056 | 12.35 | 27,960,069 | 1,398,425 | 349,191 | | 1,876,000 | 84,000 | 291,480 | 3,999,096 | 3,999,096 | 31,979,165 | 319,792 |
| Trinder, John | Trinder | | 11/2/1998 | 30,589,391 | 2,490,527 | 12.28 | 29,978,667 | 1,498,303 | 374,133 | | 2,010,000 | 90,000 | 323,100 | 4,285,536 | 4,285,536 | 34,274,203 | 342,742 |
| Phillips, Phil, Courtney and Jordan, LLC (Phillips, Factors)/ Phillips, Phil, Courtney; Phillips, Jordan; Fred Factors) | Phillips | | 11/5/1998 | 6,236,963 | 2,864,481 | 2.18 | 25,048,076 | 1,253,062 | 308,003 | | 1,675,000 | 75,000 | 260,250 | 3,571,315 | 3,571,315 | 28,619,391 | 286,194 |
| Trikta Investments | Thorpe | | 11/6/1998 | 7,435,329 | 3,056,025 | 2.43 | 26,961,459 | 1,347,607 | 332,643 | | 1,809,000 | 81,000 | 281,070 | 3,851,320 | 3,851,320 | 30,812,879 | 308,129 |
| DeLape, Frank (FMD 1998A Revocable Management Trust; Benchmark Equity) | DeLape | | 11/9/1998 | 12,731,283 | 2,047,399 | 6.22 | 20,058,367 | 1,000,180 | 248,822 | | 1,340,000 | 60,000 | 202,200 | 2,851,202 | 2,851,202 | 22,909,589 | 229,096 |
| Eacho III, William C. | Eacho | | 11/9/1998 | 60,428,606 | 4,110,963 | 14.70 | 56,317,644 | 2,803,840 | 699,813 | | 3,768,750 | 168,750 | 672,188 | 8,113,341 | 8,113,341 | 64,430,985 | 644,310 |
| Hughes, Thomas P. | Hughes | | 11/9/1998 | 6,576,093 | 3,052,318 | 2.15 | 24,961,014 | 1,248,133 | 311,028 | | 1,675,000 | 75,000 | 260,250 | 3,569,411 | 3,569,411 | 28,530,425 | 285,304 |
| Columbus Investment Trust | Canizaro | | 11/10/1998 | 7,943,435 | 3,185,312 | 2.49 | 30,021,932 | 1,500,716 | 374,445 | | 2,010,000 | 90,000 | 323,100 | 4,298,261 | 4,298,261 | 34,320,193 | 343,202 |
| Investors of America, LP | Oberberg | | 11/10/1998 | 32,148,315 | 1,784,026 | 18.02 | 30,364,290 | 1,507,930 | 374,445 | | 2,010,000 | 90,000 | 323,100 | 4,305,475 | 4,305,475 | 34,669,765 | 346,698 |
| Kotler, Mark | Kotler | | 11/10/1998 | 22,491,683 | 1,334,140 | 16.86 | 21,157,543 | 1,052,603 | 262,111 | | 1,407,000 | 63,000 | 212,200 | 2,996,914 | 2,996,914 | 24,154,457 | 241,545 |
| Becnel Family Trust | Becnel | | 11/13/1998 | 7,134,212 | 2,030,031 | 3.51 | 28,252,404 | 1,658,508 | 958,367 | | | | | 2,616,875 | 2,616,875 | 30,869,279 | 308,693 |
| Laurel Way Advisors, LLC (Freeman Family Tr.; Freeman, Mark & Jill Living Tr.; Freeman, Jill Living Tr.) | Freeman | | 11/13/1998 | 68,552,519 | 3,942,981 | 17.39 | 64,609,538 | 3,279,288 | 821,214 | | 4,355,000 | 195,000 | 772,200 | 9,422,702 | 9,422,702 | 74,032,240 | 740,322 |
| Xerxes Trust (Covey, Roger) | Covey | | 11/16/1998 | 21,735,336 | 3,340,081 | 6.51 | 29,825,589 | 1,468,858 | 375,000 | | 2,010,000 | 90,000 | 338,100 | 4,282,058 | 4,282,058 | 34,107,647 | 341,076 |
| MMJ Investments, LLC | Khimji | | 11/16/1998 | 35,067,920 | 1,483,802 | 23.63 | 33,584,119 | 1,656,764 | 413,730 | | 2,211,000 | 99,000 | 355,410 | 4,735,904 | 4,735,904 | 38,320,023 | 383,200 |
| Mac Two Investments, LLC | McMichael | | 11/16/1998 | 7,360,619 | 2,763,164 | 2.66 | 33,554,154 | 1,674,752 | 413,730 | | 2,211,000 | 99,000 | 355,410 | 4,753,892 | 4,753,892 | 38,308,046 | 383,080 |
| DCS Planning, LLC (Moorehead, D. Rev Tr; Moorehead, G. Rev Tr; Coon, Scotty D. Rev Tr) | Cook, Scott D | | 11/20/1998 | 9,971,984 | 4,851,180 | 2.06 | 50,428,947 | 2,525,177 | 613,594 | | 3,350,000 | 150,000 | 597,500 | 7,236,271 | 7,236,271 | 57,665,218 | 576,652 |
| Crumpler, Dennis | Crumpler | | 11/20/1998 | 21,452,926 | 930,229 | 22.87 | 20,514,695 | 1,000,726 | 245,524 | | 1,340,000 | 60,000 | 210,820 | 2,857,170 | 2,857,170 | 23,371,865 | 233,719 |
| Reagan Smith Ventures, LLC (Reagan Family Tr; Smith, Jane Flato Family Tr.) | Reagan | | 11/20/1998 | 38,742,449 | 1,514,336 | 25.58 | 37,228,111 | 1,839,304 | 450,660 | | 2,438,800 | 109,200 | 406,588 | 5,264,752 | 5,264,752 | 42,492,863 | 424,929 |
| Stewart Revocable Trust | Stewart | | 12/23/1998 | 22,144,558 | 2,421,765 | 9.14 | 19,559,390 | 994,756 | 250,045 | | 1,340,000 | 60,000 | 202,200 | 2,847,001 | 2,847,001 | 22,406,391 | 224,064 |

Presidio [LLC]
3023318 Investment Strategy
Financial Analysis



Cohen FLIP

| Taxpayer Name | Presidio Investor | Fn | Date of Completion | Tax Benefit (Numerator) | Investment Base Cash Invested (Denominator) | Tax Shelter Ratio (Column 2/3) | Foreign Corp Basis In Foreign Bank Stock | Investors Direct Purchase of Foreign Bank Stock | Call Option on Bank Stock (OTC Option) | Warrant on Foreign Corporation Stock | Swap with LLC | Call Option on LLC | Fees | Total | Gross Cash Invested | Aggregate Amount Invested | 6707 Penalty at 1% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Presidio Transactions** | | | | | | | | | | | | | | | | | |
| Rausser, Gordon C., Ph.D. | Rausser | Fn 1 | 12/14/1998 | 33,336,912 | 2,122,208 | 15.71 | 29,364,252 | 1,480,413 | 370,040 | | | | | 3,972,661 | 3,972,661 | 33,336,913 | 333,369 |
| Cohan, John C. & Angeline | Cohan | Fn 1 | 4/14/1998 | 180,549,906 | 6,014,436 | 30.02 | 160,441,887 | 8,260,839 | 3,047,160 | 8,800,000 | | 88,950 | not available | 20,108,019 | 20,108,019 | 180,549,906 | 1,805,499 |
| Alfano, John L. | Alfano | Fn 1 | 12/15/1998 | 150,399,874 | 9,482,551 | 15.86 | 132,604,823 | 6,550,000 | 1,662,500 | | | 399,000 | not available | 17,795,051 | 17,795,051 | 150,399,874 | 1,503,999 |
| DeVos, Helen J. | DeVos | Fn 1 | 12/1/1998 | 71,087,232 | 4,082,048 | 17.41 | 62,698,813 | 3,120,344 | 785,006 | | | 186,000 | not available | 8,387,419 | 8,387,419 | 71,087,232 | 710,872 |
| | | | | | | | | | | | | | | | Total Penalty - 1998 | 17,824,803 | |
| **1999 Transactions** | | | | | | | | | | | | | | | | | |
| Adams, Scott H. | Adams | | 3/29/1999 | 53,361,632 | 3,621,298 | 14.74 | 49,740,334 | 2,510,717 | 617,918 | | 3,350,000 | 150,000 | 597,500 | 7,226,135 | 7,226,135 | 56,956,469 | 569,565 |
| Embracela | Embracela | | 3/29/1999 | 30,118,561 | 2,037,231 | 14.78 | 28,081,329 | 1,404,197 | 346,034 | | 1,876,000 | 84,000 | 291,480 | 4,001,711 | 4,001,711 | 32,083,040 | 320,830 |
| Tuna, LLC (Pollock, Lawrence I Defective Irrev Tr & Rev Tr) | Pollack | | 3/29/1999 | 30,118,607 | 2,037,312 | 14.78 | 28,081,295 | 1,404,231 | 346,034 | | 1,876,000 | 84,000 | 291,480 | 4,001,745 | 4,001,745 | 32,083,040 | 320,830 |
| Wilson, Thomas J. Revocable Trust | Wilson | | 3/29/1999 | 29,898,538 | 1,986,918 | 15.05 | 27,911,620 | 1,389,959 | 356,766 | | 1,876,000 | 84,000 | 291,480 | 3,998,205 | 3,998,205 | 31,909,825 | 319,098 |
| Nesbitt, William G. | Nesbitt | | 3/30/1999 | 64,084,019 | 4,343,884 | 14.75 | 59,740,134 | 2,964,863 | 748,744 | | 4,020,000 | 180,000 | 712,800 | 8,626,407 | 8,626,407 | 68,366,541 | 683,665 |
| Umberger, Steven J. | Umberger | | 3/30/1999 | 25,772,836 | 1,720,777 | 14.98 | 24,052,060 | 1,205,136 | 298,526 | | 1,608,000 | 72,000 | 242,640 | 3,426,302 | 3,426,302 | 27,478,362 | 274,784 |
| Garrison, Wayne Revocable Trust | Garrison | | 3/31/1999 | 21,021,497 | 1,351,599 | 15.55 | 19,669,597 | 994,890 | 250,488 | | 1,340,000 | 60,000 | 202,200 | 2,847,578 | 2,847,578 | 22,517,175 | 225,172 |
| Whipple Family, LP | Whipple | | 3/31/1999 | 11,492,598 | 4,934,824 | 2.33 | 39,921,331 | 2,005,031 | 500,967 | | 2,680,000 | 120,000 | 413,600 | 5,719,598 | 5,719,598 | 45,640,929 | 456,409 |
| Evergreen Partnership Energy, Ltd. | Levine | | 4/6/1999 | 53,002,397 | 3,106,299 | 17.06 | 49,896,098 | 2,532,069 | 628,768 | | 3,350,000 | 150,000 | 623,000 | 7,284,837 | 7,284,837 | 57,180,935 | 571,809 |
| Diversified Investment Trust (Alvin C. & Luan H. Copeland) | Copeland | | 4/12/1999 | 6,906,110 | 3,203,722 | 2.16 | 25,093,576 | 1,254,861 | 314,128 | | 1,675,000 | 75,000 | 272,750 | 3,591,739 | 3,591,739 | 28,685,315 | 286,853 |
| Johnston, GM Family Ltd PS | Johnston | | 4/12/1999 | 5,468,104 | 2,469,494 | 2.20 | 19,985,367 | 997,169 | 251,303 | | 1,340,000 | 60,000 | 202,201 | 2,850,673 | 2,850,673 | 22,846,040 | 228,460 |
| DB Euro LLC | Marciano | | 4/12/1999 | 21,018,643 | 1,433,988 | 14.66 | 19,944,557 | 997,222 | 251,303 | | 1,340,000 | 60,000 | 202,200 | 2,850,725 | 2,850,725 | 22,795,382 | 227,954 |
| Heckmann, Richard | Heckmann | | 7/1/1999 | 20,377,724 | 533,932 | 36.79 | 19,823,792 | 995,116 | 244,497 | | 1,340,000 | 60,000 | 212,200 | 2,851,813 | 2,851,813 | 22,675,605 | 226,756 |
| DPT LLC | Parks | | 7/6/1999 | 21,188,977 | 205,620 | 102.55 | 20,982,359 | 1,049,272 | 260,097 | | 1,407,000 | 63,000 | 222,810 | 3,002,179 | 3,002,179 | 23,894,538 | 239,845 |
| Reddam, J. Paul Trust | Reddam | | 7/5/1999 | 50,165,605 | 343,704 | 145.96 | 49,821,912 | 2,491,848 | 615,440 | | 3,350,000 | 150,000 | 622,500 | 7,229,789 | 7,229,789 | 57,051,701 | 570,517 |
| | Total Investment Base - All Years | | | | 152,177,883 | | | | | | | | | | Total Penalty - 1999 | | 5,522,649 |
| **Footnotes** | | | | | | | | | | | | | | | Total Penalty - 1997 thru 1999 | | 24,745,026 |
| Fn 1 - numbers from transaction documents on separate spreadsheet | | | | | | | | | | | | | | | | | |
| Fn 2 - tax benefit estimated | | | | | | | | | | | | | | | | | |

| Basis Calc Workpaper | Bates Number | OPIS=O FLIP=F |
|---|---|---|
| | 6147225, 614868 | F |
| | 003347/48, 616325 | F |
| 509175/511344/510526, 510781, 509732 | 506408, 615522/23 | F |
| | | F |
| | | F |
| | | F |
| | 629848, 631553 | F |
| | 01711/02/03 | F |
| | 01712/13 | F |
| | 01642/8/29, 309429/30 | F |
| | 105232/33 | F |
| | 016679/8278/79, 310065/66 | F |
| | 01364/87, 013297 | F |
| 12929, 512009/512106, 109307 | 01605D/51 | F |
| 01913306, 311010/311013, 516076/079 | | F |
| | 013197/98, 310696/97 | F |
| | 007604/07, 007752 | F |
| 31396697, 615032/23 | | F |
| | 007412/13605196/198 | F |
| | 006989/90 | F |
| | 105710413, 310698/310701 | F |
| | 01271/4/15 | F |
| 1404320221214, 203110, 013820/23 | 10482326 | F |
| | 0144980/99, 400140 | F |
| | 01787/67/77 | F |
| 0166/49/50, 312997/98, 609205/207 | 01239/7/400 | F |
| | 008064/65, 603648/649 | F |
| | 609059609071 | F |
| | 009705408, 402342 | F |
| | 01415501553021 | F |
| | 018440/83, 172306 | F |
| | 008321/24, 202902 | F |
| | 104461/64 | F |
| | 069012/13 | F |
| | 010054/67 | F |
| 10100304, 606281, 606286/87, 606570, 609057 | | F |



Presi_, LLC
302/318 I_ Strategy
Financial Analysis

| Basis Calc Workpaper | Bates Number | OPIS=O FLIP=F |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | 0 |
| | | F |
| | | 0 |
| | | |
| | | |
| | | |
| | 002782061 | 0 |
| | 305307/10 | 0 |
| | 103530/33 | 0 |
| | 103810/11 | 0 |
| | 003053/54 | 0 |
| | 102760/61 | 0 |
| | 005061/62 | 0 |
| | 005564/67 | 0 |
| | 014929/35, 315172/180 | 0 |
| | 015757/58 | 0 |
| | 004413/16 | 0 |
| | 004067/70 | 0 |
| | 017489/90 | 0 |
| | 005274/79, 308645/650 | 0 |
| | 102181/82 | 0 |



Presi..., LLC
302/318 ... t Strategy
Financial Analysis