MERRIAM LAW FIRM, P.C.

ATTORNEYS AT LAW

TED H. MERRIAM
KEVIN A. PLANEGGER*
GARRET M. FRANCIS
*ALSO ADMITTED IN ARIZONA

1625 BROADWAY, SUITE 770
DENVER, COLORADO 80202

(303) 592-5404
Fax: (303) 592-5439
Email: TMerriam@taxlaw2848.com

October 6, 2010

VIA FACSIMILE (415-522-6123) and MAIL

Victoria Rex, Team Manager
Internal Revenue Service, MS: 6107
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   John Larson & Robert Pfaff
      Presidio Advisors, LLC, and Presidio Growth, LLC.

Dear Ms. Rex:

I am writing to follow up on our conference call on September 2, 2010 regarding the current status of the IRS promoter penalty examination of Robert Pfaff, John Larson, Presidio Advisors, LLC, and Presidio Growth, LLC. Kevin Planegger and I were on the call from my office representing the taxpayers; and you, Revenue Agent Kevin Banks, Bob Schroeder and Mike Halpert were on the call on behalf of the Internal Revenue Service. The purpose of this letter is to confirm the information that you provided and to ask for clarification on some of the issues that were raised during the call.

On December 23, 2009, Revenue Agent Banks issued "determination letters" to Presidio Advisors, LLC and Presidio Growth, LLC regarding their alleged liability for so-called promoter penalties pursuant to Internal Revenue Code Section 6707. In subsequent phone conversations, you stated that similar letters would be issued to Mr. Pfaff and Mr. Larson, but that IRS-CI and/or the United States Attorney's Office in the Southern District of New York had placed a "freeze" on their accounts that prevented your office from pursuing personal assessments at that time. On February 25, 2010, Kevin Planegger sent you a letter requesting that you share the evidence that you have gathered in this examination and provide us with a detailed explanation for your determination for proceeding with section 6707 penalties against the entities and against Mr. Pfaff and Mr. Larson personally. We also requested information related to the assessments and collection made against promoters of the BLIPS, OPIS and FLIP transactions (including KPMG and Deutsche Bank, among others).

During our conference call on September 2, you stated that the "write ups" had been completed with respect to the entities. We understand the "write ups" to be your response to our request that you share your evidence and provide your legal analysis as to why the penalties should be assessed in this case. You stated further that the disclosure

EXHIBIT

8

Victoria Rex, Team Manager
October 6, 2010
Page 2

of these "write ups" was subject to approval from the United States Attorney's Office in the Southern District of New York. You and Mr. Banks seemed willing to disclose this information, and you seemed to recognize that the taxpayers have the right to review the evidence and legal argument for these civil penalties. Considering the fact both Mr. Pfaff and Mr. Larson have been convicted, and their convictions have been affirmed on appeal, we do not understand the delay in sharing this information? Why is the Department of Justice/United States Attorney's Office in the Southern District of New York still even involved with this civil investigation? Who is making the decision on whether (and when) to disclose this requested information?

Mr. Banks stated that the "write ups" for Mr. Pfaff and Mr. Larson would likely be completed within one or two weeks from the date of our conference call. You also stated that disclosure of these individual "write ups" might be subject to a higher level of scrutiny by the Department of Justice/United States Attorney's Office in the Southern District of New York. I want to again emphasize that the delay in providing this information makes it impossible for the taxpayers to make decisions on how to proceed.

We discussed the possibility of resolving this case through Fast Track Mediation at the IRS Appeals Office. You stated that Fast Track Mediation would occur before any assessment against the taxpayers, as opposed to a formal appeal in the IRS Appeals Office that would only occur after the penalties have been assessed. You were clear that IRS would not agree to mediation with respect to the issue of whether the debt in these investments should be included in the penalty calculation. You stated that the government has consistently taken the position that the amount used to generate the tax loss should be included in the calculation of the penalty. My understanding is that you recognize that the government may have hazards of litigation on this issue, but that you have no "wiggle room." You stated that you have no "wiggle room" because the IRS National Office addressed this specific issue eight or nine years ago. Although there is no formal written position or opinion from the National Office, you stated that there is a verbal opinion that sets forth the position that debt will be included in the penalty calculation.

Your position is clear – this issue is off limits because of the verbal opinion established by the National Office in or about 2001 or 2002. Consequently, we need to better understand your legal position before we can advise our clients. To what fact pattern or patterns does this verbal opinion apply - to all three of the transactions at issue in this examination (BLIPS, FLIP and OPIS)? Who established this position as the official position of the IRS – an attorney advisor, the Chief Counsel, or someone else? Who reviewed the position? When was it last reviewed? Is the verbal opinion binding precedent on just your office, or are there other offices within the IRS on which it is binding precedent? Given the extensive development of the government's position regarding the key authorities involved with the transactions at issue, we would like to understand the statute, regulation or other authority the verbal opinion cites, including contrary authorities. Frankly, the government's reliance on a "verbal opinion" with

Victoria Rex, Team Manager
October 6, 2010
Page 3

respect to an issue of this magnitude is perplexing to say the least. How do we know that the analysis done for this opinion is even applicable to our case?

Based on our conversation, our understanding is that IRS views Fast Track Mediation primarily as a forum to resolve this case based on the payment ability of the taxpayers, rather than as a forum to mediate the substantive issues regarding the taxpayers' liability for the penalties. We request that you clarify how IRS would determine the taxpayers' ability to pay. Would you essentially require them to pay over their entire net worth, as if submitting an offer in compromise under section 7122? We are aware that KPMG settled their promoter penalty examination with a payment of $100,000,000. We assume that KPMG has a net worth that is substantially higher than $100,000,000; that payment was crafted to assure that the firm remained financially sound. What was the financial basis for that settlement, and is such a "partial" financial settlement available to our taxpayers?

We also raised the issue of the reasonable cause exception that is set forth in the statute. You stated that we could raise the issue of reasonable cause in Fast Track Mediation. Can we proceed to Fast Track Mediation on that issue alone, or will IRS only agree to Fast Track Mediation if we agree to discuss a resolution based on the financial resources of the taxpayers?

You or Mr. Halpert stated that IRS has never granted a reasonable cause exception to the section 6707 promoter penalty. What factors are considered when determining the extent to which the reasonable cause exception applies or does not apply? Given that IRS has assessed less than the full amount of the promoter penalty against others (e.g. KPMG), what basis did IRS rely on for partial assessments in those cases, if not reasonable cause?

During the conference call, we asked if any other entity or individual had registered these transactions. I believe that Mr. Halpert stated no other entity had registered BLIPS, but there may have been another entity that registered the FLIP and/or OPIS transactions. Please confirm this information, and if there was another entity that registered FLIP and/or OPIS, please provide that information. Please explain the statement during the call that each of the Presidio transactions was very customized. Again, I think it was Mr. Halpert who stated IRS has an argument that each individual transaction needed to be registered because of the customized nature of these transactions. Please explain this position.

Additionally, I want to confirm that we discussed three amounts (the gross amount, the unpaid gross amount, and the allocable share) when we addressed the amount of the promoter penalties. The gross amount is the total penalty balances as set forth in the December 23, 2009 determination letters; the total amount is approximately $160,000,000. My understanding is that this balance will not be assessed against our taxpayers under any circumstances. The "worst case" scenario for our taxpayers would

Victoria Rex, Team Manager
October 6, 2010
Page 4


be the unpaid gross amount; the gross amount reduced by payments made by other promoters (e.g. KPMG, among others) who have been assessed by IRS. You stated that IRS is still gathering that information, and that you intend to share that information with us. The third amount is the taxpayer's allocable share; the allocable share is based on the ratio of our clients' fees to the total fees collected by all parties. You stated that your preliminary determination was that our taxpayers received approximately one third of the total fees, and therefore, their allocable share would probably be between $50,000,000 and $60,000,000. Can you clarify how exactly the allocable share is determined and how it would apply to each of our clients. Is it based on the gross fee to the Presidio entities or the net fee? My understanding is that Presidio made substantial payments to other entities involved in setting up these transactions. How would you determine the Presidio entities' allocable share when they did not receive all of the fees from these transactions?

We appreciate your attention to this matter and look forward to your response to our specific questions. If we mischaracterized any of your statements or any part of the discussion during our conference call, please let us know.

Sincerely yours,

Ted H. Merriam


KAP:ck
Cc:    Presidio Advisors, LLC
        Presidio Growth, LLC

P. 1

```
┌─────────────────────────────────┐
│  TRANSMISSION REPORT            │
└─────────────────────────────────┘
```

(WED) OCT  6 2010 12:27

| | | | |
|---|---|---|---|
| User/Account | : | DOCUMENT# | : 7534239-012 |
| DESTINATION | : 914155226123 | TIME STORED | : OCT  6 12:26 |
| DEST. NUMBER | : 914155226123 | TX START | : OCT  6 12:26 |
| | | DURATION | : 1min. 08sec |
| F-CODE | : | COM. MODE | : ECM |
| | | | |
| PAGES | : 5page | | |
| RESULT | : OK | | |

## MERRIAM LAW FIRM, P.C.
### ATTORNEYS AT LAW
1625 BROADWAY, SUITE 770
DENVER, COLORADO 80202

TED H. MERRIAM
KEVIN A. PLANEGGER*
GARRET M. FRANCIS
*ALSO ADMITTED IN ARIZONA

(303) 592-5404
Fax: (303) 592-5439
Email: TMerriam@taxlaw2848.com

## FAX COVER SHEET

PLEASE DELIVER THE FOLLOWING PAGES TO:

_Victoria Rex, Team Manager_
_Internal Revenue Service_
_MS: 6107_

Date: _10 - 6 - 2010_

Time: _____

Fax Number: _415 522 - 6123_

Telephone: (___) _____

Client Code: _____

From:   KEVIN A. PLANEGGER

NUMBER OF PAGES _5_   (including this Cover Sheet)

**DELIVERY PRIORITY:** URGENT      **HARD COPY TO FOLLOW:** (YES) -   NO

COMMENTS:

_Re: John Larson & Robert Pfaff_
_Presidio Advisors, LLC and Presidio Growth, LLC._

MERRIAM LAW FIRM, P.C.

ATTORNEYS AT LAW

TED H. MERRIAM

KEVIN A. PLANEGGER*

OLENA RUTH

*ALSO ADMITTED IN ARIZONA

1625 BROADWAY, SUITE 770
DENVER, COLORADO 80202

(303) 592-5404
Fax: (303) 592-5439
Email: info@merriamlaw.com

May 8, 2012

Via Fax (720-956-4565) and Mail

Appeals Officer James Hockett
Internal Revenue Service
Appeals Office
600 17th Street, Suite 400S
Denver, CO 80202

Re:   Robert Pfaff
      John Larson
      Section 6707 Promoter Penalty
      Penalty Calculation

Dear Mr. Hockett:

This letter sets forth our position that the Internal Revenue Service ("Service") must
provide us with information necessary to determine the amount of the Section 6707 "promoter"
penalties paid by KPMG, Deutsche Bank, Sidley Austin Brown & Wood, and HVB for the FLIP,
OPIS, and BLIPS transactions at issue in this case. As of this date, we have requested this
allocation information in writing on three separate occasions. Revenue Agent Kevin Banks has
repeatedly assured us that the information would be forthcoming, but to date we have not
received any allocation information from the Service. Accordingly, we again request that the
Service immediately provide this information to determine how and on what basis the Service
has allocated these other payments. Mr. Pfaff and Mr. Larson have a right to know whether the
Service has utilized a reasonable method to allocate these substantial payments.

Treasury Regulation Section 301.6707-1T states that there is joint and several liability
among co-promoters of tax shelters who are liable for failure to register the shelters under
Section 6707. Treas. Reg. § 301.6707-1T A-9 (1984). That regulation gives the example of a
situation where eight persons participate in the organization of a tax shelter and do not register
the shelter. Id. In the example, the regulation makes clear that while the eight persons are
jointly and severally liable for the penalty, the most that could be collected for the tax shelter is
$10,000, the maximum allowable under Section 6707 at that time. Id.

The rule that the Service may collect the total amount of a joint and several liability only
once applies to other penalties as well. Under Section 6672, the "trust fund recovery penalty" is
also joint and several. I.R.C. § 6672(a); Hartman v. U.S., 538 F.2d 1336, 1340 (C.A.Mo. 1976).
Like the Section 6707 penalty, the full amount may be collected only once. Id. (citing Kelly v.
Lether, 362 F.2d 629, 635 (8th Cir. 1966). It is true that a taxpayer cannot avoid collection

Appeals Officer James Hockett
May 8, 2012
Page 2

activities against himself on the basis that the Government should first collect it from another party liable for the same accrued tax. Kelly v. Lether, 362 F.2d at 635 (8th Cir. 1966) (citing Phillips v. Comm'r, 283 U.S. 589 (1931). However, any amounts collected from the other liable parties will be applied to reduce the amounts due from the others. Kelly, 362 F.2d at 635. It is therefore relevant, in a collection action against a taxpayer who is jointly and severally liable for a tax, how much the Government has previously collected from others who are jointly and severally liable for the same tax. Id.

When more than one person is liable for a penalty under Section 6672(a), the Secretary is required to disclose, upon written request, whether the Secretary has attempted collection actions, the general nature of the collection activities taken, and the amount actually collected from the other persons jointly and severally liable for the penalty. I.R.C. § 6103(e)(9) (2010). While there is no such provision in the Code for the Section 6707 penalty, it is relevant in the case at issue. According to public settlement documents, the Government has already collected more than $295,000,000 from the co-promoters of the various transactions at issue. As discussed above, the Government may assert joint and several liability for the full amount of the penalty against each co-promoter, but it is prohibited from collecting the full amount of the penalty more than once. Moreover, amounts collected from the other co-promoters are applied to reduce the amounts due from the taxpayer. Accordingly, it is essential to know how much of the asserted $160,000,000 Section 6707 penalty has already been collected by the Government from the other co-promoters.

The Service has failed to provide any information regarding the amounts collected from the other co-promoters in satisfaction of the Section 6707 penalty in response to three written requests for that information, despite the repeated assurances by Revenue Agent Kevin Banks that the information would be provided. It is possible, however, to estimate the amounts collected from public settlement information. In the deferred prosecution agreement between the government and KPMG, one of the co-promoters of the BLIPS, OPIS, and FLIP transactions at issue here, KPMG agreed to pay $100,000,000 "to settle the IRS's promoter penalty examination." The transactions for which the Section 6707 penalty was assessed include BLIPS, OPIS, FLIP, and SOS. In the Statement of Facts ("Facts") supporting the Deferred Prosecution Agreement, it is stated that KPMG generated tax losses of at least $1,900,000,000 from FLIP, $2,300,000,000 from OPIS, $5,100,000,000 from BLIPS, and $1,900,000,000 from SOS. Facts ¶ 6. It is further stated that KPMG generated $17,000,000 in fees from FLIP, $28,000,000 from OPIS, $53,000,000 from BLIPS, and $17,000,000 from SOS. Facts ¶ 6. Based on these numbers, approximately 83% (9.3B tax losses from FLIP, OPIS, and BLIPS divided by 11.2B total tax losses) to 85% (98M in fees from FLIP, OPIS, and BLIPS divided by 115M total fees) of the $100,000,000 Section 6707 penalty payment should be allocated to BLIPS, FLIP, and OPIS. Based on these facts, the Government has collected between $83,000,000 and $85,000,000 from KPMG in satisfaction of the Section 6707 penalty assessed against Mr. Pfaff and Mr. Larson. Therefore, more than half of the total penalty has been collected from this one firm.

Deutsche Bank, one of the other co-promoters of the FLIP, OPIS, and BLIPS transactions at issue in this case, paid a Section 6707 "promoter penalty" of $149,839,000 for its involvement in the promotion of various transactions during the years at issue. Deutsche Bank AG Non-

Appeals Officer James Hockett
May 8, 2012
Page 3

Prosecution Agreement ("DB Agreement"), p. 4. While the government has not provided an allocation of the Section 6707 penalty paid by Deutsche Bank, we know that the FLIP, OPIS, and BLIPS transactions involved both fees and tax losses that often dwarfed the other transactions in which Deutsche Bank was involved. Therefore, our position is that a large percentage of Deutsche Bank's Section 6707 penalty should be applied to the FLIP, OPIS, and BLIPS transactions.

Sidley Austin Brown & Wood ("Brown & Wood"), through its predecessor firm, Brown & Wood, issued "more likely than not" opinion letters for various transactions, including BLIPS, FLIP, and OPIS, which were implemented by KPMG and other promoters. Brown & Wood reported to the United States Senate's Permanent Subcommittee on Investigations that the firm wrote 62 opinion letters for FLIP, 72 opinions for OPIS, and 180 opinions for BLIPS. "The Role of Professional Firms in the U.S. Tax Shelter Industry," p. 105, Permanent Subcommittee on Investigations, United States Senate (2005). Brown & Wood also estimated that it received $3,418,290 in fees for writing FLIP opinion letters, $6,427,637 from OPIS opinions, and $13,286,790 from BLIPS, for a total of $23,132,717. Id.

For each opinion letter the firm wrote, Brown & Wood earned between 25 and 30 basis points of the clients' expected losses. Id. One basis point corresponds to one one-hundredth of one percent of the expected loss on each transaction. With this information, the aggregate amount invested in the transactions for which Brown & Wood wrote opinion letters, and for which it paid the 1% promoter penalty under Section 6707, can be roughly estimated. As the investors' expected tax loss for each transaction was less than the aggregate amount invested in each transaction, the penalty amount calculated under this estimation method is actually less than the Section 6707 penalty of 1% of the aggregate amount invested. Nevertheless, by dividing the $23,132,717 in total fees earned from FLIP, OPIS, and BLIPS opinion letters by 30 basis points, or 0.3%, it can be estimated that the expected losses to the taxpayers for whom these letters were written was $7,710,905,667. 1% of this total results in a $77,109,059 penalty under Section 6707. It is important to note that this estimate is based only on the amount of the expected losses, not on the full aggregate amount invested, which would result in a larger number. Moreover, as Brown & Wood paid only $39,400,000 in settlement of its promoter penalties for all transactions in which it was involved, and not just the FLIP, OPIS, and BLIPS deals, it cannot be determined how much of the actual penalty settlement was for FLIP, OPIS, and BLIPS. Accordingly, it is necessary that the Service supply us with the necessary information to calculate the actual amount of the penalty paid by Brown & Wood under Section 6707 for the FLIP, OPIS, and BLIPS transactions at issue in this case.

Finally, German Bank Bayerische Hypo- und Vereinsbank AG ("HVB") paid $29,635,125 in fines and penalties relating to various transactions as part of a deferred prosecution agreement, $6,449,802 of which was to settle the IRS's civil penalty examination. (HVB Deferred Prosecution Agreement, p. 2-3). HVB participated in BLIPS, CARDS, 357(c), and Common Trust Fund transactions. Id. at 7. As the Deferred Prosecution Agreement provides no guidance as to how the penalty settlement amount was broken down between the various transactions in which HVB participated, it is not possible to determine the amount of the Section 6707 penalty HVB paid for BLIPS transactions. Again, however, the relative size of the BLIPS

Appeals Officer James Hockett
May 8, 2012
Page 4

transactions suggests that an overwhelming portion of the $6,449,802 Section 6707 penalty should be applied to the BLIPS transactions at issue in this case.

We have reviewed the four payments made pursuant to public settlements. We also request information as to any other Section 6707 assessments and any collection action taken against any other individuals or entities, including ICA and Amir Makov.

The Service may collect the total amount of a joint and several penalty, such as the Section 6707 penalty, only once. As discussed above, the Service has already collected $295,688,802 from KPMG, Deutsche Bank, Sidley Austin Brown & Wood, and HVB in settlement of the Service's civil penalty examinations. Despite our repeated requests for written information detailing the allocation of the assessed Section 6707 penalties, and despite repeated assurances from the Service that this information would be forthcoming, we have not received any information regarding the allocation. Until we receive the information we have requested that will enable us to break down the penalty amounts already collected from the entities discussed above, our position is that the Section 6707 penalty has been paid in full and there is no outstanding liability owed by Mr. Larson or Mr. Pfaff. If this is, in fact, the case, the Service is prohibited from continuing its collection activities against Mr. Larson and Mr. Pfaff for the Section 6707 penalties for the FLIP, OPIS, and BLIPS transactions at issue. Accordingly, we again request that the Service provide us with the necessary information to determine how the Service has allocated the penalty amounts paid by these entities under Section 6707 for the FLIP, OPIS, and BLIPS transactions at issue here.

Thank you for your attention to this matter.

Sincerely yours,

Kevin Planegger

KAP
Cc: Robert Pfaff
Cc: John Larson

TX Result Report

| Addressee | Start Time | Time | Prints | Result | Note |
|-----------|-----------|------|--------|--------|------|
| 7209564565 | 05-08 16:48 | 00:01:44 | 005/005 | OK | |

Note   TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
       DRG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC,
       FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original,
       FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax,
       IPADR:IP Address Fax, I-FAX:Internet Fax

Result  OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
        TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
        Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full,
        LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error,
        DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error.

## MERRIAM LAW FIRM, P.C.

TED H. MERRIAM
KEVIN A. PLANEGGER*
OLENA RUTH
*ALSO ADMITTED IN ARIZONA

ATTORNEYS AT LAW
1625 BROADWAY, SUITE 770
DENVER, COLORADO 80202

(303) 592-5404
Fax: (303) 592-5439
Email: info@merriamlaw.com

### FAX COVER SHEET

PLEASE DELIVER THE FOLLOWING PAGES TO:  Date: _5/8/12_

_Appeals Officer, James Hackett_  Time: _____

_IRS Appeals Office_  Fax Number: (720) 956-4565

_____  Telephone: ( )

_____  Client Code: _____

From:   KEVIN A. PLANEGGER

NUMBER OF PAGES _5_  (including this Cover Sheet)

DELIVERY PRIORITY: URGENT        HARD COPY TO FOLLOW: (YES) - NO

COMMENTS:

_Re: Robert Pfaff & John Larson_

_____

_____

_____

_____

*CONFIDENTIALITY NOTE*

The information contained in this facsimile message is privileged and/or confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

IF THERE ARE ANY PROBLEMS REGARDING THE TRANSMISSION OF THIS FAX, PLEASE CONTACT US AT (303) 592-5404.

# MERRIAM LAW FIRM, P.C.

### ATTORNEYS AT LAW
1625 BROADWAY, SUITE 770
DENVER, COLORADO 80202

TED H. MERRIAM
KEVIN A. PLANEGGER*
OLENA RUTH
*ALSO ADMITTED IN ARIZONA

(303) 592-5404
Fax: (303) 592-5439
Email: info@merriamlaw.com

April 24, 2012

Via Fax (720-956-4565) and Mail

Appeals Officer Jim Hockett
Internal Revenue Service
Appeals Office
600 17th Street, Suite 400S
Denver, CO 80202-5402

Re:    John Larson
       Robert Pfaff

Dear Mr. Hockett:

We received your letter dated April 2, 2012, in which you requested our computations of the promoter penalty. First, let me be clear that our position is that Mr. Pfaff and Mr. Larson should not have been assessed the so-called promoter penalty of Internal Revenue Code Section 6707. They were not required to register the transactions at issue in this case pursuant to Section 6111, and therefore, they should not be liable for any penalty under Section 6707. Our computations of the correct penalty amounts are an alternative position that assumes a registration requirement. We provide these calculations in good faith and with the intent of sharing information with an impartial adjudicator.

The enclosed spreadsheet titled "Presidio Growth BLIPS Transactions" sets forth the properly calculated Section 6707 penalties for the BLIPS transactions that occurred in 1999 and 2000. We calculated the penalties based on the total cash invested by each investor. These amounts were determined by totaling the investors' capital contributions and professional fees paid. We also emphasize the Service's inconsistency in refusing to include the loans and loan premiums in the tax shelter ratio, but then including those amounts in the penalty calculation. On one hand, the Service claims that the loans and loan premiums are shams that should be disregarded, and on the other hand, they are included as part of the investors' investment in the transaction. The Service's purpose in maintaining this inconsistent position is to artificially inflate the amount of the penalty, and this inconsistency would not be sustained in a judicial forum. In fact, the position of the IRS is not "substantially justified."

The second spreadsheet, titled "Presidio Advisors FLIP/OPIS Transactions," shows the properly calculated penalties for those transactions. The "total cash invested" similarly includes the investors' actual cash investment in the transaction. Again, this amount includes fees. The foreign corporation basis in foreign bank stock was not included in the calculations because those amounts did not constitute part of the aggregate amount invested by the investors. There

Appeals Officer Jim Hockett
April 24, 2012
Page 2

are no explanations in the IRS Revenue Agent's Reports (dated March 18, 2011) that explain why the foreign corporation basis in foreign bank stock (inflated according to IRS) should be included in the calculation. The plain language of the statute provides that the penalty is based on the "aggregate amount invested" and the IRS calculation misinterprets that straight-forward language in an attempt to unlawfully inflate the amount of the penalty.

These corrected computations still result in substantial penalties: the total penalty associated with the BLIPS transactions is over $4,000,000; the total penalty associated with the FLIP/OPIS transactions is just under $3,000,000. There is no evidence that Congress intended Section 6707 to provide an even more draconian penalty, and there is no statutory or case law support for the Service's interpretation.

This also confirms that we scheduled a conference on May 14 at 1:30 in your office to discuss this appeal. Please call if you have any questions.

Sincerely yours,

Kevin A. Planegger

KAP/mp
cc: John Larson
      Robert Pfaff
Enclosures: penalty calculation spreadsheets

## Presidio Growth BLIPS Transactions

| SIF (Strategic Investment Fund) (1) | Ventures LLC | Investor | Year | Tax Benefit Numerator | Investment Base Cash Invested Denominator | Tax Shelter Ratio | Loan | Premium | Capital Contribution | Additional Professional Fees Paid | Aggregate Amount Invested | 6707 Penalty at 1% | Corrected Amount Actually Invested | Corrected 6707 Penalty at 1% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alverstone (1) | Voltaire | Soward, David C. | 1999 | 4,103,175 | 203,286 | 20.18 | 6,500,000 | 3,900,000 | 236,896 | | 10,636,896 | 106,369 | 236,896 | 2,369 |
| Antero | Murray | Drettman, Erich A. | 1999 | 11,705,884 | 703,677 | 16.64 | 18,300,000 | 11,000,000 | 804,440 | 137,500 | 30,241,940 | 302,419 | 941,940 | 9,419 |
| Antero | Capasso | Drettman, Henry A. | 1999 | 31,919,949 | 1,919,124 | 16.63 | 50,000,000 | 30,000,000 | 2,194,141 | 375,000 | 82,569,141 | 825,691 | 2,569,141 | 25,691 |
| Antero | Derwent | Drettman, Brian E. | 1999 | 10,641,710 | 639,707 | 16.64 | 16,700,000 | 10,000,000 | 731,381 | 125,000 | 27,556,381 | 275,564 | 856,381 | 8,564 |
| Antero | Latrobe | Drettman, H. David | 1999 | 10,642,718 | 639,707 | 16.64 | 16,700,000 | 10,000,000 | 731,381 | 125,000 | 27,556,381 | 275,564 | 856,381 | 8,564 |
| Augusta | Yarra | Blake, Marilyn K. | 1999 | 35,115,589 | 2,111,005 | 16.63 | 55,000,000 | 33,000,000 | 2,413,493 | 412,500 | 90,825,993 | 908,260 | 2,825,993 | 28,260 |
| Augusta | Ovens | Blake, Mark C. | 1999 | 10,641,888 | 639,698 | 16.64 | 16,700,000 | 10,000,000 | 731,462 | 125,000 | 27,556,462 | 275,565 | 856,462 | 8,565 |
| Augusta | Murrumbidgee | Blake, Todd A. | 1999 | 12,767,570 | 767,638 | 16.63 | 20,000,000 | 12,000,000 | 877,671 | 150,000 | 33,027,671 | 330,277 | 1,027,671 | 10,277 |
| Augusta | Lachlan | Blake, Wendy | 1999 | 11,705,830 | 703,669 | 16.64 | 18,300,000 | 11,000,000 | 804,360 | 137,500 | 30,241,860 | 302,419 | 941,860 | 9,419 |
| Bear | Cor De Valle | Bochnowski, James J. | 1999 | 69,146,118 | 4,010,524 | 17.24 | 108,300,000 | 65,000,000 | 4,756,326 | 812,500 | 178,868,826 | 1,788,688 | 5,568,826 | 55,688 |
| Belford | Cherry Tree | Shimmon, David J. | 1999 | 85,277,519 | 5,107,253 | 16.70 | 133,300,000 | 80,000,000 | 5,850,272 | 1,000,000 | 220,150,272 | 2,201,503 | 6,850,272 | 68,503 |
| Blackburn | Fitzroy | S. Ressing 1999 Trust/Ressing, Stefan | 1999 | 8,555,530 | 539,571 | 15.86 | 8,000,000 | 8,000,000 | 594,666 | 100,000 | 21,994,666 | 219,947 | 694,666 | 6,947 |
| Blackburn | Mackenzie | M.L. Le 1999 Trust/Le, Michael | 1999 | 12,867,569 | 809,357 | 15.90 | 20,000,000 | 12,000,000 | 891,998 | 150,000 | 33,041,998 | 330,420 | 1,041,998 | 10,420 |
| Bona | Flinders | Gaffney, William F., Jr. | 1999 | 60,580,138 | 3,679,983 | 16.46 | 95,000,000 | 57,000,000 | 4,191,828 | 712,500 | 156,804,328 | 1,569,043 | 4,904,328 | 49,043 |
| Bross | Sutter | Baidock, Michael | 1999 | 10,666,975 | 647,298 | 16.48 | 16,700,000 | 10,000,000 | 739,243 | 125,000 | 27,564,243 | 275,642 | 864,243 | 8,642 |
| Bross | Ashburton | Morey, Roger | 1999 | 7,466,883 | 453,109 | 16.48 | 11,700,000 | 7,000,000 | 517,470 | 87,500 | 19,304,970 | 193,050 | 604,970 | 6,050 |
| Bross | Barcoo | Carnahan, Scott W. | 1999 | 5,313,866 | 323,650 | 16.42 | 8,300,000 | 5,000,000 | 369,622 | 62,500 | 13,732,122 | 137,321 | 432,122 | 4,321 |
| Cameron | Thompson | Browne, Anthony | 1999 | 17,079,588 | 1,048,241 | 16.29 | 26,700,000 | 16,000,000 | 1,169,984 | 200,000 | 44,069,984 | 440,700 | 1,369,984 | 13,700 |
| Cameron | Finke | Kutter, Jon B. | 1999 | 7,472,341 | 458,606 | 16.29 | 11,700,000 | 7,000,000 | 511,868 | 87,500 | 19,299,368 | 192,994 | 599,368 | 5,994 |
| Cameron | Georgina | Riley, Kevin | 1999 | 10,674,724 | 655,151 | 16.29 | 16,700,000 | 10,000,000 | 731,240 | 125,000 | 27,556,240 | 275,562 | 856,240 | 8,562 |
| Cameron | Diamantina | Wilson, Harry | 1999 | 10,674,724 | 655,151 | 16.29 | 16,700,000 | 10,000,000 | 731,240 | 125,000 | 27,556,240 | 275,562 | 856,240 | 8,562 |
| Capitol | Snowy | Morrehead, Donald | 1999 | 31,998,302 | 1,936,874 | 16.52 | 50,000,000 | 30,000,000 | 2,195,625 | 375,000 | 82,570,625 | 825,706 | 2,570,625 | 25,706 |
| Castle | Palmer | Engquist, John M. | 1999 | 23,387,608 | 1,483,452 | 15.77 | 36,700,000 | 22,000,000 | 1,635,441 | 275,000 | 60,610,441 | 606,104 | 1,910,441 | 19,104 |
| Churchill | Shoalhaven | Loflin, Peter T. | 1999 | 106,348,262 | 6,459,777 | 16.46 | 163,000,000 | 100,000,000 | 7,312,305 | 1,250,000 | 271,562,305 | 2,715,623 | 8,562,305 | 85,623 |
| Columbia | Quests | Umberger, Steven J. | 1999 | 18,120,427 | 1,082,157 | 16.74 | 28,300,000 | 17,000,000 | 1,243,633 | 212,500 | 46,756,133 | 467,561 | 1,456,133 | 14,561 |
| Crestone | Mackeay | Heckmann, Richard | 1999 | 42,544,067 | 2,545,266 | 16.71 | 66,700,000 | 40,000,000 | 2,926,119 | 500,000 | 110,126,119 | 1,101,261 | 3,426,119 | 34,261 |
| Democrat | Bogan | Blum, Scott (Separate Property Trust) | 1999 | 79,713,796 | 4,801,136 | 16.60 | 125,000,000 | 75,000,000 | 5,487,692 | 937,500 | 206,425,192 | 2,064,252 | 6,425,192 | 64,252 |
| Diablo | Diablo | Hansen, Stephen L. | 1999 | 37,364,605 | 2,295,160 | 16.28 | 58,300,000 | 35,000,000 | 2,560,193 | 437,500 | 96,297,695 | 962,977 | 2,997,695 | 29,977 |
| Elbert | Namoi | Connelly, A. Scott | 1999 | 21,260,757 | 1,280,640 | 16.60 | 33,300,000 | 20,000,000 | 1,462,685 | 250,000 | 55,012,685 | 550,127 | 1,712,685 | 17,127 |
| Ellingwood | Barwon | MEH Annuity Trust/Helwin, Mark E. | 1999 | 21,234,579 | 1,244,875 | 17.06 | 33,300,000 | 20,000,000 | 1,461,904 | 250,000 | 55,011,904 | 550,119 | 1,711,904 | 17,119 |
| Fairweather | Condamine | Pell, James A. | 1999 | 21,323,537 | 1,284,129 | 16.61 | 33,300,000 | 20,000,000 | 1,478,708 | 250,000 | 55,028,708 | 550,287 | 1,728,708 | 17,287 |
| Foraker | Clarence | Paul Reddam Trust/Reddam, John Paul | 1999 | 53,184,385 | 3,275,269 | 16.24 | 83,300,000 | 50,000,000 | 3,693,875 | 625,000 | 137,618,875 | 1,376,189 | 4,318,875 | 43,189 |
| Granite Chief | Leichardt | Seeno, Albert D., Jr | 1999 | 42,695,211 | 2,836,998 | 15.05 | 66,700,000 | 40,000,000 | 2,941,200 | 400,000 | 110,041,200 | 1,100,412 | 3,341,200 | 33,412 |
| Grays | Rio Grande | Nacchio, Joseph P. | 1999 | 21,326,717 | 1,287,320 | 16.57 | 33,300,000 | 20,000,000 | 1,463,312 | 322,500 | 55,085,812 | 550,858 | 1,785,812 | 17,858 |
| Handies | Daly | Karen S. Long 1999 Trust/Long, Karen | 1999 | 21,323,571 | 1,295,920 | 16.46 | 33,300,000 | 20,000,000 | 1,479,526 | 250,000 | 55,029,526 | 550,295 | 1,729,526 | 17,295 |
| Harvard | Isaac | Salick, Bernard | 1999 | 13,322,722 | 798,091 | 16.69 | 20,800,000 | 12,500,000 | 914,552 | 156,250 | 34,370,802 | 343,708 | 1,070,802 | 10,708 |
| Harvard | Burdekin | Salick, Gloria | 1999 | 13,322,722 | 798,092 | 16.69 | 20,800,000 | 12,500,000 | 914,552 | 156,250 | 34,370,802 | 343,708 | 1,070,802 | 10,708 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hubbard | Jardine | Becnel, Thomas R. | 1999 | 31,883,045 | 1,915,048 | 16.65 | 50,000,000 | 30,000,000 | 2,194,465 | 375,000 | 82,569,465 | 825,695 | 2,569,465 | 25,695 |
| Humbolt | Ord | Portman, John C. III | 1999 | 21,434,568 | 1,259,680 | 17.02 | 33,300,000 | 20,000,000 | 1,456,425 | 250,000 | 55,006,425 | 550,064 | 1,706,425 | 17,064 |
| Kit Carson | Warrego | Brown, Denis | 1999 | 20,233,757 | 1,216,805 | 16.65 | 31,700,000 | 19,000,000 | 1,391,303 | 237,500 | 52,328,803 | 523,288 | 1,620,003 | 16,200 |
| Kit Carson | Willow Tree | Carter, Michael | 1999 | 6,384,824 | 384,254 | 16.56 | 10,000,000 | 6,000,000 | 439,385 | 75,000 | 16,514,385 | 165,144 | 514,385 | 5,144 |
| Kit Carson | Alice | McCloskey, James | 1999 | 5,953,750 | 352,234 | 16.90 | 9,200,000 | 5,500,000 | 402,712 | 68,750 | 15,171,462 | 151,715 | 471,462 | 4,715 |
| Langley | Townsbridge | GKW Unified Holdings | 1999 | 324,827,531 | 16,872,270 | 19.25 | 500,000,000 | 300,000,000 | 21,827,531 | 3,000,000 | 824,827,531 | 8,248,275 | 24,827,531 | 248,275 |
| Liberty Cap | Margaret | Porter, Barry | 1999 | 63,844,886 | 3,722,841 | 17.15 | 100,000,000 | 60,000,000 | 4,392,819 | 712,000 | 165,104,819 | 1,651,048 | 5,104,819 | 51,048 |
| Lincoln | Dawson | Cook, Lodwrick M. | 1999 | 31,896,356 | 1,864,454 | 16.24 | 50,000,000 | 30,000,000 | 2,229,773 | 356,000 | 82,585,773 | 825,858 | 2,585,773 | 25,858 |
| Lindsey | Mitchell | Lee, David L. | 1999 | 106,246,508 | 6,015,949 | 17.66 | 166,700,000 | 100,000,000 | 7,156,691 | 1,186,700 | 275,043,391 | 2,750,434 | 8,343,391 | 83,434 |
| Little Bear | De Gray | Paul Marciano Trust/Marciano, Paul | 1999 | 19,154,912 | 1,177,142 | 16.27 | 30,000,000 | 18,000,000 | 1,317,412 | 225,000 | 49,542,412 | 495,424 | 1,542,412 | 15,424 |
| Little Bear | Fortescue | Maurice Marciano Trust/Marciano, M. | 1999 | 12,769,942 | 784,761 | 16.27 | 20,000,000 | 12,000,000 | 878,275 | 150,000 | 33,028,275 | 330,283 | 1,028,275 | 10,283 |
| Longs | Gascoyne | Schwartz, Theodore C. | 1999 | 21,638,094 | 1,348,196 | 16.05 | 33,300,000 | 20,000,000 | 1,466,462 | 250,000 | 55,036,462 | 550,365 | 1,736,462 | 17,365 |
| Maroon | Murchison | Nesbitt, William G. | 1999 | 34,109,078 | 2,037,049 | 16.74 | 53,300,000 | 32,000,000 | 2,340,990 | 400,000 | 88,040,990 | 880,410 | 2,740,990 | 27,410 |
| Massive | Blackwood | Adams, Scott H. | 1999 | 27,713,624 | 1,655,091 | 16.74 | 43,300,000 | 26,000,000 | 1,902,048 | 325,000 | 71,527,048 | 715,270 | 2,227,048 | 22,270 |
| McKinley | Coopers Creek | Rader, Stephen | 1999 | 21,348,901 | 1,308,492 | 16.32 | 33,300,000 | 20,000,000 | 1,462,948 | 250,000 | 55,012,948 | 550,129 | 1,712,948 | 17,129 |
| Missouri | Roper | Scanlon, John M. | 1999 | 10,610,510 | 610,510 | 17.38 | 20,000,000 | 10,000,000 | 728,263 | 118,670 | 30,846,933 | 308,469 | 846,933 | 8,469 |
| Muir | Skykomish | 1999 Elizabeth Ellison Living Trust | 1999 | 8,443,500 | 504,119 | 16.75 | 13,000,000 | 7,800,000 | 576,955 | 97,500 | 21,474,455 | 214,745 | 674,455 | 6,745 |
| Muir | White | 1999 John G.B. Ellison III Living Trust | 1999 | 8,443,500 | 504,119 | 16.75 | 13,000,000 | 7,800,000 | 576,955 | 97,500 | 21,474,455 | 214,745 | 674,455 | 6,745 |
| Muir | Nisqually | 1998 John G.B. Ellison Jr. Living Trust | 1999 | 39,037,357 | 2,365,479 | 16.50 | 50,000,000 | 36,600,000 | 2,707,251 | 457,500 | 89,764,751 | 897,648 | 3,164,751 | 31,648 |
| Muir | Deschutes | 1999 Lucien C. Ellison Living Trust | 1999 | 8,443,500 | 504,118 | 16.74 | 13,000,000 | 7,800,000 | 576,955 | 97,500 | 21,474,455 | 214,745 | 674,455 | 6,745 |
| North Maroon | Quinault | Anschutz, Philip F. | 1999 | 100,971,175 | 1,368,385 | 73.79 | 166,700,000 | 100,000,000 | 7,396,908 | | 274,096,908 | 2,740,969 | 7,396,908 | 73,969 |
| Oxford | Yakima | Living Trust Ellen C. Dierberg (Schepman) | 1999 | 11,710,323 | 710,483 | 16.48 | 18,300,000 | 11,000,000 | 813,608 | 137,500 | 30,251,108 | 302,511 | 951,108 | 9,511 |
| Oxford | Silesia | Dierberg, James F. | 1999 | 1,597,255 | 96,885 | 16.48 | 2,500,000 | 1,500,000 | 110,947 | 18,750 | 4,129,697 | 41,297 | 129,697 | 1,297 |
| Oxford | Stehekin | Living Trust of James F. Dierberg II | 1999 | 11,710,323 | 710,483 | 16.48 | 18,300,000 | 11,000,000 | 813,608 | 137,500 | 30,251,108 | 302,511 | 951,108 | 9,511 |
| Oxford | Columbia | Living Trust of Michael J. Dierberg | 1999 | 11,710,323 | 710,483 | 16.48 | 18,300,000 | 11,000,000 | 813,608 | 137,500 | 30,251,108 | 302,511 | 951,108 | 9,511 |
| Pikes | Salvatore Trdg | Fiducia International | 1999 | 10,523,396 | 413,147 | 25.47 | 16,700,000 | 10,000,000 | 727,515 | 50,000 | 27,477,515 | 274,775 | 777,515 | 7,775 |
| Point | Nicholson | Seeno, Thomas A. | 1999 | 42,775,265 | 2,837,835 | 15.79 | 66,700,000 | 40,000,000 | 2,941,200 | 400,000 | 110,041,200 | 1,100,412 | 3,341,200 | 33,412 |
| Princeton | Hoko | Jones, Kenneth E. | 1999 | 21,301,593 | 1,349,459 | 15.79 | 33,300,000 | 20,000,000 | 1,466,462 | 250,000 | 55,036,462 | 550,365 | 1,736,462 | 17,365 |
| Quandary | Elwah | Mickelsen, Paul | 1999 | 32,970,559 | 2,008,578 | 16.41 | 51,700,000 | 31,000,000 | 2,268,425 | 387,500 | 85,355,925 | 853,559 | 2,655,925 | 26,559 |
| Rainier | Skagit | Jeffrey W. Ulanet Rev Trust/Ulanet, Jeffrey W. | 1999 | 4,241,081 | 253,805 | 16.71 | 6,700,000 | 4,000,000 | 292,678 | 50,000 | 11,042,678 | 110,427 | 342,678 | 3,427 |
| Rainier | Nooksack | Dennis A. Cahill Rev Trust/Cahill, Dennis A. | 1999 | 3,180,810 | 190,354 | 16.71 | 5,000,000 | 3,000,000 | 219,508 | 37,500 | 8,257,008 | 82,570 | 257,008 | 2,570 |
| Rainier | Stokomish | Norton A. Foxman Rev Trust/Foxman, N | 1999 | 16,964,323 | 1,015,222 | 16.71 | 26,700,000 | 16,000,000 | 1,170,712 | 200,000 | 44,070,712 | 440,707 | 1,370,712 | 13,707 |
| Rainier | Duquesne | Ralph Foxman Rev Trust/Foxman, Ralph H. | 1999 | 31,808,104 | 1,903,540 | 16.71 | 50,000,000 | 30,000,000 | 2,195,085 | 375,000 | 82,570,085 | 825,701 | 2,570,085 | 25,701 |
| Rainier | Duckabush | Herbert W. Kushner Rev Trust/Kushner H. | 1999 | 12,723,242 | 761,417 | 16.71 | 20,000,000 | 12,000,000 | 878,034 | 150,000 | 33,028,034 | 330,280 | 1,028,034 | 10,280 |
| Rainier | Sauk | Edward A. Murphy Rev Trust/Murphy E. | 1999 | 10,602,702 | 634,514 | 16.71 | 16,700,000 | 10,000,000 | 731,695 | 125,000 | 27,556,695 | 275,567 | 856,695 | 8,567 |
| Rainier | Quilcene | Michael F. Murphy Rev Trust/Murphy M. | 1999 | 4,241,081 | 253,805 | 16.71 | 6,700,000 | 4,000,000 | 292,678 | 50,000 | 11,042,678 | 110,427 | 342,678 | 3,427 |
| Redcloud | Irawaddy | Abrams, Allan | 1999 | 93,726,099 | 5,004,113 | 18.73 | 147,600,000 | 88,550,000 | 6,382,945 | | 242,532,945 | 2,425,329 | 6,382,945 | 63,829 |
| Redcloud | Senegal | David Abrams Trust dtd 12/7/76 | 1999 | 12,648,770 | 675,316 | 18.73 | 19,900,000 | 11,950,000 | 861,276 | | 32,711,276 | 327,113 | 861,276 | 8,613 |
| Redcloud | Yenisei | Trust FBO Joshua Abrams dtd 1/11/88 | 1999 | 4,868,952 | 259,956 | 18.73 | 7,700,000 | 4,600,000 | 331,635 | | 12,631,635 | 126,316 | 331,635 | 3,316 |

| Region | Fund | Name | Year | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redcloud | Zambezzi | Joshua Abrams Trust dtd 12/14/88 | 1999 | 3,175,998 | 169,536 | 18.73 | 5,000,000 | 3,000,000 | 216,883 | | 8,216,883 | 82,169 | 216,883 | 2,169 |
| Redcloud | Indus | Joshua Abrams Trust dtd 12/7/76 | 1999 | 12,648,675 | 675,316 | 18.73 | 19,900,000 | 11,950,000 | 861,276 | | 32,711,276 | 327,113 | 861,276 | 8,613 |
| Redcloud | Parana | Lousie Abrams Trust dtd 12/22/50 | 1999 | 15,770,898 | 842,026 | 18.73 | 24,800,000 | 14,900,000 | 1,073,970 | | 40,773,970 | 407,740 | 1,073,970 | 10,740 |
| Redcloud | Orinorio | Louise Abrams Trust dtd 4/2/70 | 1999 | 80,442,633 | 4,294,894 | 18.73 | 126,700,000 | 76,000,000 | 5,478,293 | | 208,178,293 | 2,081,783 | 5,478,293 | 54,783 |
| Redcloud | Williamette | Roberta Abrams Trust dtd 12/7/76 | 1999 | 12,648,675 | 675,316 | 18.73 | 19,900,000 | 11,950,000 | 861,276 | | 32,711,276 | 327,113 | 861,276 | 8,613 |
| Redcloud | Yangtzi | Roberta Abrams Trust dtd 1/11/88 | 1999 | 4,889,935 | 259,956 | 18.73 | 7,700,000 | 4,600,000 | 331,635 | | 12,631,635 | 126,316 | 331,635 | 3,316 |
| Redcloud | St. Lawrence | Roberta Abrams Trust dtd 12/14/88 | 1999 | 3,175,998 | 169,536 | 18.73 | 5,000,000 | 3,000,000 | 216,883 | | 8,216,883 | 82,169 | 216,883 | 2,169 |
| Redcloud | Loire | Knispel, Barry | 1999 | 105,315,262 | 5,622,922 | 18.73 | 165,800,000 | 99,500,000 | 7,172,157 | | 272,472,157 | 2,724,722 | 7,172,157 | 71,722 |
| Russell | Okanogan | Saperstein, David I. | 1999 | 186,552,648 | 11,217,087 | 16.63 | 291,700,000 | 175,000,000 | 12,950,475 | 2,087,500 | 481,737,975 | 4,817,380 | 15,037,975 | 150,380 |
| San Luis | TNRT Investm't | Wendt, Gary | 1999 | 53,300,767 | 3,201,369 | 16.65 | 83,300,000 | 50,000,000 | 3,661,147 | 625,000 | 137,586,147 | 1,375,861 | 4,286,147 | 42,861 |
| Sanford | Newaukum | The KAK Trust/Keeter, Kaylan | 1999 | 21,316,597 | 1,279,817 | 16.66 | 33,300,000 | 20,000,000 | 1,461,647 | 250,000 | 55,011,647 | 550,116 | 1,711,647 | 17,116 |
| Sanford | Wynoochee | Keeter, Bradley A. | 1999 | 24,516,989 | 1,471,789 | 16.66 | 38,300,000 | 23,000,000 | 1,680,893 | 287,500 | 63,268,393 | 632,684 | 1,968,393 | 19,684 |
| Sanford | Satsop | Keeter, Darren M. | 1999 | 36,243,747 | 2,175,689 | 16.66 | 56,700,000 | 34,000,000 | 2,484,860 | 425,000 | 93,609,860 | 936,098 | 2,909,860 | 29,098 |
| Sanford | Humptulips | Keeter, James | 1999 | 94,872,387 | 5,695,186 | 16.66 | 148,300,000 | 89,000,000 | 6,504,329 | 1,112,500 | 244,916,829 | 2,449,168 | 7,616,829 | 76,168 |
| Sanford | Chehalis | Keeter, Steven J. | 1999 | 23,454,892 | 1,407,798 | 16.66 | 36,700,000 | 22,000,000 | 1,607,811 | 275,000 | 60,582,811 | 605,828 | 1,882,811 | 18,828 |
| Shasta | Methow | Shimmon, Edward L. | 1999 | 37,865,992 | 2,290,414 | 16.53 | 59,200,000 | 35,500,000 | 2,596,996 | 443,750 | 97,740,746 | 977,407 | 3,040,746 | 30,407 |
| Shavano | Stillaguamish | Addison, Peter D. | 1999 | 27,675,587 | 1,675,587 | 16.52 | 43,300,000 | 26,000,000 | 1,901,921 | 325,000 | 71,526,921 | 715,269 | 2,226,921 | 22,269 |
| Shavano | Drysdale | Jordan, John W. | 1999 | 33,205,855 | 1,933,370 | 17.18 | 50,000,000 | 30,000,000 | 2,194,612 | 375,000 | 82,569,612 | 825,696 | 2,569,612 | 25,696 |
| Shavano | Sikokumchuck | Mick, Joel | 1999 | 5,534,312 | 322,228 | 17.18 | 8,300,000 | 5,000,000 | 365,769 | 62,500 | 13,728,269 | 137,283 | 428,269 | 4,283 |
| Sherman | Snohomish | Koo, John S. | 1999 | 29,760,746 | 1,796,602 | 16.57 | 46,700,000 | 28,000,000 | 2,050,302 | 354,000 | 77,104,302 | 771,043 | 2,404,302 | 24,043 |
| Still | Pilchuck | Vaughn, James | 1999 | 42,495,153 | 2,543,904 | 16.70 | 66,700,000 | 40,000,000 | 2,927,546 | 506,000 | 110,133,546 | 1,101,335 | 3,433,546 | 34,335 |
| Snowmass | Snoqualmie | McNair, Daniel Calhoun | 1999 | 37,280,595 | 2,213,075 | 16.85 | 58,300,000 | 35,000,000 | 2,561,531 | 427,500 | 96,289,031 | 962,890 | 2,989,031 | 29,890 |
| Spit | Toit | The 1989 Energy Trust | 1999 | 6,390,148 | 377,357 | 16.93 | 10,000,000 | 6,000,000 | 439,076 | 72,500 | 16,511,576 | 165,116 | 511,576 | 5,116 |
| Spit | Raging | McNair, Robert Cary Jr. | 1999 | 37,280,752 | 2,205,827 | 16.90 | 58,300,000 | 35,000,000 | 2,561,581 | 427,500 | 96,289,081 | 962,891 | 2,989,081 | 29,891 |
| St. Elias | Sultan | Jeff Adler Rev Tr/Adler, Jeff | 1999 | 76,708,765 | 4,564,440 | 16.81 | 120,000,000 | 72,000,000 | 5,269,476 | 900,000 | 198,169,476 | 1,981,695 | 6,169,476 | 61,695 |
| St. Elias | Wallace | J.Gellein Revoc Tr/Gellein, Janica G. | 1999 | 38,298,953 | 2,318,825 | 17.26 | 58,300,000 | 35,000,000 | 2,561,551 | 437,500 | 96,299,051 | 962,991 | 2,999,051 | 29,991 |
| St. Elias | Chilliwack | R. Gellein Revoc Tr/Gellein, Raymond | 1999 | 37,288,953 | 2,218,785 | 16.71 | 58,300,000 | 35,000,000 | 2,561,551 | 437,500 | 96,299,051 | 962,991 | 2,999,051 | 29,991 |
| Sunlight | Rio Bravo | Bloom, Aimee | 1999 | 7,460,476 | 446,547 | 16.71 | 11,700,000 | 7,000,000 | 512,492 | 87,500 | 19,299,992 | 193,000 | 599,992 | 6,000 |
| Sunlight | Dreisper | Brown, Cheryl M. | 1999 | 213,198 | 12,797 | 16.66 | 300,000 | 200,000 | 14,682 | 2,500 | 517,182 | 5,172 | 17,182 | 172 |
| Sunlight | Casamance | Butler, Mark | 1999 | 1,066,001 | 63,980 | 16.66 | 1,700,000 | 1,000,000 | 73,408 | | 2,773,408 | 27,734 | 73,408 | 734 |
| Sunlight | Brahmaputra | Morris, J. Katrina Simon | 1999 | 7,599,992 | 446,547 | 17.02 | 11,700,000 | 7,000,000 | 512,492 | | 19,212,492 | 192,125 | 512,492 | 5,125 |
| Sunlight | Aldan | Munro, Julie Simon | 1999 | 7,460,487 | 446,547 | 16.71 | 11,700,000 | 7,000,000 | 512,492 | | 19,212,492 | 192,125 | 512,492 | 5,125 |
| Sunlight | Blackfoot | Porges, Carol Leigh | 1999 | 7,577,500 | 446,546 | 16.97 | 11,700,000 | 7,000,000 | 512,492 | 87,500 | 19,299,992 | 193,000 | 599,992 | 6,000 |
| Sunlight | Klamath | Weekids LP/Martial TRNO 2/Simon, Carol | 1999 | 21,315,469 | 1,275,758 | 16.71 | 33,300,000 | 20,000,000 | 1,464,069 | | 54,764,069 | 547,641 | 1,464,069 | 14,641 |
| Sunlight | Gunnison | Simon, John Peter | 1999 | 10,625,678 | 637,923 | 16.66 | 16,700,000 | 10,000,000 | 732,034 | | 27,432,034 | 274,320 | 732,034 | 7,320 |
| Sunlight | Sacramento | Simon, William E. Jr. | 1999 | 10,825,000 | 637,923 | 16.97 | 16,700,000 | 10,000,000 | 732,034 | | 27,557,034 | 275,570 | 857,034 | 8,570 |
| Sunlight | Flint | Simon, William E. Sr. | 1999 | 31,876,978 | 1,913,634 | 16.66 | 50,000,000 | 30,000,000 | 2,196,103 | 375,000 | 82,571,103 | 825,711 | 2,571,103 | 25,711 |
| Sunlight | Amu | Streep, Mary Beth | 1999 | 7,372,987 | 359,046 | 20.53 | 11,700,000 | 7,000,000 | 512,492 | | 19,212,492 | 192,125 | 512,492 | 5,125 |
| Sunshine | Missouri | Greenberg, Lisa | 1999 | 3,256,880 | 192,190 | 16.95 | 5,000,000 | 3,000,000 | 219,380 | 37,500 | 8,256,880 | 82,569 | 256,880 | 2,569 |
| Sunshine | Mississippi | Schifter, Sandra | 1999 | 29,793,471 | 1,793,767 | 16.61 | 46,700,000 | 28,000,000 | 2,047,884 | 350,000 | 77,097,884 | 770,979 | 2,397,884 | 23,979 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sunshine | Mobile | Schiffer, Timothy | 1999 | 16,237,500 | 960,946 | 16.90 | 25,000,000 | 15,000,000 | 1,097,044 | 187,500 | 41,284,544 | 412,845 | 1,284,544 | 12,845 |
| Thunderbolt | Red | Sanchez Marital Trust | 1999 | 5,526,108 | 320,174 | 17.26 | 8,300,000 | 5,000,000 | 365,643 | 62,500 | 13,728,143 | 137,281 | 428,143 | 4,281 |
| Thunderbolt | Pecos | Sanchez Spousal Trust | 1999 | 2,132,071 | 128,070 | 16.65 | 3,300,000 | 2,000,000 | 146,257 | 25,000 | 5,471,257 | 54,713 | 171,257 | 1,713 |
| Thunderbolt | Angelina | Sanchez, Antonio R., Jr. | 1999 | 11,726,393 | 704,381 | 16.65 | 18,300,000 | 11,000,000 | 804,415 | 137,500 | 30,241,915 | 302,419 | 941,915 | 9,419 |
| Thunderbolt | Medina | George M. Sanchez Oil & Gas Trust | 1999 | 2,132,071 | 128,070 | 16.65 | 3,300,000 | 2,000,000 | 146,257 | 25,000 | 5,471,257 | 54,713 | 171,257 | 1,713 |
| Torroys Vancouve | Puyallup | Lampert, Edward S. | 1999 | 53,200,965 | 3,201,572 | 16.62 | 83,300,000 | 50,000,000 | 3,656,788 | 625,000 | 137,591,788 | 1,375,818 | 4,281,788 | 42,818 |
| Wetterhorn | Pearl | KS Revocable Trf/Shrivanian, Kosti | 1999 | 30,307,441 | 1,751,033 | 17.31 | 47,500,000 | 28,500,000 | 2,094,384 | 367,023 | 78,451,407 | 784,514 | 2,451,407 | 24,514 |
| Wetterhorn | Ohio | MS Revocable Trf/Shrivanian, Marian | 1999 | 30,867,000 | 1,756,011 | 17.58 | 47,500,000 | 28,500,000 | 2,084,385 | 372,000 | 78,456,385 | 784,564 | 2,456,385 | 24,564 |
| White | Sabine | EGA Revocable Trust/Astinger, Edw. | 1999 | 23,831,177 | 1,331,387 | 17.90 | 37,500,000 | 22,500,000 | 1,645,567 | 239,000 | 61,884,567 | 618,846 | 1,884,567 | 18,846 |
| Whitney | Roanoke | Ruby, Howard | 1999 | 37,310,868 | 2,242,286 | 16.64 | 58,300,000 | 35,000,000 | 2,559,732 | 437,500 | 96,297,232 | 962,972 | 2,997,232 | 29,972 |
| Williamson | Illinois | Johnson, Eric | 1999 | 5,329,478 | 170,965 | 31.17 | 8,300,000 | 5,000,000 | 365,637 | 62,500 | 13,728,137 | 137,281 | 428,137 | 4,281 |
| Williamson | Clinch | Lynch, William J. | 1999 | 10,659,046 | 639,340 | 16.67 | 16,700,000 | 10,000,000 | 731,366 | 125,000 | 27,556,366 | 275,564 | 856,366 | 8,564 |
| Williamson | Big Sandy | Shute, Michael R. | 1999 | 8,527,237 | 511,473 | 16.67 | 13,300,000 | 8,000,000 | 585,092 | 100,000 | 21,985,092 | 219,851 | 685,092 | 6,851 |
| Williamson | Kentucky | Tippett, Donald M., Jr. | 1999 | 6,395,428 | 383,606 | 16.64 | 10,000,000 | 6,000,000 | 438,819 | 75,000 | 16,513,819 | 165,138 | 513,819 | 5,138 |
| Wilson | Minnesota | Ranck, Bruce | 1998 | 36,244,957 | 2,177,740 | 16.64 | 56,700,000 | 34,000,000 | 2,486,672 | 425,000 | 93,611,672 | 936,117 | 2,911,672 | 29,117 |
| Windom | Great Miami | Mansour, John | 1999 | 17,024,644 | 1,024,644 | 16.62 | 26,700,000 | 16,000,000 | 1,170,231 | 200,000 | 44,070,231 | 440,702 | 1,370,231 | 13,702 |
| Windom | Yukon | Mansour, Mark A | 1999 | 7,448,177 | 448,283 | 16.61 | 11,700,000 | 7,000,000 | 511,941 | 87,500 | 19,299,441 | 192,994 | 599,441 | 5,994 |
| Windom | Windom | McHale, John Francis | 1999 | 8,512,187 | 512,324 | 16.61 | 13,300,000 | 8,000,000 | 585,060 | 100,000 | 21,985,060 | 219,851 | 685,060 | 6,851 |
| Windom | Colorado | Zito, Paul | 1999 | 4,787,974 | 288,183 | 16.61 | 7,500,000 | 4,500,000 | 329,145 | 56,250 | 12,385,395 | 123,854 | 385,395 | 3,854 |
| Wrangell | Vermillion | Tushar, A. Dave | 1999 | 10,659,101 | 639,416 | 16.67 | 16,700,000 | 10,000,000 | 731,401 | 125,000 | 27,556,401 | 275,564 | 856,401 | 8,564 |
| Yale | Alabama | Everstead, Kenneth Laverne | 1999 | 18,122,399 | 1,088,790 | 16.64 | 28,300,000 | 17,000,000 | 1,243,279 | 212,500 | 46,755,779 | 467,558 | 1,455,779 | 14,558 |
| | | | | | | | | | | | | | | 0 |
| | | Total Year 1999 | | 3,859,698,326 | 221,681,502 | | 6,521,200,000 | 3,622,650,000 | 264,893,007 | 38,001,393 | 9,951,694,400 | 99,516,945 | 302,894,400 | 3,028,944 |
| | | | | | | | | | | | | | | |
| Adams | East Carson | Bagoren, Ilhan | 2000 | 21,228,950 | 1,228,950 | 17.27 | 33,300,000 | 20,000,000 | 1,494,683 | 250,000 | 55,044,683 | 550,447 | 1,744,683 | 17,447 |
| Adams | Niles | Ozulkulu, Esref | 2000 | 21,228,950 | 1,228,950 | 17.27 | 33,300,000 | 20,000,000 | 1,494,683 | 250,000 | 55,044,683 | 550,447 | 1,744,683 | 17,447 |
| Adams | Amazon | Serbetcioglu, Bekir | 2000 | 27,677,166 | 1,536,188 | 18.02 | 41,700,000 | 25,000,000 | 1,868,354 | 312,500 | 68,880,854 | 688,809 | 2,180,854 | 21,809 |
| Adams | Guadalup | Singh, Dilip | 2000 | 3,193,300 | 185,656 | 17.20 | 5,000,000 | 3,000,000 | 224,202 | 37,500 | 8,261,702 | 82,617 | 261,702 | 2,617 |
| Appalachian | Salween | Firik, Kim | 2000 | 2,127,498 | 123,130 | 17.28 | 3,300,000 | 2,000,000 | 147,015 | 25,000 | 5,472,015 | 54,720 | 172,015 | 1,720 |
| Appalachian | Japura | Harris, Claude G. | 2000 | 4,254,995 | 246,255 | 17.28 | 6,700,000 | 4,000,000 | 294,030 | 50,000 | 11,044,030 | 110,440 | 344,030 | 3,440 |
| Appalachian | Ganges | Simon, Ben | 2000 | 2,127,498 | 123,129 | 17.28 | 3,300,000 | 2,000,000 | 147,015 | 25,000 | 5,472,015 | 54,720 | 172,015 | 1,720 |
| Appalachian | Sungari | Simon, Britt | 2000 | 2,127,498 | 123,130 | 17.28 | 3,300,000 | 2,000,000 | 147,015 | 25,000 | 5,472,015 | 54,720 | 172,015 | 1,720 |
| Appalachian | Danube | Simon, Marvin | 2000 | 10,637,491 | 615,649 | 17.28 | 16,700,000 | 10,000,000 | 735,075 | 125,000 | 27,560,075 | 275,601 | 860,075 | 8,601 |
| Appalachian | Elena | Spaeda, Frank | 2000 | 10,637,491 | 615,645 | 17.28 | 16,700,000 | 10,000,000 | 735,075 | 125,000 | 27,560,075 | 275,601 | 860,075 | 8,601 |
| Avon | Congo | Shalam, John J. | 2000 | 58,384,257 | 3,451,420 | 16.92 | 91,700,000 | 55,000,000 | 4,046,719 | 687,500 | 151,434,219 | 1,514,342 | 4,734,219 | 47,342 |
| Barker | Kenmare | Rosenthal, Jeffrey | 2000 | 31,838,228 | 1,767,565 | 18.01 | 50,000,000 | 30,000,000 | 2,216,217 | 375,000 | 82,591,217 | 825,912 | 2,591,217 | 25,912 |
| Boyce | Pascagoula | Tayebi, Sean | 2000 | 37,144,926 | 2,062,381 | 18.01 | 58,300,000 | 35,000,000 | 2,585,539 | 437,500 | 96,323,039 | 963,230 | 3,023,039 | 30,230 |
| Edinburgh | Termon | Kotts, Jacqueline GST Trust | 2000 | 4,234,573 | 234,573 | 18.05 | 6,700,000 | 4,000,000 | 295,496 | 50,000 | 11,045,496 | 110,455 | 345,496 | 3,455 |
| Edinburgh | Sheskin | Jacqueline Kotts Special Trust | 2000 | 21,650,000 | 1,176,907 | 18.40 | 33,300,000 | 20,000,000 | 1,477,478 | 250,000 | 55,027,478 | 550,275 | 1,727,478 | 17,275 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edinburgh | Swilly | Kohts, John P. | 2000 | 6,276,938 | 353,078 | 17.78 | 10,000,000 | 6,000,000 | 443,243 | 75,000 | 16,518,243 | 165,182 | 518,243 | 5,182 |
| Everest | Powder | Cooksey, Jimmy Donald | 2000 | 31,947,231 | 1,868,203 | 17.10 | 50,000,000 | 30,000,000 | 2,242,050 | 375,000 | 82,617,050 | 826,171 | 2,617,050 | 26,171 |
| Frisaill | Smokey Hill | Henry K MacNair 1999 Revoc Trust | 2000 | 8,488,707 | 468,885 | 18.10 | 13,300,000 | 8,000,000 | 587,006 | 100,000 | 21,987,006 | 219,870 | 687,006 | 6,870 |
| Frisaill | Lena | Carlton Midyette II 1999 Revoc Trust | 2000 | 15,917,438 | 879,158 | 18.11 | 25,000,000 | 15,000,000 | 1,101,762 | 187,500 | 41,289,262 | 412,893 | 1,289,262 | 12,893 |
| Frisaill | Tanana | Stephen Stroud 1999 Revoc Trust | 2000 | 12,736,584 | 703,330 | 18.11 | 20,000,000 | 12,000,000 | 881,410 | 150,000 | 33,031,410 | 330,314 | 1,031,410 | 10,314 |
| Fuji | Madeira | Connelly, A. Scott | 2000 | 21,307,324 | 1,257,807 | 16.94 | 33,300,000 | 20,000,000 | 1,473,435 | 250,000 | 55,023,435 | 550,234 | 1,723,435 | 17,234 |
| Hood | Feather River | Doll, Dixon R. | 2000 | 32,073,141 | 2,015,164 | 15.92 | 50,000,000 | 30,000,000 | 2,203,093 | 375,000 | 82,578,093 | 825,781 | 2,578,093 | 25,781 |
| Jefferson | Salmon | Davis, Norwood Jr. | 2000 | 21,247,562 | 1,264,033 | 16.81 | 33,300,000 | 20,000,000 | 1,468,035 | 250,000 | 55,018,035 | 550,180 | 1,718,035 | 17,180 |
| Kinabalu (1) | Rogue | Nix, Harold | 2000 | 26,478,969 | 1,415,279 | 18.71 | 41,700,000 | 25,000,000 | 1,588,640 | 250,000 | 68,538,640 | 685,396 | 1,838,640 | 18,386 |
| Klamath (1) | St. Croix | Patterson, Cary (Charles) | 2000 | 26,190,416 | 1,165,279 | 22.48 | 41,700,000 | 25,000,000 | 1,588,640 | | 68,288,640 | 682,886 | 1,588,640 | 15,886 |
| Lafayette | Snake | Chachko, Paul | 2000 | 33,265,777 | 1,765,777 | 18.84 | 52,500,000 | 31,500,000 | 2,314,063 | 393,750 | 86,707,813 | 867,078 | 2,707,813 | 27,078 |
| Lafayette | Rapid | Scheer, Troy | 2000 | 3,168,497 | 168,497 | 18.80 | 5,000,000 | 3,000,000 | 220,387 | 37,500 | 8,257,887 | 82,579 | 257,887 | 2,579 |
| Lafayette | Beaver | Yadav, Ravi P. | 2000 | 24,289,516 | 1,289,516 | 18.84 | 38,300,000 | 23,000,000 | 1,689,633 | 287,500 | 63,277,133 | 632,771 | 1,977,133 | 19,771 |
| Logan (1) | Birch | Gonzalez, Tom | 2000 | 361,545,506 | 18,674,652 | 19.36 | 570,000,000 | 342,000,000 | 23,810,593 | | 935,810,593 | 9,358,106 | 23,810,593 | 238,106 |
| Madison | Cregg | Saperstein, David | 2000 | 106,312,100 | 5,990,330 | 18.08 | 166,700,000 | 100,000,000 | 7,438,348 | 1,150,000 | 275,268,348 | 2,752,683 | 8,598,348 | 85,883 |
| Matterhorn | Hat Creek | Newitt, Ronald J. | 2000 | 10,627,815 | 605,339 | 17.56 | 16,650,000 | 10,000,000 | 743,803 | 125,000 | 27,518,803 | 275,188 | 868,803 | 8,688 |
| Matterhorn | Pit River | Robertson, Donald R. | 2000 | 10,628,274 | 605,339 | 17.56 | 16,650,000 | 10,000,000 | 743,803 | 125,000 | 27,518,803 | 275,188 | 868,803 | 8,688 |
| Mitchell | Abbey | Heckman, Richard | 2000 | 22,348,036 | 1,296,276 | 17.24 | 35,000,000 | 21,000,000 | 1,551,671 | 262,500 | 57,814,171 | 578,142 | 1,814,171 | 18,142 |
| Moonapa | Owenmore | Spears, Robert Wayne | 2000 | 43,513,042 | 2,409,480 | 18.06 | 68,300,000 | 41,000,000 | 3,028,783 | 512,500 | 112,841,283 | 1,128,413 | 3,541,283 | 35,413 |
| Oberlin | Ballycastle | Goldman, Steven J. | 2000 | 21,253,599 | 1,201,641 | 17.69 | 33,300,000 | 20,000,000 | 1,477,279 | 250,000 | 55,027,279 | 550,273 | 1,727,279 | 17,273 |
| Olympus | Trinity | Seahawk Investmt Trust/Jones, K.E. | 2000 | 48,715,715 | 2,703,144 | 18.02 | 76,700,000 | 46,000,000 | 3,375,966 | | 126,075,966 | 1,260,760 | 3,375,966 | 33,760 |
| Olympus | Bandon | Seahawk Ranch IR Revoc Trust | 2000 | 62,833,244 | 4,811,915 | 17.21 | 130,000,000 | 78,000,000 | 5,761,572 | | 213,761,572 | 2,137,616 | 5,761,572 | 57,616 |
| Ossa | Bellavary | Alt, Donald J. | 2000 | 16,084,613 | 915,272 | 17.58 | 25,200,000 | 15,133,000 | 1,125,593 | 189,163 | 41,647,756 | 416,478 | 1,314,756 | 13,148 |
| Ossa | Barrow | Confer, Kerby E. | 2000 | 16,084,613 | 915,128 | 17.58 | 25,200,000 | 15,133,000 | 1,125,593 | 189,163 | 41,647,756 | 416,478 | 1,314,756 | 13,148 |
| Ossa | Castlebar | Deppen, Lynn Alan | 2000 | 1,966,335 | 111,729 | 17.60 | 3,100,000 | 1,850,000 | 137,604 | 23,125 | 5,110,729 | 51,107 | 160,729 | 1,607 |
| Ossa | Black | O'Leary, Carol | 2000 | 5,191,122 | 295,544 | 17.34 | 8,100,000 | 4,884,000 | 363,272 | 61,050 | 13,408,322 | 134,083 | 424,322 | 4,243 |
| Rocky | Finnihy | Campbell, Douglas L. | 2000 | 741,809 | 42,769 | 17.34 | 1,200,000 | 700,000 | 51,724 | 8,750 | 1,860,474 | 19,605 | 60,474 | 605 |
| Rocky | Dalgan | Campbell, Lyle P. | 2000 | 31,807,737 | 1,849,279 | 17.20 | 50,000,000 | 30,000,000 | 2,216,757 | 375,000 | 82,591,757 | 825,918 | 2,591,757 | 25,918 |
| Rocky | Glenamoy | Campbell, Craig L. | 2000 | 1,590,349 | 92,542 | 17.19 | 2,500,000 | 1,500,000 | 110,838 | 18,750 | 4,129,588 | 41,296 | 129,588 | 1,296 |
| Rocky | Drumcliff | Malone, Thomas E. | 2000 | 2,014,280 | 116,890 | 17.23 | 3,200,000 | 1,900,000 | 140,395 | 23,750 | 5,264,145 | 52,641 | 164,145 | 1,641 |
| Sierra Madre | Pine | Sironi, Roger | 2000 | 31,882,792 | 1,167,719 | 27.30 | 50,000,000 | 30,000,000 | 2,226,996 | 375,000 | 82,601,986 | 826,020 | 2,601,986 | 26,020 |
| Washington | Glengarriff | Calhoun, Arthur L. | 2000 | 53,208,428 | 3,074,492 | 17.31 | 83,300,000 | 50,000,000 | 3,694,408 | 625,000 | 137,619,408 | 1,376,194 | 4,319,408 | 43,194 |
| | | Total Year 2000 | | 1,392,230,330 | 76,213,044 | | 2,182,500,000 | 1,309,600,000 | 94,835,581 | 10,070,001 | 3,597,005,582 | 35,970,056 | 104,905,582 | 1,049,056 |

## Presidio Advisors FLIP/OPIS Transactions

| Taxpayer Name | Presidio Investor | Date of Completion | Tax Benefit (Numerator) | Base Cash Invested (Denominator 2/3) | Tax Shelter Ratio (Column 2/3) | Foreign Corp Foreign Bank Stock | Investors Direct Purchase of Foreign Bank Stock | Call Option on Bank Stock (OTC Option) | Warrant on Foreign Corporation Stock | Swap with LLC | Call Option on LLC | Fees | Total | Gross Cash Invested | Aggregate Amount Invested | 6707 Penalty at 1% | Corrected Amount Actually Invested | 6707 Penalty at 1% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1997 Transactions** | | | | | | | | | | | | | | | | | | |
| Shirley, Paul | Shirley | 10/21/1997 | 15,370,299 | 2,094,908 | 7.34 | 15,370,299 | 886,043 | 151,865 | 1,057,000 | | | | 2,094,908 | 2,094,908 | 17,465,207 | 174,652 | 2,094,908 | 20,949 |
| Butson, Charles P. | Butson | 11/12/1997 | 11,348,500 | 51,279 | 221.31 | 11,925,414 | 598,789 | 120,000 | | | | | 718,789 | 718,789 | 12,644,203 | 126,442 | 718,789 | 7,188 |
| Sutton, Kermit & Jenny | Sutton | 11/17/1997 | 28,756,988 | 2,065,476 | 14.41 | 29,875,811 | 1,596,602 | 296,684 | 2,100,000 | | | | 3,993,286 | 3,993,286 | 33,869,097 | 338,691 | 3,993,286 | 39,933 |
| Winnick, Gary | Winnick | 11/21/1997 | 17,543,803 | 1,599,945 | 10.97 | 19,907,123 | 922,950 | 198,930 | 1,400,000 | | | | 2,521,880 | 2,521,880 | 22,429,003 | 224,290 | 2,521,880 | 25,219 |
| Jones, Kenneth & Signe | Jones | 10/9/1997 | 11,633,433 | 707,000 | 16.45 | 10,334,782 | 521,275 | 70,376 | 707,000 | | | | 1,298,651 | 1,298,651 | 11,633,433 | 116,334 | 1,298,651 | 12,987 |
| DeSilva, Edwin O. | DeSilva | 12/18/1997 | 11,592,875 | 574,978 | 20.16 | 10,286,999 | 501,880 | 93,996 | 700,000 | | | | 1,295,876 | 1,295,876 | 11,592,875 | 115,929 | 1,295,876 | 12,959 |
| Seeno, Thomas A. | Seeno | 12/18/1997 | 30,123,605 | 1,518,958 | 19.83 | 26,760,659 | 1,282,960 | 259,986 | 1,820,000 | | | | 3,362,946 | 3,362,946 | 30,123,605 | 301,236 | 3,362,946 | 33,629 |
| | | | | | | | | | | | | | 15,298,336 | | Total Penalty-1997 | 1,397,574 | 15,298,336 | 152,883 |
| **1998 Transactions** | | | | | | | | | | | | | | | | | | |
| Cate, Scott F. Trust (Grantor Trust); Greenbaum, James R. Jr. Living Trust (Grantor Trust) | Cate, Scott F. Trust | 4/8/1998 | 28,465,000 | 1,552,000 | 18.34 | 26,900,000 | 1,500,000 | 337,000 | 1,890,000 | | | | 3,727,000 | 3,727,000 | 30,627,000 | 306,270 | 3,727,000 | 37,270 |
| Amato, Peter | Amato | 4/14/1998 | 39,430,000 | 2,450,000 | 16.09 | 37,400,000 | 2,041,000 | 470,000 | 2,632,000 | | | | 5,663,000 | 5,663,000 | 42,963,000 | 429,630 | 5,663,000 | 56,630 |
| Amato, Joseph | Amato, J | 9/8/1998 | 38,590,183 | 2,371,032 | 11.80 | 35,316,150 | 1,744,037 | 448,399 | | 2,346,000 | 105,000 | | 4,642,436 | 4,642,436 | 39,961,586 | 399,616 | 4,642,436 | 46,424 |
| Chebalo, James | Chebalo | 9/8/1998 | 27,497,767 | 2,260,398 | 12.16 | 25,227,389 | 1,243,396 | 320,285 | | 1,676,000 | 75,000 | | 3,313,681 | 3,313,681 | 28,541,050 | 285,411 | 3,313,681 | 33,137 |
| Ross, Leonard | Ross | 9/8/1998 | 27,497,767 | 2,260,399 | 12.16 | 25,227,389 | 1,243,396 | 320,285 | | 1,676,000 | 75,000 | | 3,313,681 | 3,313,681 | 28,541,050 | 285,411 | 3,313,681 | 33,137 |
| A & G Investments | Steiner | 9/8/1998 | 21,982,593 | 2,050,208 | 10.72 | 20,182,385 | 1,007,722 | 256,524 | | 1,340,000 | 60,000 | 250,000 | 2,914,246 | 2,914,246 | 23,096,631 | 230,966 | 2,914,246 | 29,142 |
| CT Premier Investments, LLC (Cook, John) | Cook, M. Christine (Cook, John) | 9/14/1998 | 31,936,898 | 3,549,354 | 9.00 | 32,988,043 | 1,651,380 | 413,134 | | 2,211,000 | 99,000 | 371,910 | 4,746,424 | 4,746,424 | 37,744,467 | 377,445 | 4,746,424 | 47,464 |
| Soares, Arthur C. | Soares | 9/14/1998 | 22,593,475 | 962,347 | 23.48 | 29,997,212 | 1,494,500 | 374,558 | | | 90,000 | | 1,959,056 | 1,959,056 | 31,956,270 | 319,563 | 1,959,056 | 19,591 |
| Apple South, Inc. | Apple South, Inc. | 9/21/1998 | 108,646,097 | 8,898,025 | 12.21 | 99,747,073 | 4,984,442 | 1,003,683 | | 6,700,000 | 300,000 | 500,000 | 13,488,135 | 13,488,135 | 113,235,208 | 1,132,352 | 13,488,135 | 134,881 |
| H-Four Investments, LLC | Hart | 10/2/1998 | 26,858,714 | 1,909,683 | 14.12 | 25,049,031 | 1,249,382 | 315,720 | | 1,676,000 | 75,000 | | 3,315,102 | 3,315,102 | 28,364,133 | 283,641 | 3,315,102 | 33,151 |
| Chew, John S. Jr. Revocable Trust | Chew | 10/16/1998 | 88,173,306 | 7,663,856 | 11.51 | 83,507,245 | 4,205,111 | 1,040,656 | | 5,628,000 | 252,000 | | 11,125,767 | 11,125,767 | 94,633,012 | 946,330 | 11,125,767 | 111,258 |
| Robertson/Newitt Capital, LLC | Newitt | 10/16/1998 | 6,360,539 | 2,676,323 | 2.39 | 20,250,510 | 997,829 | 247,715 | | 1,340,000 | 60,000 | 145,660 | 2,791,204 | 2,791,204 | 23,041,714 | 230,417 | 2,791,204 | 27,912 |
| Robertson, Timothy & Lisa (Bayshore International Capital LLC) | Robertson | 10/16/1998 | 48,709,491 | 4,022,495 | 12.36 | 49,816,631 | 2,491,694 | 500,144 | 3,500,000 | | | | 6,491,838 | 6,491,838 | 56,308,469 | 563,085 | 6,491,838 | 64,918 |
| Robinson, Karen C.; Robinson, Claire QSST; Robinson, Kelly QSST; Robinson, Olivia QSST (North Hampton Investments, LLC) | Trumpore | 10/20/1998 | 7,869,119 | 695,171 | 11.32 | 7,852,203 | 404,113 | 99,554 | | 522,600 | 23,400 | | 1,049,667 | 1,049,667 | 9,001,870 | 90,019 | 1,049,667 | 10,497 |
| Loving, Gene | Loving | 11/2/1998 | 30,607,337 | 2,473,668 | 12.37 | 29,978,667 | 1,499,330 | 374,133 | | 2,010,000 | 90,000 | 323,100 | 4,296,563 | 4,296,563 | 34,275,230 | 342,752 | 4,296,563 | 42,966 |
| McFadden, Charles | McFadden | 11/2/1998 | 28,722,588 | 2,326,056 | 12.35 | 27,880,069 | 1,398,425 | 349,191 | | 1,876,000 | 84,000 | 291,480 | 3,999,096 | 3,999,096 | 31,979,165 | 319,792 | 3,999,096 | 39,991 |
| Trinder, John | Trinder | 11/2/1998 | 30,589,391 | 2,490,527 | 12.28 | 29,978,667 | 1,498,303 | 374,133 | | 2,010,000 | 90,000 | 323,100 | 4,295,536 | 4,295,536 | 34,274,203 | 342,742 | 4,295,536 | 42,955 |
| Phillips, Phil, Courtney and Jordan, LLC (Phillips, Earl, Phillips, Courtney, Jordan; First Factors) | Phillips | 11/6/1998 | 6,298,963 | 2,864,481 | 2.18 | 25,048,076 | 1,253,062 | 308,003 | | 1,675,000 | 75,000 | 260,250 | 3,571,315 | 3,571,315 | 28,619,391 | 286,194 | 3,571,315 | 35,713 |
| Tridira Investments | Thorpe | 11/6/1998 | 7,435,329 | 3,056,025 | 2.43 | 26,961,559 | 1,347,607 | 332,643 | | 1,809,000 | 81,000 | 281,070 | 3,851,320 | 3,851,320 | 30,812,879 | 308,129 | 3,851,320 | 38,513 |
| DeLappe, Frank (FMD 1998A Revocable Management Trust; Benchmark Equity) | DeLappe | 11/9/1998 | 12,731,283 | 2,047,399 | 6.22 | 20,058,387 | 1,000,180 | 248,822 | | 1,340,000 | 60,000 | 202,200 | 2,851,202 | 2,851,202 | 22,909,589 | 229,096 | 2,851,202 | 28,512 |
| Eacho III, William C. | Eacho | 11/9/1998 | 60,428,606 | 4,110,963 | 14.70 | 56,517,644 | 2,803,840 | 696,813 | | 3,768,750 | 168,750 | 672,188 | 8,113,341 | 8,113,341 | 64,430,985 | 644,310 | 8,113,341 | 81,133 |
| Hughes, Thomas J. | Hughes | 11/9/1998 | 6,576,093 | 3,552,218 | 2.15 | 24,981,014 | 1,248,133 | 311,028 | | 1,676,000 | 75,000 | 260,250 | 3,569,411 | 3,569,411 | 28,530,425 | 285,304 | 3,569,411 | 35,694 |
| Columbus Investment Trust | Canizaro | 11/10/1998 | 7,943,435 | 3,185,332 | 2.49 | 30,021,932 | 1,500,716 | 374,445 | | 2,010,000 | 90,000 | 323,100 | 4,298,261 | 4,298,261 | 34,320,193 | 343,202 | 4,298,261 | 42,983 |

| Entity | Name | Date | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Investors of America, LP | Dieberg | 11/10/1998 | 32,148,315 | 1,784,026 | 18.02 | 30,364,290 | 1,507,930 | 374,445 | | 2,010,000 | 90,000 | 323,100 | | 4,305,475 | 346,698 | 34,669,765 | 4,305,475 | 4,305,475 | 43,055 |
| Kottler, Mark | Kottler | 11/10/1998 | 22,491,683 | 1,334,140 | 16.86 | 21,157,543 | 1,052,603 | 262,111 | | 1,407,000 | 63,000 | 212,200 | | 2,996,914 | 241,545 | 24,154,457 | 2,996,914 | 2,996,914 | 29,969 |
| Becnel Family Trust | Becnel | 11/13/1998 | 7,134,212 | 2,030,031 | 3.51 | 28,252,404 | 1,658,508 | 958,367 | | | | | | 2,616,875 | 308,693 | 30,869,279 | 2,616,875 | 2,616,875 | 26,169 |
| Laurel Way Advisors, LLC (Freeman Family Tr, Freeman, Mark & Jill Living Tr, Freeman, Jill Living Tr.) | Freeman | 11/13/1998 | 68,562,519 | 3,942,981 | 17.39 | 64,609,538 | 3,279,288 | 821,214 | | 4,355,000 | 195,000 | 772,200 | | 9,422,702 | 740,322 | 74,032,240 | 9,422,702 | 9,422,702 | 94,227 |
| Xerxes Trust (Covey, Roger) | Covey | 11/16/1998 | 21,735,336 | 3,340,081 | 6.51 | 29,825,589 | 1,468,658 | 375,000 | | 2,010,000 | 90,000 | 338,100 | | 4,282,058 | 341,076 | 34,107,647 | 4,282,058 | 4,282,058 | 42,821 |
| MMJ Investments, LLC | Klainji | 11/16/1998 | 35,067,920 | 1,483,802 | 23.63 | 33,584,119 | 1,656,764 | 413,730 | | 2,211,000 | 99,000 | 355,410 | | 4,735,904 | 383,200 | 38,320,023 | 4,735,904 | 4,735,904 | 47,359 |
| Mac Two Investments, LLC | McMichael | 11/16/1998 | 7,360,819 | 2,763,164 | 2.66 | 33,554,154 | 1,674,752 | 413,730 | | 2,211,000 | 99,000 | 355,410 | | 4,753,892 | 383,080 | 38,308,046 | 4,753,892 | 4,753,892 | 47,539 |
| DGS Planning, LLC (Moorehead, D. Rev Tr, Moorehead, G. Rev Tr, Cook, Scotty D. Rev Tr) | Cook, Scott D. | 11/20/1998 | 9,971,684 | 4,851,180 | 2.06 | 50,428,947 | 2,525,177 | 613,594 | | 3,350,000 | 150,000 | 597,500 | | 7,236,271 | 576,652 | 57,665,218 | 7,236,271 | 7,236,271 | 72,363 |
| Crumpler, Dennis | Crumpler | 11/20/1998 | 21,452,926 | 938,229 | 22.87 | 20,514,695 | 1,000,726 | 245,524 | | 1,340,000 | 60,000 | 210,920 | | 2,857,170 | 233,719 | 23,371,865 | 2,857,170 | 2,857,170 | 28,572 |
| Reagan Smith Ventures, LLC (Reagan Family Tr; Smith, Jane Flato Family Tr) | Reagan | 11/23/1998 | 38,742,449 | 1,514,336 | 25.58 | 37,228,111 | 1,859,304 | 450,860 | | 2,438,800 | 109,000 | 406,588 | | 5,264,752 | 424,929 | 42,292,863 | 5,264,752 | 5,264,752 | 52,648 |
| Stewart Revocable Trust | Stewart | 12/23/1998 | 22,144,556 | 2,421,765 | 9.14 | 19,559,390 | 984,766 | 250,045 | | 1,340,000 | 60,000 | 202,200 | | 2,847,001 | 224,084 | 22,408,391 | 2,847,001 | 2,847,001 | 28,470 |
| Rauscer, Gordon C., PhD. | Rauscer | 12/14/1998 | 33,336,912 | 2,122,208 | 15.71 | 29,364,252 | 1,480,413 | 370,040 | | 2,033,258 | 60,000 | 202,200 | | 3,972,691 | 333,369 | 33,336,913 | 3,972,691 | 3,972,691 | 39,727 |
| Cohan, John C. & Angeline | Cohan | 4/14/1998 | 180,549,906 | 6,014,435 | 30.02 | 160,441,887 | 8,260,839 | 3,047,180 | 8,800,000 | | 88,850 | not available | | 20,108,019 | 1,805,499 | 180,549,906 | 20,108,019 | 20,108,019 | 201,080 |
| Alfano, John L. | Alfano | 12/15/1998 | 9,482,551 | 132,604,823 | 15.86 | 59,740,134 | 2,964,863 | 1,662,500 | | 9,083,551 | 399,000 | not available | | 17,795,051 | 1,503,999 | 150,399,874 | 17,795,051 | 17,795,051 | 177,951 |
| DeVos, Helen J. | DeVos | 12/1/1998 | 71,087,232 | 4,082,048 | 17.41 | 62,699,813 | 3,120,344 | 765,006 | | 4,296,069 | 196,000 | not available | | 8,387,419 | 710,872 | 71,087,232 | 8,387,419 | 8,387,419 | 83,874 |
| | | | | | | | | | 8,800,000 | | | | | | | | 212,183,129 | 212,183,129 | 2,121,831 |
| | | | | | | | | | | | | | **Total Penalty 1997-1998** | 17,824,805 | | 212,183,129 | | | |
| **1999 Transactions** | | | | | | | | | | | | | | | | | | | |
| Adams, Scott H. | Adams | 3/29/1999 | 53,361,632 | 3,621,298 | 14.74 | 49,740,334 | 2,510,717 | 617,918 | | 3,350,000 | 150,000 | 597,500 | | 7,226,135 | 569,665 | 56,966,499 | 7,226,135 | 7,226,135 | 72,261 |
| LOL, LLC | Embarcia | 3/29/1999 | 30,118,561 | 2,037,231 | 14.78 | 28,081,329 | 1,404,197 | 346,034 | | 1,876,000 | 84,000 | 291,480 | | 4,001,711 | 320,830 | 32,083,040 | 4,001,711 | 4,001,711 | 40,017 |
| Tuna, LLC (Pollock, Lawrence J Defective Irrev Tr & Rev Tr) | Pollock | 3/29/1999 | 30,118,607 | 2,037,312 | 14.78 | 28,081,295 | 1,404,231 | 346,034 | | 1,876,000 | 84,000 | 291,480 | | 4,001,745 | 320,830 | 32,083,040 | 4,001,745 | 4,001,745 | 40,017 |
| Wilson, Thomas J. Revokable Trust | Wilson | 3/29/1999 | 29,898,538 | 1,986,918 | 15.05 | 27,911,620 | 1,389,959 | 356,766 | | 1,876,000 | 84,000 | 291,480 | | 3,998,205 | 319,098 | 31,909,825 | 3,998,205 | 3,998,205 | 39,982 |
| Nesbit, William G. | Nesbit | 3/30/1999 | 64,094,019 | 4,343,884 | 14.75 | 59,740,134 | 2,964,863 | 748,744 | | 4,020,000 | 180,000 | 712,800 | | 8,626,407 | 683,665 | 86,396,541 | 8,626,407 | 8,626,407 | 86,264 |
| Umberger, Steven J. | Umberger | 3/30/1999 | 25,772,836 | 1,720,777 | 14.98 | 24,052,060 | 1,205,136 | 298,528 | | 1,606,000 | 72,000 | 242,840 | | 3,426,302 | 274,784 | 27,478,362 | 3,426,302 | 3,426,302 | 34,263 |
| Garrison, Wayne Revokable Trust | Garrison | 3/31/1999 | 21,021,497 | 1,351,889 | 15.55 | 19,669,597 | 994,890 | 250,488 | | 1,340,000 | 60,000 | 202,200 | | 2,847,578 | 225,172 | 22,517,175 | 2,847,578 | 2,847,578 | 28,476 |
| Whipple Family, LP | Whipple | 3/31/1999 | 11,452,598 | 4,834,824 | 2.33 | 39,921,331 | 2,005,031 | 500,967 | | 2,680,000 | 120,000 | 413,600 | | 5,719,598 | 456,409 | 45,640,929 | 5,719,598 | 5,719,598 | 57,196 |
| Evergreen Partnership Energy, Ltd. Diversified Investment Trust (Alvin C. & Luan H. Copeland) | Levine | 4/6/1999 | 53,002,397 | 3,106,299 | 17.06 | 49,896,098 | 2,532,069 | 629,768 | | 3,350,000 | 150,000 | 623,000 | | 7,284,837 | 571,809 | 57,180,931 | 7,284,837 | 7,284,837 | 72,846 |
| Johnston, GM Family Ltd PS | Copeland | 4/21/1999 | 6,906,110 | 3,203,722 | 2.16 | 25,093,576 | 1,254,861 | 314,128 | | 1,676,000 | 75,000 | 272,750 | | 3,591,739 | 286,853 | 28,685,315 | 3,591,739 | 3,591,739 | 35,917 |
| DB Euro LLC | Johnston | 4/21/1999 | 5,468,104 | 2,489,494 | 2.20 | 19,995,367 | 997,169 | 251,303 | | 1,340,000 | 60,000 | 202,201 | | 2,850,673 | 228,460 | 22,846,040 | 2,850,673 | 2,850,673 | 28,507 |
| Heckman, Richard | Marciano | 4/21/1999 | 21,018,643 | 1,433,988 | 14.66 | 19,994,657 | 997,222 | 251,303 | | 1,340,000 | 60,000 | 202,200 | | 2,850,382 | 227,954 | 22,795,382 | 2,850,382 | 2,850,382 | 28,507 |
| DPT LLC | Heckman | 7/1/1999 | 20,377,724 | 553,832 | 36.79 | 19,823,792 | 985,116 | 244,497 | | 1,340,000 | 60,000 | 212,200 | | 2,851,813 | 226,756 | 22,675,605 | 2,851,813 | 2,851,813 | 28,518 |
| Reddam, J. Paul Trust | Parks | 7/6/1999 | 21,188,977 | 206,620 | 102.55 | 20,982,359 | 1,049,272 | 260,097 | | 1,407,000 | 63,000 | 222,810 | | 3,002,179 | 239,845 | 23,984,538 | 3,002,179 | 3,002,179 | 30,022 |
| | Reddam | 7/6/1999 | 50,165,605 | 343,704 | 145.96 | 49,821,912 | 2,491,849 | 615,440 | | 3,350,000 | 150,000 | 622,390 | | 7,229,789 | 570,517 | 57,051,701 | 7,229,789 | 7,229,789 | 72,298 |
| **Total Investment Base-All** | | | 662,177,883 | | | | | | | | | | | | | | 69,509,436 | 69,509,436 | 695,094 |
| | | | | | | | | | | | | | **Total Penalty-1999** | 5,522,647 | | **Total Penalty 1997 thru 1999** | 24,745,026 | | 2,969,789 |

TX Result Report

P  1
04/24/2012 16:29
Serial No.  A1UE011018562
TC:     6035

| Addressee | Start Time | Time | Prints | Result | Note |
|-----------|-----------|------|--------|--------|------|
| 7209564565 | 04-24 16:24 | 00:05:38 | 010/010 | OK | |

Note  TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
PPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC,
FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original,
FCODE:F-Code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax,
IPADR:IP Address Fax, I-FAX:Internet Fax

Result  OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full,
LOVR:Receiving length Over, POVR:Receiving page Over, FIL:File Error,
DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error.

MERRIAM LAW FIRM, P.C.
ATTORNEYS AT LAW
1625 BROADWAY, SUITE 770
DENVER, COLORADO 80202

TED H. MERRIAM
KEVIN A. PLANEGGER*
OLENA RUTH
*ALSO ADMITTED IN ARIZONA

(303) 592-5404
Fax (303) 592-5439
Email: info@merriamlaw.com

### FAX COVER SHEET

PLEASE DELIVER THE FOLLOWING PAGES TO:     Date: 4-24-12
Appeals Officer Jim Hackett     Time: _____
IRS Appeals Office     Fax Number: 720 956 - 4565
_____     Telephone: ( )
From:   KEVIN A. PLANEGGER     Client Code: _____

NUMBER OF PAGES  10  (including this Cover Sheet)
DELIVERY PRIORITY: URGENT     HARD COPY TO FOLLOW:  YES  -   NO
COMMENTS:
Re: John Larson
Robert Pfaff

CONFIDENTIALITY NOTE
The information contained in this facsimile message is privileged and/or confidential information intended only for the use of the
individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible
to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this
communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone,
and return the original message to us at the above address via the United States Postal Service.  Thank you.

IF THERE ARE ANY PROBLEMS REGARDING THE TRANSMISSION OF THIS FAX, PLEASE
CONTACT US AT (303) 592-5404.

MERRIAM LAW FIRM, P.C.

ATTORNEYS AT LAW

TED H. MERRIAM

KEVIN A. PLANEGGER*

GARRET M. FRANCIS

*ALSO ADMITTED IN ARIZONA

1625 BROADWAY, SUITE 770
DENVER, COLORADO 80202

(303) 592-5404
Fax: (303) 592-5439
Email: TMerriam@taxlaw2848.com

March 11, 2011

VIA FACSIMILE (415-522-6123)

Kevin Banks, Revenue Agent
Internal Revenue Service, MS: 6107
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:    John Larson & Robert Pfaff

Dear Mr. Banks:

This confirms our telephone conversation earlier this week in which we scheduled another conference call to discuss the status of the promoter penalty investigation against John Larson and Robert Pfaff. The call is scheduled for Friday, March 18 at 1:00 MST (12:00 PST).

This also confirms that we received your subsequent email that set forth an agenda for the conference call. The agenda topics are:

1. Entity reports sent to Power of Attorney
2. Larson and Pfaff - Financial Statement Document Request
3. Larson and Pfaff - Written response to 6707 reports
4. Settlement Options

Your February 15, 2011 letters to Mr. Larson and Mr. Pfaff set a March 17, 2011 deadline for a response to the financial statement Information Document Request. We want to be clear that we continue to gather financial information but we will not be able to meet your March 17 deadline. We intend to get the financial information to you as quickly as possible. We have been consistent in committing to a sixty-day timeframe for financial information from the date of the promoter penalty reports; that day would be April 18, 2011.

We also want to reiterate, however, that we should not be required to provide financial information before the Service provides us information on the allocation of previous settlement payments. Again, we have reviewed previous settlements involving Deutsche Bank, HVB Bank, KPMG, and Sidley Austin. Through those settlements, the government has received payments of approximately $300,000,000 to satisfy promoter penalty liabilities. A substantial portion of this amount has been paid to resolve promoter

Kevin Banks, Revenue Agent
March 11, 2011
Page 2

penalty liabilities for the shelters at issue in this case.  We have previously asked for an
accounting of these payments to determine the remaining potential liability of our clients
since the government can only collect this penalty once.  Specifically, we requested this
information in writing on October 6, 2010, and again, on January 21, 2011.  We have also
requested this information verbally in several telephone calls.  We do not understand the
delay in providing this information.  We cannot advise our clients on the merit of a
financial hardship based settlement when we do not have any idea of the amount of our
clients' total potential liability.  What is the delay in providing this information?  Has an
allocation even been made or is this a disclosure issue?  We request that this important
issue be placed on the agenda for discussion during our conference call on March 18.

Please let us know if you have any questions.  We look forward to your response.

Sincerely yours,

Kevin A. Planegger

KAP:ck
cc:     John Larson
        Robert Pfaff
        Steven Bauer, Esq.

Kevin Banks, Revenue Agent
March 11, 2011
Page 3


bcc:   John Lanning
       Richard Smith

P. 1

## TRANSMISSION REPORT

(FRI) MAR 11 2011 15:52

| | | | | |
|---|---|---|---|---|
| User/Account | : | | | |
| DESTINATION | : 914155228123 | | | |
| DEST. NUMBER | : 914155228123 | | | |
| | | | | |
| F-CODE | : | | | |

| | |
|---|---|
| DOCUMENT# | : 7534239-870 |
| TIME STORED | : MAR 11 15:51 |
| TX START | : MAR 11 15:51 |
| DURATION | : 31sec |
| COM. MODE | : ECM |

PAGES      : 3page
RESULT     : OK

## MERRIAM LAW FIRM, P.C.

ATTORNEYS AT LAW
1625 BROADWAY, SUITE 770
DENVER, COLORADO 80202

TED H. MERRIAM
KEVIN A. PLANEGGER*
GARRET M. FRANCIS
*ALSO ADMITTED IN ARIZONA

(303) 592-5404
Fax: (303) 592-5439
Email: TMerriam@taxlaw2848.com

## FAX COVER SHEET

PLEASE DELIVER THE FOLLOWING PAGES TO:

_Kevin Banks, Revenue Agent_
_Internal Revenue Service_
_MS: 6107_

Date: _3-11-2011_
Time: _____
Fax Number: _(415) 522-6123_
Telephone: ( )
Client Code: _____

From:   KEVIN A. PLANEGGER

NUMBER OF PAGES _3_  (including this Cover Sheet)

**DELIVERY PRIORITY:** URGENT     **HARD COPY TO FOLLOW:**  YES  -  (NO)

COMMENTS:

_Re: John Larson and Robert Pfaff_