**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03349-PAB-NYW

ROBERT A. PFAFF

      Plaintiff,

v.

UNITED STATES OF AMERICA

      Defendant.

---

UNITED STATES' NOTICE OF NEW DECISION

On August 26, 2015, Judge Margaret M. Sweeney of the United States Court of Federal

Claims issued a decision in *Diversified Group, Inc., et al. v. The United States* (Case No.: 14-

627T). A copy of Judge Sweeney's decision is attached as Exhibit 1. In her opinion, Judge

Sweeney addresses issues that are currently pending before this Court in conjunction with the

United States' Motion to Dismiss.

                                             Respectfully submitted,

Dated: August 27, 2015                   CAROLINE D. CIRAOLO
                                       Acting Assistant Attorney General
                                       Tax Division

                                       s/ Hilarie Snyder

                                       _____

                                       HILARIE SNYDER
                                       U.S. Dep't of Justice, Tax Division
                                       P.O. Box 7238, Ben Franklin Station
                                       Washington, DC 20044
                                       202-307-2708 (t), 202-514-6770 (f)
                                       hilarie.e.snyder@usdoj.gov

                                       Of Counsel:    JOHN F. WALSH
                                                United States Attorney

1

13053286.1

2

## CERTIFICATE OF SERVICE

I hereby certify on this 27th day of August, 2015, that I filed a copy of this Notice with the Court's Electronic Filing System, which sent a notice of electronic filing to all registered parties, including Ted H. Merriam, counsel for Plaintiff, Robert A. Pfaff.

s/ Hilarie Snyder

_____

Hilarie Snyder

13053286.1