IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03349-PAB-NYW

ROBERT A. PFAFF,

      Plaintiff,

vs.

UNITED STATES OF AMERICA,

      Defendant.

---

## MOTION FOR LEAVE TO FILE SUR-RESPONSE TO THE UNITED STATES' MOTION TO DISMISS

---

The Plaintiff, Robert A. Pfaff, by and through his undersigned counsel, Kevin A. Planegger of the Merriam Law Firm, P.C., moves the Court for leave to file a Sur-Response to the United States' Motion to Dismiss.  As grounds therefore, the Plaintiff states as follows:

1. The Plaintiff served the Summons and Complaint in this case on February 6, 2015.

2. The United States timely filed a Motion to Dismiss the Plaintiff's Complaint on April 15, 2015 based on a lack of subject-matter jurisdiction.

3. The Plaintiff filed a Response to the United States' Motion to Dismiss on June 17, 2015.

4. The United States filed a Reply to the Plaintiff's Response to the United States' Motion to Dismiss on July 1, 2015.

5. The United States filed a Notice of New Decision ("Notice") on August 27, 2015, notifying the Court of a decision issued by Judge Margaret M. Sweeney of the United States Court of Federal Claims in *Diversified Group, Inc., et al. v. The United States* (Case No. 14-627T) on August 26, 2015.

6. In the Notice, the United States asserts that Judge Sweeney's decision addresses issues that are currently pending before the Court in the United States' Motion to Dismiss.

7. While Plaintiff acknowledges that Judge Sweeney's decision does address the underlying issue (the "divisibility" of the so-called promoter penalty of 26 U.S.C. § 6707) in the United States' Motion to Dismiss, the decision does not address two principal arguments advanced by the Plaintiff (that (1) Plaintiff would be denied his property without due process of law and (2) the penalty is already paid in full with a proper allocation of payments made by co-promoters) in his Response to United States' Motion to Dismiss.

8. The decision in *Diversified Group* is the first decision on an issue that, if followed, would prohibit future plaintiffs from ever litigating their liability for potentially draconian penalties.

9. The Plaintiff respectfully submits that the Court would benefit from additional briefing with respect to the *Diversified Group* decision.

10. The Plaintiff does not intend to restate arguments already made, and merely seeks to address the reasoning in a case deciding an issue of first impression.

2

11. The undersigned attorney has communicated with counsel for the United

States, Hillarie Snyder, who stated that the government opposes this motion.


WHEREFORE, Plaintiff respectfully requests the Court grant leave to file a Sur-

Response to the United States' Motion to Dismiss and set a deadline of 15 days to file

such Sur-Response.

DATED this 11th day of September, 2015.


By: s/ Kevin A. Planegger

Kevin A. Planegger
Merriam Law Firm
1625 Broadway, Suite 770
Denver, CO 80202
303-592-5404
303-592-5439 (facsimile)

Attorney for Plaintiff