IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03349-PAB-NYW

ROBERT A. PFAFF

    Plaintiff,

v.

UNITED STATES OF AMERICA

    Defendant.

---

(proposed) ORDER GRANTING JOINT UNOPPOSED MOTION TO STAY DISCOVEY
AND TRIAL DEADLINES PENDING DECISION ON MOTION TO DISMISS

---

Upon consideration of the parties' Joint Unopposed Motion to Stay Discovery and Trial Deadlines Pending Decision on Motion to Dismiss, and good cause having been shown, it is hereby ORDERED that said motion is GRANTED.  Discovery is STAYED pending the Court's Decision on the Motion to Dismiss. Additionally, the Scheduling Order (Dkt. # 24) and the dates therein are STRICKEN.

DATED this _____ day of October, 2015

                                                _____