**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No.  14-cv-03349-PAB-NYW

ROBERT A. PFAFF,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order entered by the Honorable Philip A. Brimmer, United States District Judge, on March 10, 2016,

IT IS ORDERED that the United States' Motion to Dismiss [Docket No. 18] pursuant to Fed. R. Civ. P. 12(b)(1) is GRANTED.

IT IS FURTHER ORDERED that plaintiff's claims for relief are dismissed for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of defendant and against the plaintiff and the case is dismissed in its entirety.

IT IS FURTHER ORDERED that defendant may have its costs by filing a Bill of Costs with the Clerk of the Court within fourteen days of entry of the March 10, 2016 Order.

    Dated at Denver, Colorado, this 10th day of March, 2016.

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/Deborah Hansen
Deborah Hansen, Deputy Clerk